# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No.: 23-15444** |
| **Debtor** | * | **(Chapter 11)** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

NOTICE IS HEREBY GIVEN that the undersigned counsel hereby enters his appearance as counsel on behalf of the Chapter 11 Debtor, CTLC, LLC, in the above-captioned case pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that all notices and pleadings given or required to be given and copies of all papers served or required to be served in this case be given and served on the undersigned attorney at the address set forth below:

Richard L. Costella, Esquire
Tydings & Rosenberg, LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202
Telephone:  (410) 752-9772
Fax:  (410) 727-5460
rcostella@tydings.com

Dated:  August 2, 2023

 */s/ Richard L. Costella*
Richard L. Costella, Bar No. 14095
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, MD  21202
Telephone:  (410) 752-9772
Fax:  (410) 727-5460
rcostella@tydings.com
*Counsel for the Debtor*

5683609.1