```
Label Matrix for local noticing          CTLC, LLC                                Adam Cizek, Esq.
0416-1                                   6101 Tilghman Drive                      Whiteford Taylor & Preston LLP
Case 23-15444                            Laurel, MD 20707-2673                    7 St. Paul St., #1500
District of Maryland                                                              Baltimore, MD 21202-1588
Baltimore
Tue Aug 15 09:59:22 EDT 2023

(p)U S SECURITIES AND EXCHANGE COMMISSION  Bravas, LLC                            (p)COMPTROLLER OF MARYLAND
ATLANTA REG OFFICE AND REORG               9009 W. 95th Street                    BANKRUPTCY UNIT
950 E PACES FERRY RD NE STE 900            Overland Park, KS 66212-4055           301 W PRESTON ST ROOM 409
ATLANTA GA 30326-1382                                                             BALTIMORE MD 21201-2383


Howard County Taxing Authority           Internal Revenue Service                 (p)INTERNAL REVENUE SERVICE
Office of Finance                        Centralized Insolvency Operation         CENTRALIZED INSOLVENCY OPERATIONS
3430 Courthouse Drive                    Post Office Box 7346                     PO BOX 7346
Ellicott City, MD 21043-4300             Philadelphia, PA 19101-7346              PHILADELPHIA PA 19101-7346


J. Paul Builders, LLC                    Kauffman & Forman, P.A.                  Miles & Stockbridge
P.O. Box 169                             406 W. Pennsylvania Avenue               100 Light Street
Stevenson, MD 21153-0169                 Towson, MD 21204-4228                    Baltimore, MD 21202-1036


Office of Law                            Pacific RBLF Funding Trust               Richard L. Costella
Howard County, Maryland                  c/o WCP Fund I, LLC                      Tydings & Rosenberg LLP
3430 Courthouse Drive                    7115 Leesburg Pike, #215                 1 E. Pratt Street
Ellicott City, MD 21043-4300             Fredericksburg, VA 22403                 Suite 901
                                                                                  Baltimore, MD 21202-1249


Russell Scott Drazin, Esq.               Secretary of the Treasury                Shulman, Rogers, Gandal, Pordy & Ecker,
Pardo & Drazin, LLC                      15 & Pennsylvania Avenue                 12505 Park Potomac Ave
440 Jennifer St, NW, #2                  Washington, DC 20220-0001                6th Floor
Washington, DC 20015                                                              Potomac, MD 20854-6803


State of Maryland DLLR                   (p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M   US Trustee - Baltimore
Division of Unemployment Insurance       36 S CHARLES STREET FOURTH FLOOR         Garmatz Federal Courthouse
1100 N. Eutaw Street, Room 401           BALTIMORE MD 21201-3020                  101 West Lombard Street
Baltimore, MD 21201-2226                                                          Suite 2625
                                                                                  Baltimore, MD 21201-2668


Joseph Michael Selba                     Richard L. Costella
Tydings & Rosenberg LLP                  Tydings & Rosenberg LLP
1 East Pratt Street                      One E. Pratt Street, Suite 901
Suite 901                                Baltimore, MD 21202-1249
Baltimore, MD 21202-1249
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Branch of Reorganization                 Comptroller of Maryland                  (d)Comptroller of the Treasury
Sec. & Exch. Commission                  Compliance Division                      Compliance Division, Room 409
3475 Lenox Road NE (Suite 1000)          301 W. Preston St., #409                 301 W. Preston Street
Atlanta, GA 30327-1232                   Baltimore, MD 21201                      Baltimore, MD 21201
```

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)For Internal Use Only | (d)CTLC, LLC<br>6101 Tilghman Drive<br>Laurel, MD 20707-2673 | End of Label Matrix<br>Mailable recipients   22<br>Bypassed recipients    2<br>Total                 24 |