IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| **Debtor** | * | **(Chapter 11)** |

* * * * * * * * * * * * *

**LINE – WITHDRAWING IMPROPERLY FILED:
APPLICATION FOR AUTHORITY TO EMPLOY
TYDINGS & ROSENBERG LLP AS ATTORNEYS FOR DEBTOR**

CLERK: please withdraw the improperly filed Application (ECF 9 and 10). The Application is being refiled.

Dated: August 15, 2023                /s/ Joseph M. Selba
                                                                                   Joseph M. Selba, Bar No. 29181
                                                                                    Tydings & Rosenberg LLP
                                                                                    One East Pratt Street, Suite 901
                                                                                    Baltimore, Maryland  21202
                                                                                    (410) 752-9753
                                                                                    jselba@tydings.com
                                                                                    *Counsel for Debtor*