IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | Case No. 23-15444-DER |
| | ) | (Chapter 11) |
| CTLC, LLC | ) | |
| | ) | |
|     Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor WCP Fund I LLC as servicer for Pacific RBLF Funding Trust, and serve all pleadings and court papers upon undersigned counsel.

                                                      Respectfully submitted,

Dated: September 2, 2023                By: /s/ Maurice B. VerStandig
                                                         Maurice B. VerStandig, Esq.
                                                         Bar No. 18071
                                                         The VerStandig Law Firm, LLC
                                                         9812 Falls Road, #114-160
                                                         Potomac, Maryland 20854
                                                         Phone: (301) 444-4600
                                                         Facsimile: (301) 444-4600
                                                         mac@mbvesq.com
                                                         *Counsel for WCP Fund I LLC*

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

Richard L. Costella, Esq.
Tydings & Rosenberg LLP
One E. Pratt Street, Suite 901
Baltimore, MD 21202
rcostella@tydings.com
*Proposed Counsel for the Debtor*

Joseph Michael Selba, Esq.
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202
JSelba@tydingslaw.com
*Proposed Counsel for the Debtor*

Katherine A. Levin, Esq.
Office of U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
Katherine.A.Levin@usdoj.gov
*Counsel for the United States Trustee*

    /s/ Maurice B. VerStandig
    Maurice B. VerStandig