Entered: November 13th, 2023
Signed: November 13th, 2023

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | Case No. 23-15444-DER |
| | ) | (Chapter 11) |
| CTLC, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO TAKE
EXAMINATION OF 4D ASSOCIATES, LLC**

Upon consideration of the Motion to Take Examination of 4D Associates, LLC (the "Motion") filed by WCP Fund I LLC as servicer for Pacific RBLF Funding Trust, the authorities cited therein, and controlling law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further,

ORDERED, that WCP Fund I LLC as servicer for Pacific RBLF Funding Trust is authorized to issue the subpoena attached to the Motion as Exhibit K.

Copies (via ECF):

Richard L. Costella, Esq.
rcostella@tydings.com

Joseph Michael Selba, Esq.
JSelba@tydingslaw.com

Katherine A. Levin, Esq.
Katherine.A.Levin@usdoj.gov

Maurice B. VerStandig, Esq.
mac@mbvesq.com

**END OF ORDER**