# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (<u>Baltimore Division</u>)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION RESOLVING OBJECTION TO DISCLOSURE STATEMENT

CTLC, LLC (the "Debtor") and creditor, J. Paul Builders, LLC ("J. Paul"), by their respective undersigned attorneys, hereby stipulate and agree as follows in resolution of J. Paul's Objection (Dkt# 92) to the Debtor's Disclosure Statement for Chapter 11 Plan (Dkt# 76), with approval of the United States Trustee, and a proposed order submitted herewith for the Court's consideration:

1. The Debtor shall have until April 12, 2024 to file an amended Disclosure Statement to incorporate the Debtor's construction project plan and general contractor agreement that were provided to J. Paul.

2. J. Paul and the Debtor agree to (a) the conditional approval of the Disclosure Statement pursuant to 11 U.S.C. 105(d)(2)(B)(vi) and (b) the scheduling of the Debtor's Chapter 11 Plan for a confirmation hearing in approximately sixty (60) days.

3. J. Paul and the Debtor agree that the hearing scheduled for April 17, 2024 in regard to Debtor's Motion to Extend Exclusivity periods (Dkt# 42) and J. Paul's Motion to Convert Case to Chapter 7 or Appoint Chapter 11 Trustee (Dkt# 55) be rescheduled to the date of the confirmation hearing.

6135645.1

**AGREED TO:**                                                                  Dated:  April 3, 2024

 /s/ Joseph M. Selba                                           /s/ Brent C. Strickland
Richard L. Costella, Bar No. 14095          Brent C. Strickland, Bar No. 22704
Joseph M. Selba, Bar No. 29181               111 Rockville Pike, Suite 800
Tyydings & Rosenberg LLP                       Rockville, Maryland 20850
1 East Pratt Street, Suite 901                      Phone: (410) 347-9402
Baltimore, Maryland 21202                       Facsimile: (410) 223-4302
Telephone: (410) 752-9700                       Email: bstrickland@whitefordlaw.com
rcostella@tydings.com                               *Counsel for J. Paul Builders, LLC*
jselba@tydings.com
*Counsel for Debtor*


/s/ Katherine A. Levin
Katherine A. Levin (Fed. Bar No. 10916)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
E-mail: Katherine.a.levin@usdoj.gov
*Counsel for United States Trustee for Region 4*

6135645.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of April 2024, I verified that a copy of the foregoing *Stipulation* will be served **via the Court's ECF filing system** on the following:

**Notice Parties:**

- Debtor, CTLC, LLC, c/o Joseph Selba, Esq., jselba@tydings.com
- Office of the United States Trustee, c/o Katherine A. Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

/s/ Joseph Selba
Joseph Selba