Entered: April 3rd, 2024
Signed: April 3rd, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC;** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER APPROVING
### STIPULATION RESOLVING OBJECTION TO DISCLOSURE STATEMENT

Pursuant to the Stipulation filed by CTLC, LLC (the "Debtor") and creditor, J. Paul Builders, LLC ("J. Paul"), and upon consideration of the Debtor's Disclosure Statement for Chapter 11 Plan (Dkt# 76) and J. Paul's Objection (Dkt# 92), and with the approval of the United States Trustee, the Court having found good cause shown for approving the terms of the Stipulation; it is, by the United States Bankruptcy Court for the District of Maryland, hereby **ORDERED** that:

1. The Debtor shall have until April 12, 2024 to file an amended Disclosure Statement to incorporate the Debtor's construction project plan and general contractor agreement that were provided to J. Paul.

2. The Disclosure Statement is hereby conditionally approved pursuant to 11 U.S.C. 105(d)(2)(B)(vi).

6135669.1

3.      The Court will schedule the Debtor's Chapter 11 Plan for a confirmation hearing in approximately sixty (60) days.

4.      The hearing scheduled for April 17, 2024 in regard to Debtor's Motion to Extend Exclusivity periods (Dkt# 42) and J. Paul's Motion to Convert Case to Chapter 7 or Appoint Chapter 11 Trustee (Dkt# 55) will be rescheduled to the date of the confirmation hearing.

**END OF ORDER**

cc: counsel of record, via ECF