United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-15444-DER |
| CTLC, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 15, 2024 | Form ID: ntchrgb3 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| aty | + | Andrs J. Gallegos, II, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| aty | + | Ryan T. Johnson, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| intp | + | A. Perry Builders, LLC, 1220 Washington Ave., Wilmette, IL 60091-2521 |
| cr | + | Bravas, LLC, 1421 Clarkview Rd - Suite 122, Baltimore, MD 21209-2187 |
| r | + | Lydia Travelstead, TTR Sothebys International Realty, 209 Main Street, Annapolis, MD 21401-2061 |
| cr | + | Miles & Stockbridge P.C., c/o Patricia B. Jefferson, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Jeffrey Louis Forman | forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com  jselba@tydings.com |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: ntchrgb3 | Total Noticed: 8 |

Katherine A. (UST) Levin
    Katherine.A.Levin@usdoj.gov amy.busch@usdoj.gov

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson
    pjefferson@milesstockbridge.com

Richard L. Costella
    rcostella@tydings.com jmurphy@tydings.com

Robert H. Kline
    kliner@whiteandwilliams.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **23–15444 – DER**   Chapter: **11**

**CTLC, LLC**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held on 6/5/24 at 02:00 PM in Courtroom 9–D, Baltimore – Judge Rice to consider and act upon the following:

42 – Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by CTLC, LLC. (Attachments: # 1 Proposed Order) (Selba, Joseph)

50 – Opposition on behalf of J Paul Builders LLC Filed by Dennis J. Shaffer (related document(s)42 Motion to Extend Exclusivity Period filed by Debtor CTLC, LLC). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I) (Shaffer, Dennis)

55 – Motion to Convert Case from Chapter 11 to Chapter 7 Motion to Convert Case to Chapter 7 or Appoint Chapter 11 Trustee. Fee Amount $15. Filed by J Paul Builders LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Service List) (Shaffer, Dennis)

62 – Support Document Support For Converting to Chapter 7 Filed by Jeffrey Louis Forman (related document(s)55 Motion to Convert Case from Chapter 11 to Chapter 7 filed by Creditor J Paul Builders LLC). (Forman, Jeffrey)

69 – Opposition on behalf of CTLC, LLC Filed by Richard L. Costella (related document(s)55 Motion to Convert Case from Chapter 11 to Chapter 7 filed by Creditor J Paul Builders LLC). (Costella, Richard)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/15/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 06/08/2020)