**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE REGARDING**
**DEBTOR'S CHAPTER 11 PLAN DOCUMENTS**

I HEREBY CERTIFY, that on this 22nd day of April 2022, the documents itemized below were served by first class mail, postage prepaid, on the parties on the attached matrix:

(i) the Court's *Order Approving Disclosure Statement, Setting Hearing on Confirmation of Plan, and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof* (ECF 98);

(ii) *Amended Disclosure Statement for Chapter 11 Plan* (ECF 96);

(iii) Debtor's *Chapter 11 Plan* (ECF 75); and

(iv) a ballot conforming to Official Form 314 (ballot recipients by Class designation attached as **Exhibit 1** hereto).

Date: April 22, 2024                Respectfully Submitted,

/s/ Joseph Selba
Joseph M. Selba, Fed. Bar No. 29181
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel.: 410-752-9700
Email: jselba@tydings.com
*Attorneys for Debtor*

6145880.1

1