```
Label Matrix for local noticing        A. Perry Builders, LLC                 Bravas, LLC
0416-1                                 1220 Washington Ave.                   1421 Clarkview Rd - Suite 122
Case 23-15444                          Wilmette, IL 60091-2521                Baltimore, MD 21209-2187
District of Maryland
Baltimore
Mon Apr 22 11:31:11 EDT 2024

CTLC, LLC                              Miles & Stockbridge P.C.               WCP Fund I LLC as Servicer for Pacific RBLF
6101 Tilghman Drive                    c/o Patricia B. Jefferson, Esquire     c/o The VerStandig Law Firm, LLC
Laurel, MD 20707-2673                  100 Light Street, 7th Floor            1452 W. Horizon Ridge Pkwy
                                       Baltimore, MD 21202-1153               #665
                                                                              Henderson, NV 89012-4422

A. Perry Designs & Builds, P.C.        Adam Cizek, Esq.                       (p)U S SECURITIES AND EXCHANGE COMMISSION
1220 Washington Ave.                   Whiteford Taylor & Preston LLP         ATLANTA REG OFFICE AND REORG
Wilmette, IL 60091-2521                7 St. Paul St., #1500                  950 E PACES FERRY RD NE STE 900
                                       Baltimore, MD 21202-1588               ATLANTA GA 30326-1382

Bravas, LLC                            (p)COMPTROLLER OF MARYLAND             Fisher, Collins & Carter, Inc.
9009 W. 95th Street                    BANKRUPTCY UNIT                        Kimberly A. Manuelides, Esq.
Overland Park, KS 66212-4055           301 W PRESTON ST ROOM 409              600 Washington Ave., Suite 300
                                       BALTIMORE MD 21201-2383                Towson  MD 21204-3916

Grier Revocable Trust                  Howard County Taxing Authority         Internal Revenue Service
c/o Michael and Sandra Grier           Office of Finance                      Centralized Insolvency Operation
6101 Tilghman Drive                    3430 Courthouse Drive                  Post Office Box 7346
Laurel, MD 20707-2673                  Ellicott City, MD 21043-4300           Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE            J. Paul Builders, LLC                  Kauffman & Forman, P.A.
CENTRALIZED INSOLVENCY OPERATIONS      7 St. Paul Street                      406 W. Pennsylvania Avenue
PO BOX 7346                            Suite 1500                             Towson, MD 21204-4228
PHILADELPHIA PA 19101-7346             Baltimore MD 21202-1636

Miles & Stockbridge                    Miles & Stockbridge P.C.               Office of Law
100 Light Street                       Attn: Patricia B. Jefferson            Howard County, Maryland
Baltimore, MD 21202-1036               100 Light Street                       3430 Courthouse Drive
                                       Baltimore, MD 21202-1036               Ellicott City, MD 21043-4300

Pacific RBLF Funding Trust             Richard L. Costella                    Russell Scott Drazin, Esq.
c/o WCP Fund I, LLC                    Tydings & Rosenberg LLP                Pardo & Drazin, LLC
2815 Hartland Road, #200               1 E. Pratt Street                      440 Jennifer St, NW, #2
Falls Church, VA 22043-3548            Suite 901                              Washington, DC 20015
                                       Baltimore, MD 21202-1249

Secretary of the Treasury              Shulman, Rogers, Gandal, Pordy & Ecker, PA   State of Maryland DLLR
15 & Pennsylvania Avenue               c/o Michael J. Lichtenstein, Esquire   Division of Unemployment Insurance
Washington, DC 20220-0001              12505 Park Potomac Ave, 6th Floor      1100 N. Eutaw Street, Room 401
                                       Potomac, MD 20854-6803                 Baltimore, MD 21201-2226

(p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M   US Trustee - Baltimore        WCP Fund I LLC as Servicer
36 S CHARLES STREET FOURTH FLOOR       Garmatz Federal Courthouse             Pacific RBLF Funding Trust
BALTIMORE MD 21201-3020                101 West Lombard Street                c/o The VerStandig Law Firm
                                       Suite 2625                             1452 W. Horizon Ridge Pkwy, #665
                                       Baltimore, MD 21201-2668               Henderson, Nevada 89012-4422
```

| | | |
|---|---|---|
| Joseph Michael Selba<br>Tydings & Rosenberg LLP<br>1 East Pratt Street<br>Suite 901<br>Baltimore, MD 21202-1249 | Lydia Travelstead<br>TTR Sothebys International Realty<br>209 Main Street<br>Annapolis, MD 21401-2061 | Richard L. Costella<br>Tydings & Rosenberg LLP<br>One E. Pratt Street, Suite 901<br>Baltimore, MD 21202-1249 |

 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Comptroller of Maryland<br>Compliance Division<br>301 W. Preston St., #409<br>Baltimore, MD 21201 | (d)Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 |
| Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201 | |

 The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)J Paul Builders LLC | (d)CTLC, LLC<br>6101 Tilghman Drive<br>Laurel, MD 20707-2673 | (u)Pacific RBLF Funding Trust<br>INVALID ADDRESS PROVIDED |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35