IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

In re:                                   *

CTLC, LLC                                *       Case No. 23-15444-DER
                                                 (Chapter 11)
    Debtor.                              *

*   *   *   *   *   *   *   *   *   *   *   *   *

**Form ballots follow.**

**Class I Ballot recipients:**

| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Comptroller Of Maryland<br>Bankruptcy Unit<br>301 W Preston St Room 409<br>Baltimore MD 21201-2383 | Lydia Travelstead<br>TTR Sothebys International Realty<br>209 Main Street<br>Annapolis, MD 21401-2061 |
|---|---|---|
| Makeover Construction LLC<br>11620 Reisterstown RD, Suite 440<br>Reisterstown, MD 21136-3702 | Michael and Sandra Grier<br>6101 Tilghman Drive<br>Laurel, MD 20707 | Secretary of the Treasury<br>15 & Pennsylvania Avenue<br>Washington, DC 20220-0001 |

**Class II Ballot recipients**

| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Comptroller Of Maryland<br>Bankruptcy Unit<br>301 W Preston St Room 409<br>Baltimore MD 21201-2383 | Howard County Taxing Authority<br>Office of Finance<br>3430 Courthouse Drive<br>Ellicott City, MD 21043-4300 |
|---|---|---|
| Office of Law<br>Howard County, Maryland<br>3430 Courthouse Drive<br>Ellicott City, MD 21043-4300 | Secretary of the Treasury<br>15 & Pennsylvania Avenue<br>Washington, DC 20220-0001 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 |

**Class III Ballot recipients:**

| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Comptroller Of Maryland<br>Bankruptcy Unit<br>301 W Preston St Room 409<br>Baltimore MD 21201-2383 | Howard County Taxing Authority<br>Office of Finance<br>3430 Courthouse Drive<br>Ellicott City, MD 21043-4300 |
|---|---|---|
| Office of Law<br>Howard County, Maryland<br>3430 Courthouse Drive<br>Ellicott City, MD 21043-4300 | Secretary of the Treasury<br>15 & Pennsylvania Avenue<br>Washington, DC 20220-0001 | |

6145869.1

**Class IV Ballot recipients**

| WCP Fund I LLC<br>as servicer for Pacific RBLF<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012-4422 | Pacific RBLF Funding Trust<br>c/o WCP Fund I, LLC<br>2815 Hartland Road, #200<br>Falls Church, VA 22043-3548 | WCP Fund I LLC<br>c/o Russell Scott Drazin, Esq.<br>Pardo & Drazin, LLC<br>440 Jennifer St, NW, #2<br>Washington, DC 20015 |
|---|---|---|

**Class V Ballot recipients:**

| J Paul Builders LLC<br>c/o Brent Strickland, Esq.<br>Whiteford Taylor & Preston LLP<br>111 Rockville Pike, Suite 800<br>Rockville, MD 20850 | | |
|---|---|---|

**Class VI Ballot recipients**

| Michael and Sandra Grier<br>6101 Tilghman Drive<br>Laurel, MD 20707 | Grier Recovable Trust<br>c/o Michael and Sandra Grier<br>6101 Tilghman Drive<br>Laurel, MD 20707 | A. Perry Builders, LLC<br>1220 Washington Ave.<br>Wilmette, IL 60091-2521 |
|---|---|---|
| Bravas, LLC<br>1421 Clarkview Rd – Suite 122<br>Baltimore, MD 21209-2187 | Miles & Stockbridge P.C.<br>c/o Patricia B. Jefferson, Esq.<br>100 Light Street, 7th Floor<br>Baltimore, MD 21202-1153 | Bravas, LLC<br>9009 W. 95th Street<br>Overland Park, KS 66212-4055 |
| Fisher, Collins & Carter, Inc.<br>Kimberly A. Manuelides, Esq.<br>600 Washington Ave., Suite 300<br>Towson, MD 21204-3916 | Shulman, Rogers, Gandal, Pordy & Ecker, PA<br>c/o Michael J. Lichtenstein, Esquire<br>12505 Park Potomac Ave, 6th Floor<br>Potomac, MD 20854-6803 | Bravas, LLC<br>c/o Kauffman & Forman, P.A.<br>406 W. Pennsylvania Avenue<br>Towson, MD 21204-4228 |
| J Paul Builders LLC<br>c/o Brent Strickland, Esq.<br>Whiteford Taylor & Preston LLP<br>111 Rockville Pike, Suite 800<br>Rockville, MD 20850 | | |

**Recipients with no ballot:**

| CTLC, LLC<br>6101 Tilghman Drive<br>Laurel, MD 20707 | U S Securities and Exchange Commission<br>Atlanta Reg Office And Reorg<br>950 E Paces Ferry Rd NE Ste 900<br>Atlanta, Ga 30326-1382 | U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201-3020 |
|---|---|---|

6145869.1

Case 23-15444   Doc 101-2   Filed 04/22/24   Page 3 of 15

| | | |
|---|---|---|
| US Trustee – Baltimore<br>c/o Katherine Levine, Esq.<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | | |

6145869.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## Class I Ballot for Accepting or Rejecting Plan of Reorganization

CTLC, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor") has filed a *Chapter 11 Plan* (ECF 75, the "Plan") dated February 2, 2024 in this case. A copy of (i) the Plan (ii) the *Amended Disclosure Statement for Chapter 11 Plan* (ECF 96, the "Disclosure Statement"); and (iii) the Court's *Order Approving Disclosure Statement, Setting Hearing on Confirmation of Plan, and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof* (ECF 98);are provided herewith.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in <u>Class I</u> under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Debtor's Counsel:**

Richard L. Costella, Esq. (rcostella@tydings.com)
Joseph M. Selba, Esq. (jselba@tydings.com)
**Tydings & Rosenberg LLP**
**One East Pratt Street, Suite 901**
**Baltimore, Maryland 21202**
**(410) 752-9753**

on or before <u>**May 20, 2024**</u>, **and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## Acceptance or Rejection of the Plan

The undersigned, the holder of a **Class I** claim against the Debtor in the unpaid amount of

_____Dollars ($)

Check one box only

☐ **Accepts the plan**

☐ **Rejects the plan**

Dated:            _____

Print or type name:    _____

Signature:         _____

                  Title (if corporation or partnership) _____

Address:          _____

                  _____

                  _____

Return this ballot to:

**Joseph M. Selba, Esq.**
**Tydings & Rosenberg LLP**
**One East Pratt Street, Suite 901**
**Baltimore, Maryland 21202**
**jselba@tydings.com**

6145869.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## Class II Ballot for Accepting or Rejecting Plan of Reorganization

CTLC, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor") has filed a *Chapter 11 Plan* (ECF 75, the "Plan") dated February 2, 2024 in this case. A copy of (i) the Plan (ii) the *Amended Disclosure Statement for Chapter 11 Plan* (ECF 96, the "Disclosure Statement"); and (iii) the Court's *Order Approving Disclosure Statement, Setting Hearing on Confirmation of Plan, and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof* (ECF 98);are provided herewith.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in <u>Class II</u> under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Debtor's Counsel:**

Richard L. Costella, Esq. (rcostella@tydings.com)
Joseph M. Selba, Esq. (jselba@tydings.com)
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
(410) 752-9753

**on or before <u>May 20, 2024</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

6145869.1

## **Acceptance or Rejection of the Plan**

The undersigned, the holder of a **Class II** claim against the Debtor in the unpaid amount of

_____Dollars ($)

Check one box only

☐ **Accepts the plan**

☐ **Rejects the plan**

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

_____

Return this ballot to:

**Joseph M. Selba, Esq.**
**Tydings & Rosenberg LLP**
**One East Pratt Street, Suite 901**
**Baltimore, Maryland 21202**
**jselba@tydings.com**

6145869.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** <br> **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# Class III Ballot for Accepting or Rejecting Plan of Reorganization

CTLC, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor") has filed a *Chapter 11 Plan* (ECF 75, the "Plan") dated February 2, 2024 in this case. A copy of (i) the Plan (ii) the *Amended Disclosure Statement for Chapter 11 Plan* (ECF 96, the "Disclosure Statement"); and (iii) the Court's *Order Approving Disclosure Statement, Setting Hearing on Confirmation of Plan, and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof* (ECF 98);are provided herewith.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in <u>Class III</u> under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Debtor's Counsel:**

> Richard L. Costella, Esq. (rcostella@tydings.com)
> Joseph M. Selba, Esq. (jselba@tydings.com)
> Tydings & Rosenberg LLP
> One East Pratt Street, Suite 901
> Baltimore, Maryland 21202
> (410) 752-9753

on or before <u>**May 20, 2024**</u>**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## Acceptance or Rejection of the Plan

The undersigned, the holder of a **Class III** claim against the Debtor in the unpaid amount of

_____Dollars ($)

Check one box only

☐ **Accepts the plan**

☐ **Rejects the plan**

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

_____

Return this ballot to:

**Joseph M. Selba, Esq.**
**Tydings & Rosenberg LLP**
**One East Pratt Street, Suite 901**
**Baltimore, Maryland 21202**
**jselba@tydings.com**

6145869.1

**IN THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE DISTRICT OF MARYLAND</u>
(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>Class IV Ballot for Accepting or Rejecting Plan of Reorganization</u>

CTLC, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor") has filed a *Chapter 11 Plan* (ECF 75, the "Plan") dated February 2, 2024 in this case. A copy of (i) the Plan (ii) the *Amended Disclosure Statement for Chapter 11 Plan* (ECF 96, the "Disclosure Statement"); and (iii) the Court's *Order Approving Disclosure Statement, Setting Hearing on Confirmation of Plan, and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof* (ECF 98); are provided herewith.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in <u>Class IV</u> under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Debtor's Counsel:**

**Richard L. Costella, Esq. (rcostella@tydings.com)
Joseph M. Selba, Esq. (jselba@tydings.com)
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
(410) 752-9753**

**on or before <u>May 20, 2024</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

6145869.1

## **Acceptance or Rejection of the Plan**

The undersigned, the holder of a **Class IV** claim against the Debtor in the unpaid amount of

_____Dollars ($)

Check one box only

☐ **Accepts the plan**

☐ **Rejects the plan**

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

_____

Return this ballot to:

**Joseph M. Selba, Esq.**
**Tydings & Rosenberg LLP**
**One East Pratt Street, Suite 901**
**Baltimore, Maryland 21202**
**jselba@tydings.com**

6145869.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

In re:                                                  *

CTLC, LLC                                               *        Case No. 23-15444-DER
                                                                 (Chapter 11)
    Debtor.                                           *

*   *   *   *   *   *   *   *   *   *   *   *   *

## Class V Ballot for Accepting or Rejecting Plan of Reorganization

CTLC, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor") has filed a *Chapter 11 Plan* (ECF 75, the "Plan") dated February 2, 2024 in this case. A copy of (i) the Plan (ii) the *Amended Disclosure Statement for Chapter 11 Plan* (ECF 96, the "Disclosure Statement"); and (iii) the Court's *Order Approving Disclosure Statement, Setting Hearing on Confirmation of Plan, and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof* (ECF 98); are provided herewith.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in <u>Class V</u> under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Debtor's Counsel:**

                Richard L. Costella, Esq. (rcostella@tydings.com)
                Joseph M. Selba, Esq. (jselba@tydings.com)
                Tydings & Rosenberg LLP
                One East Pratt Street, Suite 901
                Baltimore, Maryland 21202
                (410) 752-9753

**on or before <u>May 20, 2024</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

6145869.1

## **Acceptance or Rejection of the Plan**

The undersigned, the holder of a **Class V** claim against the Debtor in the unpaid amount of

_____Dollars ($)

Check one box only

☐ **Accepts the plan**

☐ **Rejects the plan**

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

_____

Return this ballot to:

**Joseph M. Selba, Esq.**
**Tydings & Rosenberg LLP**
**One East Pratt Street, Suite 901**
**Baltimore, Maryland 21202**
**jselba@tydings.com**

6145869.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# Class VI Ballot for Accepting or Rejecting Plan of Reorganization

CTLC, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor") has filed a *Chapter 11 Plan* (ECF 75, the "Plan") dated February 2, 2024 in this case. A copy of (i) the Plan (ii) the *Amended Disclosure Statement for Chapter 11 Plan* (ECF 96, the "Disclosure Statement"); and (iii) the Court's *Order Approving Disclosure Statement, Setting Hearing on Confirmation of Plan, and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof* (ECF 98);are provided herewith.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class VI under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Debtor's Counsel:**

Richard L. Costella, Esq. (rcostella@tydings.com)<br>
Joseph M. Selba, Esq. (jselba@tydings.com)<br>
<b>Tydings & Rosenberg LLP</b><br>
<b>One East Pratt Street, Suite 901</b><br>
<b>Baltimore, Maryland 21202</b><br>
<b>(410) 752-9753</b>

on or before **May 20, 2024**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

6145869.1

## Acceptance or Rejection of the Plan

The undersigned, the holder of a **Class VI** claim against the Debtor in the unpaid amount of

_____Dollars ($)

Check one box only

☐ **Accepts the plan**

☐ **Rejects the plan**

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

_____

Return this ballot to:

**Joseph M. Selba, Esq.**
**Tydings & Rosenberg LLP**
**One East Pratt Street, Suite 901**
**Baltimore, Maryland 21202**
**jselba@tydings.com**

6145869.1