IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>CTLC, LLC,<br><br>        Debtor<br><br><br>J. PAUL BUILDERS, LLC,<br><br>        Movant,<br><br>v.<br><br>CTLC, LLC,<br><br>        Respondent. | Chapter 11<br><br>Case No. 23-15444-DER |

**MOVANT'S EXHIBIT LIST FOR MAY 9, 2024 HEARING ON MOTION FOR ENTRY OF ORDER MODIFYING THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR EXTENSION OF THE AUTOMATIC STAY TO MOVANT**

J. Paul Builders, LLC ("J. Paul") files this Witness List in connection with the May 9, 2024 hearing on J. Paul's Motion for Entry of Order Modifying the Automatic Stay or in the Alternative For Extension of the Automatic Stay.

## Exhibits

1. Complaint in Case No. 1:23-cv-00828-JRR

2. Answer, Counterclaim, and Third-Party Complaint in Case No. 1:23-cv-00828-JRR

3. Contract between J Paul and CTLC

4. Addendum to Contract between J. Paul and CTLC

5. Amended Complaint in Case No. 1:23-cv-00828-JRR

Dated: May 6, 2024                                  Respectfully submitted,

*/s/ Brent C. Strickland*
Brent C. Strickland, Esquire (Bar No. 22704)
Whiteford, Taylor & Preston L.L.P.
8830 Stanford Boulevard, Suite 400
Columbia, MD 21045
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to J. Paul Builders, LLC*