Entered: May 22nd, 2024
Signed: May 21st, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CTLC, LLC, ) | Chapter 11 |
| ) | Case No. 23-15444-DER |
| Debtor. ) | |
| ) | |
| ) | |
| J. PAUL BUILDERS, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| CTLC, LLC, ) | |
| ) | |
| Respondent. ) | |

**CONSENT ORDER RESOLVING MOTION FOR ENTRY OF ORDER MODIFYING THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR EXTENSION OF THE AUTOMATIC STAY TO MOVANT**

Upon consideration of the *Motion for Entry of Order Modifying the Automatic Stay or, in the Alternative, for Extension of the Automatic Stay to Movant* (the "Motion") filed by J. Paul Builders, LLC; the opposition thereto filed by CTLC, LLC (the "Debtor"); and the response to the Motion filed by A. Perry Builders, LLC ("A. Perry"); and the parties having consented to the relief

sought in the Motion to the extent set forth in this Consent Order, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is granted to the extent provided herein; and it is further

ORDERED, that the automatic stay imposed by Section 362 of the Bankruptcy Code is hereby modified in order to permit the resumption and completion of litigation in the civil case pending in the United States District Court for the District of Maryland captioned *A. Perry Designs & Builds, P.C. v. J. Paul Builders, LLC*, Civil Action No. 1:23-cv-00828-JRR (the "Federal District Case") as to all parties to that case, including the Debtor; provided, however, that the Federal District Case shall be stayed for sixty (60) days from the date of entry of this Consent Order as to all proceedings; and it is further

ORDERED, that the resolution of the claims against the Debtor in the Federal District Case shall be binding and determinative of (i) any allowed claim of J. Paul Builders, LLC against the Debtor with respect to the alleged indemnification obligations asserted against the Debtor set forth in the Proof of Claim No. 5, so as to resolve the Debtor's objection to such portions of the claim of J. Paul Builders, LLC, and (ii) any allowed claim of any other party against the Debtor with respect to the claims asserted in the Federal District Case; and it is further

ORDERED that, in the event that any party obtains a judgment against the Debtor in the Federal District Case, no execution or enforcement of such judgment shall be permitted absent further Order of this Court, and such judgment shall be subject to treatment of such party's claim(s) under the terms of any confirmed Chapter 11 Plan in the Debtor's case, unless the Debtor's Chapter 11 case is dismissed.

CONSENTED TO:

*/s/ Brent C. Strickland*
Brent C. Strickland, Esquire (Bar No. 22704)
Whiteford, Taylor & Preston L.L.P.
8830 Stanford Blvd, Suite 400
Columbia, Maryland 21045
Phone: (410) 347-9402
Email: bstrickland@whitefordlaw.com

*Counsel to J. Paul Builders, LLC*

*/s/  Robert H. Kline*
Robert H. Kline (Bar No. 20802)
White and William, LLP
600 Washington Avenue Suite 303
Towson, Maryland 21204
Phone: (443) 761-6500
Email: kliner@whiteandwilliams.com

and

Ryan T. Johnson (*pro hac vice* )
Andrés Gallegos II (*pro hac vice*)
Hahn Loeser & Park, LLP
200 W. Madison, Ste. 2700
Chicago, IL 60606
(312) 637-3000
rjohnson@hahnlaw.com
agallegosii@hahnlaw.com

*Counsel for A. Perry Builders, LLC*

*/s/ Joseph M. Selba*
Richard L. Costella (Bar No. 14095)
Joseph M. Selba (Bar No. 29181)
Tydings & Rosenberg, LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Phone: (410) 752-9772
Email: rcostella@tydings.com
Email: jselba@tydings.com
*Counsel for the Debtor*

cc: All parties on the master service list

**END OF ORDER**