United States Bankruptcy Court

District of Maryland

In re:                                                                                        Case No. 23-15444-DER

CTLC, LLC                                                                                     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2024 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

**Recip ID            Recipient Name and Address**
db            +    CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2024                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Jeffrey Louis Forman | forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com  jselba@tydings.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com  lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patricia B. Jefferson | |

District/off: 0416-1                          User: admin                                    Page 2 of 2
Date Rcvd: May 20, 2024                       Form ID: defntc                                Total Noticed: 1

                                             pjefferson@milesstockbridge.com

Richard L. Costella
                                             rcostella@tydings.com  jmurphy@tydings.com

Robert H. Kline
                                             kliner@whiteandwilliams.com

US Trustee - Baltimore
                                             USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **23–15444 – DER**    Chapter: **11**

**CTLC, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:    104 – Objection on behalf of J Paul Builders LLC Filed by Brent C. Strickland (related document(s)98 Order Approving Disclosure Statement). (Strickland, Brent)

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 6/3/24.**

   **The Certificate of Service does not list the names of parties served.**

CURE:    An amended Certificate of Service with a list of the names of the parties served must be filed by the cure date above.

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 5/20/24

   Mark A. Neal, Clerk of Court
   by Deputy Clerk, Chanel Paige
   410–962–4434

cc:   Debtor
   Attorney for Debtor – Joseph Michael Selba

defntc (rev. 12/12/2016)