United States Bankruptcy Court
District of Maryland

In re:                                                                                                                                           Case No. 23-15444-DER
CTLC, LLC                                                                                                                                           Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                                                      User: admin                                                                                       Page 1 of 2
Date Rcvd: May 22, 2024                                      Form ID: pdfall                                                                          Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Ryan T. Johnson, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| | | Timothy VanCisin, Esquire, Tydings & Rosenberg, LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| 32325288 | + | A. Perry Designs & Builds, P.C., Hahn Loeser & Parks, LLP, 200 W. Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| 32315377 | + | Adam Cizek, Esq., Whiteford Taylor & Preston LLP, 7 St. Paul St., #1500, Baltimore, MD 21202-1588 |
| 32315378 | + | Bravas, LLC, 9009 W. 95th Street, Overland Park, KS 66212-4055 |
| 32315375 | + | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| 32325289 | | Grier Revocable Trust, c/o Michael and Sandra Grier, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| 32315380 | + | Howard County Taxing Authority, Office of Finance, 3430 Courthouse Drive, Ellicott City, MD 21043-4300 |
| 32315382 | + | J. Paul Builders, LLC, 7 St. Paul Street, Suite 1500, Baltimore MD 21202-1636 |
| 32315383 | + | Kauffman & Forman, P.A., 406 W. Pennsylvania Avenue, Towson, MD 21204-4228 |
| 32315384 | + | Miles & Stockbridge, 100 Light Street, Baltimore, MD 21202-1036 |
| 32315834 | + | Office of Law, Howard County, Maryland, 3430 Courthouse Drive, Ellicott City, MD 21043-4300 |
| 32325290 | + | Pacific RBLF Funding Trust, c/o WCP Fund I, LLC, 2815 Hartland Road, #200, Falls Church, VA 22043-3548 |
| 32315376 | + | Richard L. Costella, Tydings & Rosenberg LLP, 1 E. Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| 32315386 | | Russell Scott Drazin, Esq., Pardo & Drazin, LLC, 440 Jennifer St, NW, #2, Washington, DC 20015 |
| 32315387 | + | Shulman, Rogers, Gandal, Pordy & Ecker, PA, c/o Michael J. Lichtenstein, Esquire, 12505 Park Potomac Ave, 6th Floor, Potomac, MD 20854-6803 |
| 32338389 | + | WCP Fund I LLC as Servicer, Pacific RBLF Funding Trust, c/o The VerStandig Law Firm, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | May 22 2024 19:16:00 | U.S. Trustee Baltimore, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |
| | | Email/Text: atlreorg@sec.gov | May 22 2024 19:16:00 | US Securities and Exchange Commission, Atlanta Regional Office & Reorganization, 950 E. Paces Ferry Rd. NE, Suite 900, Atlanta, GA 30326-1382 |
| 32315379 | | Email/Text: Bankruptcymail@marylandtaxes.gov | May 22 2024 19:15:00 | Comptroller of Maryland, Compliance Division, 301 W. Preston St., #409, Baltimore, MD 21201 |
| 32315381 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2024 19:16:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32315835 | + | Email/Text: karen.brown@treasury.gov | May 22 2024 19:15:00 | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 32315831 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | May 22 2024 19:16:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32315830 | | Email/Text: usamd.bankruptcy@usdoj.gov | May 22 2024 19:15:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 7

District/off: 0416-1      User: admin      Page 2 of 2
Date Rcvd: May 22, 2024      Form ID: pdfall      Total Noticed: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Jeffrey Louis Forman | forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com  jselba@tydings.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| Richard L. Costella | rcostella@tydings.com  jmurphy@tydings.com |
| Robert H. Kline | kliner@whiteandwilliams.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 9

Entered: May 22nd, 2024
Signed: May 21st, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
|    CTLC, LLC, | ) | Chapter 11 |
| | ) | Case No. 23-15444-DER |
|                   Debtor. | ) | |
| | ) | |
| | ) | |
| J. PAUL BUILDERS, LLC, | ) | |
| | ) | |
|    Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CTLC, LLC, | ) | |
| | ) | |
|    Respondent. | ) | |

**CONSENT ORDER RESOLVING MOTION FOR ENTRY OF ORDER
MODIFYING THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR
<u>EXTENSION OF THE AUTOMATIC STAY TO MOVANT</u>**

Upon consideration of the *Motion for Entry of Order Modifying the Automatic Stay or, in the Alternative, for Extension of the Automatic Stay to Movant* (the "<u>Motion</u>") filed by J. Paul Builders, LLC; the opposition thereto filed by CTLC, LLC (the "<u>Debtor</u>"); and the response to the Motion filed by A. Perry Builders, LLC ("<u>A. Perry</u>"); and the parties having consented to the relief

sought in the Motion to the extent set forth in this Consent Order, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is granted to the extent provided herein; and it is further

ORDERED, that the automatic stay imposed by Section 362 of the Bankruptcy Code is hereby modified in order to permit the resumption and completion of litigation in the civil case pending in the United States District Court for the District of Maryland captioned *A. Perry Designs & Builds, P.C. v. J. Paul Builders, LLC*, Civil Action No. 1:23-cv-00828-JRR (the "Federal District Case") as to all parties to that case, including the Debtor; provided, however, that the Federal District Case shall be stayed for sixty (60) days from the date of entry of this Consent Order as to all proceedings; and it is further

ORDERED, that the resolution of the claims against the Debtor in the Federal District Case shall be binding and determinative of (i) any allowed claim of J. Paul Builders, LLC against the Debtor with respect to the alleged indemnification obligations asserted against the Debtor set forth in the Proof of Claim No. 5, so as to resolve the Debtor's objection to such portions of the claim of J. Paul Builders, LLC, and (ii) any allowed claim of any other party against the Debtor with respect to the claims asserted in the Federal District Case; and it is further

ORDERED that, in the event that any party obtains a judgment against the Debtor in the Federal District Case, no execution or enforcement of such judgment shall be permitted absent further Order of this Court, and such judgment shall be subject to treatment of such party's claim(s) under the terms of any confirmed Chapter 11 Plan in the Debtor's case, unless the Debtor's Chapter 11 case is dismissed.

CONSENTED TO:

*/s/ Brent C. Strickland*
Brent C. Strickland, Esquire (Bar No. 22704)
Whiteford, Taylor & Preston L.L.P.
8830 Stanford Blvd, Suite 400
Columbia, Maryland 21045
Phone: (410) 347-9402
Email: bstrickland@whitefordlaw.com

*Counsel to J. Paul Builders, LLC*


*/s/  Robert H. Kline*
Robert H. Kline (Bar No. 20802)
White and William, LLP
600 Washington Avenue Suite 303
Towson, Maryland 21204
Phone: (443) 761-6500
Email: kliner@whiteandwilliams.com


and

Ryan T. Johnson (*pro hac vice* )
Andrés Gallegos II (*pro hac vice*)
Hahn Loeser & Park, LLP
200 W. Madison, Ste. 2700
Chicago, IL 60606
(312) 637-3000
rjohnson@hahnlaw.com
agallegosii@hahnlaw.com


*Counsel for A. Perry Builders, LLC*


*/s/ Joseph M. Selba*
Richard L. Costella (Bar No. 14095)
Joseph M. Selba (Bar No. 29181)
Tydings & Rosenberg, LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Phone: (410) 752-9772
Email: rcostella@tydings.com
Email: jselba@tydings.com
*Counsel for the Debtor*

cc: All parties on the master service list

**END OF ORDER**