# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

IN RE:   CTLC, LLC

Debtor

Case No. 23-15444 (DER)

Chapter 11

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) of this Court, and Local Rule 101.1(b) of the U.S. District Court for the District of Maryland, Robert H. Kline, Esquire, a member in good standing of the bar of this Court, moves the admission of Christopher B. Wick Esquire, to appear *pro hac vice* in the captioned proceeding as counsel for A Perry Builders, LLC.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is not a member of the Bar of Maryland.
2. The proposed admittee does not maintain a law office in Maryland.
3. The proposed admittee is a member in good standing of the bar of the following State or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| State of Ohio 12/19/2000 | OH Northern District 12/2001 |
| 6th Circuit Court of Appeals 5/24/2010 | OH Southern District 6/2004 |
|  | MI Western District 6/28/2002 |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the court 0 times.

LBF-F v.2022

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he must submit a statement fully explaining all relevant facts.)

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Lawyers' Rules of Professional Conduct, and understands the he shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this proceeding will be the undersigned or _____, Esquire, who has been formally admitted to the bar of the U.S, District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. The $100.00 fee for admission *pro hac vice* is enclosed. (Payment may be made by check of money order payable to: Clerk of Court, United States Bankruptcy Court or paid electronically through CM/ECF.)

10. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

(signed by Robert H. Kline with permission of Christopher B. Wick)

/s/ Robert H. Kline, Bar No. 20802

Movant Attorney, Esquire

Maryland U.S. District Court Number

Firm, LLC  White and Williams, LLP

Telephone  443-761-6500

Email  kliner@whiteandwilliams.com

Address  600 Washington Ave.

Address  Suite 303

Address  Towson, Maryland 21204

/s/ Christopher B. Wick (OH Bar # 0073126)

Proposed Admittee's Name

Firm, LLC  Hahn Loeser & Parks LLP

Telephone  216-621-0150

Email  cwick@hahnlaw.com

Address  200 Public Square, Suite 2800

Address

Address  Cleveland, OH 44114

# CERTIFICATE OF SERVICE

I hereby certify that on the  30th  day of  May , 20 24 , I reviewed the court's CM/ECF system and it reports that an electronic copy of the Motion for Admission Pro Hac Vice will be served electronically by the court's CM/ECF system on the following:

| | |
|---|---|
| Name of Trustee, Chapter 13 | Dennis J. Shaffer: dshaffer@wtplaw.com |
| | Maurice Belmont VerStandig - mac@mbvesq.com |
| Name of Attorney | Richard L. Costella: rcostella@tydings.com |
| | Joseph Michael Selba: JSelba@tydingslaw.com |
| | Timothy VanCisin: tvancisin@tydings.com |
| Name of Attorney | |

I hereby further certify that on the  30th  day of  May , 20 24 , a copy of the Motion for Admission Pro Hac Vice was also mailed first class, postage prepaid to:

Name of Party  
Address of Party  
City, State Zip  

(see attached service list)

Name of Party  
Address of Party  
City, State Zip  

Name of Party  
Address of Party  
City, State Zip  

Signature  /s/ Robert H. Kline

[Type or print your name]

CTLC, LLC
Matrix

U S Securities and Exchange Commission
Atlanta Reg Office And Reorg
950 E Paces Ferry Rd NE Ste 900
Atlanta, GA 30326-1382

CTLC, LLC
6101 Tilghman Drive
Laurel, MD 20707-2673

A. Perry Designs & Builds, P.C.
1220 Washington Ave.
Wilmette, IL 60091-2521

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Bravas, LLC
9009 W. 95th Street
Overland Park, KS 66212-4055

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., #300
Towson, MD 21204-3916

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201-3020

Grier Revocable Trust
c/o Michael and Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

Howard County Taxing Authority
Office of Finance
3430 Courthouse Drive
Ellicott City, MD 21043-4300

Kauffman & Forman, P.A.
406 W. Pennsylvania Avenue
Towson, MD 21204-4228

Miles & Stockbridge
ATTN: Patricia B. Jefferson
100 Light Street
Baltimore, MD 21202-1036

Office of Law
Howard County, Maryland
3430 Courthouse Drive
Ellicott City, MD 21043-4300

Shulman, Rogers, Gandal,
Pordy & Ecker, PA
c/o Michael J. Lichenstein, Esq.
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854-6803

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Comptroller of Maryland
Bankruptcy Unit
301 W. Preston St., Rm 409
Baltimore, MD 21201-2383