Entered: May 30th, 2024
Signed: May 30th, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23–15444 – DER**   Chapter: **11**

**CTLC, LLC**
Debtor

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Christopher B. Wick as counsel for A Perry Builders, LLC, and the certified statements in support thereof, and upon the recommendation of Robert H. Kline, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010–3(b) and District Court Local Rule 101.1(b); and it is further

ORDERED, that Christopher B. Wick must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for–attorneys/training–and–registration–for–electronic–filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc: Debtor
    Attorney for Debtor – Joseph Michael Selba
    Movant – A Perry Builders, LLC
    Local Counsel – Robert H. Kline
    U.S. Trustee

### End of Order

01x01 (rev. 03/12/2024) – ChanelPaige