IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(<u>Baltimore Division</u>)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
|     **Debtor.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STATUS REPORT REGARDING JUNE 5, 2024 HEARING

CTLC, LLC, Debtor and Debtor-in-Possession (the "Debtor"), by its undersigned counsel, submits this report to the Court in advance of the hearing scheduled for 2:00 PM on June 5, 2024.

1. Before the Court for consideration at the hearing are:

    a. Debtor's Chapter 11 Plan (Dkt.# 75) and the objections thereto (Dkt.#'s 106, 108, 109, and 113).

    b. Debtor's motion to extend exclusivity (Dkt.# 42) and the opposition thereto (Dkt.# 50).

    c. J. Paul Builders, LLC's motion to convert case or to appoint trustee (Dkt.# 55), the support therefor (Dkt.# 62), and the opposition thereto (Dkt.# 69).

2. Due to the objections filed, the Debtor is not seeking confirmation of the current Chapter 11 Plan. The Debtor is actively negotiating with objecting creditors to submit an amended plan that is confirmable with the consent of creditors.

3. The Debtor's exclusivity motion is being withdrawn.

4. The parties have agreed to reschedule the conversion/trustee motion.

5. In light of the foregoing, the Debtor requests that the hearing on June 5, 2024 be

6172942.1

converted to a status conference, with remote appearances for the convenience of the parties. The Debtor would like to update the Court on the status of this case and seeking confirmation of an amended Chapter 11 plan.

Respectfully submitted,

Dated:  June 3, 2024                    /s/ Joseph M. Selba
                                        Richard L. Costella, Bar No. 14095
                                        Joseph M. Selba, Fed. Bar No.: 29181
                                        Tydings & Rosenberg LLP
                                        1 East Pratt Street, Suite 901
                                        Baltimore, Maryland 21202
                                        Tel: (410) 752-9700
                                        Fax: 410.727.5460
                                        Email: rcostella@tydings.com
                                               jselba@tydings.com
                                        *Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of June 2024, I verified that a copy of the foregoing *Status Report* will be served **via the Court's ECF filing system** on the following:

**Notice Parties:**

- Office of the United States Trustee, c/o Katherine A. Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders, LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I, LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

/s/ Joseph Selba
Joseph Selba

6172942.1

3