Entered: June 4th, 2024
Signed: June 4th, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (BALTIMORE DIVISION)

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-15444 (DER) |
| CTLC, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____) | |

## CONSENT ORDER DEEMING FILED PROOF OF CLAIM TIMELY

This matter is before the Court on the *Consent Motion of A. Perry Builds & Design, P.C. For Entry of Order Allowing a Late Filed Proof of Claim* (the "**Proof of Claim Motion**") filed by A. Perry Builds & Design, P.C. ("**A. Perry**"), seeking an order authorizing A. Perry to file a late proof of claim. The Court, having considered the Proof of Claim Motion, and with the consent of the Debtor, orders as follows:

IT IS ORDERED:

1. Claim 6 filed by A. Perry is deemed timely filed for purposes of the claims bar date previously established in this case.

2. This order shall not have any effect on the Debtor's right to contest the allowance, disallowance, validity, and/or amount of A. Perry's Proof of Claim.

3. The allowed amount, if any, of A. Perry's Proof of Claim shall be determined by the resolution of the litigation in the civil case pending in the United States District Court for the

District of Maryland captioned *A. Perry Designs & Builds, P.C. v. J. Paul Builders, LLC*, Civil Action No. 1:23-cv-00828-JRR (the "**Federal District Case**").

4.  Further, this Order shall not prohibit the parties from reaching other agreements regarding any aspect or the resolution of A. Perry's claims (general unsecured claims, administrative claims, or other claims against the Debtor) in this Bankruptcy Case.

*CONSENTED AND AGREED TO:*

/s/ Robert H. Kline
Robert H. Kline (Bar No. 20802)
White and William, LLP
600 Washington Avenue Suite 303
Towson, Maryland 21204
Phone: (443) 761-6500
Email: kliner@whiteandwilliams.com

and

Ryan T. Johnson (*pro hac vice*)
Andrés Gallegos II (*pro hac vice*)
Hahn Loeser & Park, LLP
200 W. Madison, Ste. 2700
Chicago, IL 60606
(312) 637-3000
rjohnson@hahnlaw.com
agallegosii@hahnlaw.com
*Counsel for A. Perry Builders, LLC*

/s/ Joseph M. Selba
Richard L. Costella (Bar No. 14095)
Joseph M. Selba (Bar No. 29181)
Tydings & Rosenberg, LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Phone: (410) 752-9772
Email: rcostella@tydings.com
Email: jselba@tydings.com
*Counsel for the Debtor*

I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented

by the /s/ on the copy Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order.

/s/ Robert H. Kline
Robert H. Kline (Bar No. 20802)

**END OF ORDER**

cc: All parties on the master service list