United States Bankruptcy Court
District of Maryland

In re:  Case No. 23-15444-DER
CTLC, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 3
Date Rcvd: Jun 04, 2024      Form ID: pdfall      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| aty | + | Andrs J. Gallegos, II, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| aty | + | Christopher B. Wick, Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, OH 44114-2303 |
| aty | + | Ryan T. Johnson, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| intp | + | A. Perry Builders, LLC, 1220 Washington Ave., Wilmette, IL 60091-2521 |
| cr | + | Bravas, LLC, 1421 Clarkview Rd - Suite 122, Baltimore, MD 21209-2187 |
| r | + | Lydia Travelstead, TTR Sothebys International Realty, 209 Main Street, Annapolis, MD 21401-2061 |
| cr | + | Miles & Stockbridge P.C., c/o Patricia B. Jefferson, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32325288 | + | A. Perry Designs & Builds, P.C., Hahn Loeser & Parks, LLP, 200 W. Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| 32315377 | + | Adam Cizek, Esq., Whiteford Taylor & Preston LLP, 7 St. Paul St., #1500, Baltimore, MD 21202-1588 |
| 32315378 | + | Bravas, LLC, 9009 W. 95th Street, Overland Park, KS 66212-4055 |
| 32399289 | + | Fisher, Collins & Carter, Inc., Kimberly A. Manuelides, Esq., 600 Washington Ave., Suite 300, Towson MD 21204-3916 |
| 32325289 | | Grier Revocable Trust, c/o Michael and Sandra Grier, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| 32315380 | + | Howard County Taxing Authority, Office of Finance, 3430 Courthouse Drive, Ellicott City, MD 21043-4300 |
| 32315382 | + | J. Paul Builders, LLC, 7 St. Paul Street, Suite 1500, Baltimore MD 21202-1636 |
| 32315383 | + | Kauffman & Forman, P.A., 406 W. Pennsylvania Avenue, Towson, MD 21204-4228 |
| 32315384 | + | Miles & Stockbridge, 100 Light Street, Baltimore, MD 21202-1036 |
| 32398865 | + | Miles & Stockbridge P.C., Attn: Patricia B. Jefferson, 100 Light Street, Baltimore, MD 21202-1036 |
| 32315834 | + | Office of Law, Howard County, Maryland, 3430 Courthouse Drive, Ellicott City, MD 21043-4300 |
| 32325290 | + | Pacific RBLF Funding Trust, c/o WCP Fund I, LLC, 2815 Hartland Road, #200, Falls Church, VA 22043-3548 |
| 32315376 | + | Richard L. Costella, Tydings & Rosenberg LLP, 1 E. Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| 32315386 | | Russell Scott Drazin, Esq., Pardo & Drazin, LLC, 440 Jennifer St, NW, #2, Washington, DC 20015 |
| 32315387 | + | Shulman, Rogers, Gandal, Pordy & Ecker, PA, c/o Michael J. Lichtenstein, Esquire, 12505 Park Potomac Ave, 6th Floor, Potomac, MD 20854-6803 |
| 32338389 | + | WCP Fund I LLC as Servicer, Pacific RBLF Funding Trust, c/o The VerStandig Law Firm, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32315379 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 04 2024 19:19:00 | Comptroller of Maryland, Compliance Division, 301 W. Preston St., #409, Baltimore, MD 21201 |
| 32315836 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 04 2024 19:19:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32315381 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2024 19:20:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32315835 | + | Email/Text: karen.brown@treasury.gov | Jun 04 2024 19:20:00 | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 32315831 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jun 04 2024 19:20:00 | State of Maryland DLLR, Division of |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdfall | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 32315832 | | Email/Text: atlreorg@sec.gov | | Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| | | | Jun 04 2024 19:20:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32315830 | | Email/Text: usamd.bankruptcy@usdoj.gov | | |
| | | | Jun 04 2024 19:20:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32325315 | | Pacific RBLF Funding Trust, INVALID ADDRESS PROVIDED |
| 32315375 | *+ | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| 32315833 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2024         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Jeffrey Louis Forman | forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com  jselba@tydings.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com  lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| Richard L. Costella | rcostella@tydings.com  jmurphy@tydings.com |
| Robert H. Kline | kliner@whiteandwilliams.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdfall | Total Noticed: 32 |

US Trustee - Baltimore
          USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 9

Entered: June 4th, 2024
Signed: June 4th, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (BALTIMORE DIVISION)

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-15444 (DER) |
| CTLC, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |

### CONSENT ORDER DEEMING FILED PROOF OF CLAIM TIMELY

This matter is before the Court on the *Consent Motion of A. Perry Builds & Design, P.C. For Entry of Order Allowing a Late Filed Proof of Claim* (the "**Proof of Claim Motion**") filed by A. Perry Builds & Design, P.C. ("**A. Perry**"), seeking an order authorizing A. Perry to file a late proof of claim. The Court, having considered the Proof of Claim Motion, and with the consent of the Debtor, orders as follows:

IT IS ORDERED:

1. Claim 6 filed by A. Perry is deemed timely filed for purposes of the claims bar date previously established in this case.

2. This order shall not have any effect on the Debtor's right to contest the allowance, disallowance, validity, and/or amount of A. Perry's Proof of Claim.

3. The allowed amount, if any, of A. Perry's Proof of Claim shall be determined by the resolution of the litigation in the civil case pending in the United States District Court for the

District of Maryland captioned *A. Perry Designs & Builds, P.C. v. J. Paul Builders, LLC*, Civil Action No. 1:23-cv-00828-JRR (the "**Federal District Case**").

4. Further, this Order shall not prohibit the parties from reaching other agreements regarding any aspect or the resolution of A. Perry's claims (general unsecured claims, administrative claims, or other claims against the Debtor) in this Bankruptcy Case.

*CONSENTED AND AGREED TO:*

/s/ Robert H. Kline
Robert H. Kline (Bar No. 20802)
White and William, LLP
600 Washington Avenue Suite 303
Towson, Maryland 21204
Phone: (443) 761-6500
Email: kliner@whiteandwilliams.com

and

Ryan T. Johnson (*pro hac vice*)
Andrés Gallegos II (*pro hac vice*)
Hahn Loeser & Park, LLP
200 W. Madison, Ste. 2700
Chicago, IL 60606
(312) 637-3000
rjohnson@hahnlaw.com
agallegosii@hahnlaw.com
*Counsel for A. Perry Builders, LLC*


/s/ Joseph M. Selba
Richard L. Costella (Bar No. 14095)
Joseph M. Selba (Bar No. 29181)
Tydings & Rosenberg, LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Phone: (410) 752-9772
Email: rcostella@tydings.com
Email: jselba@tydings.com
*Counsel for the Debtor*


I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented

by the /s/ on the copy Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order.

*/s/  Robert H. Kline*
Robert H. Kline (Bar No. 20802)

**END OF ORDER**

cc: All parties on the master service list