## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (<u>Baltimore Division</u>)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
|     **Debtor.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### <u>LINE – WITHDRAWING MOTION TO EXTEND EXCLUSIVITY PERIODS</u>

CTLC, LLC, Debtor and Debtor-in-Possession (the "Debtor"), by counsel, hereby withdraws its motion (Dkt.# 42) seeking to extend the exclusive periods during which the Debtor may file a Plan of Reorganization and solicit acceptances of such Plan.

Dated: June 14, 2024                     /s/ Joseph M. Selba
                                                                             Richard L. Costella, Bar No. 14095
                                                                             Joseph M. Selba, Fed. Bar No.: 29181
                                                                             Tydings & Rosenberg LLP
                                                                             1 East Pratt Street, Suite 901
                                                                             Baltimore, Maryland 21202
                                                                             Tel: (410) 752-9772
                                                                             Fax: (410) 727-5460
                                                                             Email: rcostella@tydings.com
                                                                                                                jselba@tydings.com

*Counsel for the Debtor*

6180341.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June 2024, I verified that a copy of the foregoing *Line* will be served **via the Court's ECF filing system** on the following:

**Notice Parties:**

- Office of the United States Trustee, c/o Katherine A. Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders, LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I, LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

/s/ Joseph Selba
Joseph Selba

6180341.1