# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | Case No. 23-15444-DER |
| | | (Chapter 11) |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER PROVIDING FOR SEALING OF CONFIDENTIAL PLAN SUPPLEMENT

Upon consideration of the Motion filed by the Debtor, it is by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the Clerk shall enter the **Confidential Plan Supplement** to the Debtor's Amended Chapter 11 Plan filed on June 14, 2014 into the docket under seal.

### END OF ORDER

6180368.1