**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(<u>Baltimore Division</u>)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### <u>STATUS REPORT REGARDING JUNE 17, 2024 HEARING</u>

CTLC, LLC, Debtor and Debtor-in-Possession (the "Debtor"), by its undersigned counsel, submits this report to the Court in advance of the status hearing scheduled for 11:30 AM on June 17, 2024.

1. Before the Court for consideration at the s hearing are:

    a. Debtor's Chapter 11 Plan (Dkt.# 75) and the objections thereto (Dkt.#'s 106, 108, 109, and 113).

    b. J. Paul Builders, LLC's motion to convert case or to appoint trustee (Dkt.# 55), the support therefor (Dkt.# 62), and the opposition thereto (Dkt.# 69).

2. As anticipated and reflected in the Debtor's prior Status Report (Dkt.# 120), the Debtor has contemporaneously herewith filed an Amended Chapter 11 Plan that the Debtor expects to be confirmed with the consent of creditors.

3. In light of the foregoing, the Debtor requests that a hearing be scheduled for confirmation of the Amended Chapter 11 Plan.

6180340.1

Respectfully submitted,

Dated:  June 14, 2024 /s/ Joseph M. Selba
Richard L. Costella, Bar No. 14095
Joseph M. Selba, Fed. Bar No.: 29181
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9700
Fax: 410.727.5460
Email: rcostella@tydings.com
         jselba@tydings.com
*Counsel for the Debtor*

6180340.1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June 2024, I verified that a copy of the foregoing *Status Report* will be served **via the Court's ECF filing system** on the following:

**Notice Parties:**

- Office of the United States Trustee, c/o Katherine A. Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders, LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I, LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

/s/ Joseph Selba
Joseph Selba