United States Bankruptcy Court

District of Maryland

In re:                                                                    Case No. 23-15444-DER

CTLC, LLC                                                                 Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                        User: admin                                      Page 1 of 2

Date Rcvd: Jun 14, 2024                     Form ID: defntc                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

**Recip ID              Recipient Name and Address**
db                  +  CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

**Name**                        **Email Address**

Brent C. Strickland
                                bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com

Jeffrey Louis Forman
                                forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com

Joseph Michael Selba
                                JSelba@tydingslaw.com  jselba@tydings.com

Katherine A. (UST) Levin
                                Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov

Maurice Belmont VerStandig
                                mac@mbvesq.com
                                lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson

District/off: 0416-1                   User: admin                                    Page 2 of 2
Date Rcvd: Jun 14, 2024                Form ID: defntc                             Total Noticed: 1

pjefferson@milesstockbridge.com

Richard L. Costella
                rcostella@tydings.com  jmurphy@tydings.com

Robert H. Kline
                kliner@whiteandwilliams.com

US Trustee - Baltimore
                USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **23–15444 – DER**    Chapter: **11**

**CTLC, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:    126 – Amended Chapter 11 Plan Filed by CTLC, LLC (related document(s)75 Chapter 11 Plan filed by Debtor CTLC, LLC). (Attachments: # 1 Supplement redlined copy)(Selba, Joseph)

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 6/28/24.**

**A Certificate of Service for the Amended Chapter 11 Plan was not filed.**

CURE:    A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE:    Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 6/14/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Chanel Paige
410–962–4434

cc:    Debtor
Attorney for Debtor – Joseph Michael Selba

defntc (rev. 12/12/2016)