United States Bankruptcy Court
District of Maryland

In re:  Case No. 23-15444-DER
CTLC, LLC  Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 3
Date Rcvd: Jun 14, 2024      Form ID: ntchrgbk      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| aty | + | Andrs J. Gallegos, II, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| aty | + | Christopher B. Wick, Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, OH 44114-2303 |
| aty | + | Ryan T. Johnson, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| intp | + | A. Perry Builders, LLC, 1220 Washington Ave., Wilmette, IL 60091-2521 |
| cr | + | Bravas, LLC, 1421 Clarkview Rd - Suite 122, Baltimore, MD 21209-2187 |
| r | + | Lydia Travelstead, TTR Sothebys International Realty, 209 Main Street, Annapolis, MD 21401-2061 |
| cr | + | Miles & Stockbridge P.C., c/o Patricia B. Jefferson, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32325288 | + | A. Perry Designs & Builds, P.C., Hahn Loeser & Parks, LLP, 200 W. Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| 32315377 | + | Adam Cizek, Esq., Whiteford Taylor & Preston LLP, 7 St. Paul St., #1500, Baltimore, MD 21202-1588 |
| 32315378 | + | Bravas, LLC, 9009 W. 95th Street, Overland Park, KS 66212-4055 |
| 32399289 | + | Fisher, Collins & Carter, Inc., Kimberly A. Manuelides, Esq., 600 Washington Ave., Suite 300, Towson MD 21204-3916 |
| 32325289 | | Grier Revocable Trust, c/o Michael and Sandra Grier, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| 32315380 | + | Howard County Taxing Authority, Office of Finance, 3430 Courthouse Drive, Ellicott City, MD 21043-4300 |
| 32315382 | + | J. Paul Builders, LLC, 7 St. Paul Street, Suite 1500, Baltimore MD 21202-1636 |
| 32315383 | + | Kauffman & Forman, P.A., 406 W. Pennsylvania Avenue, Towson, MD 21204-4228 |
| 32315384 | + | Miles & Stockbridge, 100 Light Street, Baltimore, MD 21202-1036 |
| 32398865 | + | Miles & Stockbridge P.C., Attn: Patricia B. Jefferson, 100 Light Street, Baltimore, MD 21202-1036 |
| 32315834 | + | Office of Law, Howard County, Maryland, 3430 Courthouse Drive, Ellicott City, MD 21043-4300 |
| 32325290 | + | Pacific RBLF Funding Trust, c/o WCP Fund I, LLC, 2815 Hartland Road, #200, Falls Church, VA 22043-3548 |
| 32315376 | + | Richard L. Costella, Tydings & Rosenberg LLP, 1 E. Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| 32315386 | | Russell Scott Drazin, Esq., Pardo & Drazin, LLC, 440 Jennifer St, NW, #2, Washington, DC 20015 |
| 32315387 | + | Shulman, Rogers, Gandal, Pordy & Ecker, PA, c/o Michael J. Lichtenstein, Esquire, 12505 Park Potomac Ave, 6th Floor, Potomac, MD 20854-6803 |
| 32338389 | + | WCP Fund I LLC as Servicer, Pacific RBLF Funding Trust, c/o The VerStandig Law Firm, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32315379 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 14 2024 19:29:00 | Comptroller of Maryland, Compliance Division, 301 W. Preston St., #409, Baltimore, MD 21201 |
| 32315836 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 14 2024 19:29:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32315381 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 14 2024 19:29:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32315835 | + | Email/Text: karen.brown@treasury.gov | Jun 14 2024 19:29:00 | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 32315831 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jun 14 2024 19:30:00 | State of Maryland DLLR, Division of |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 14, 2024 | Form ID: ntchrgbk | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| 32315832 | Email/Text: atlreorg@sec.gov | | Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| | | Jun 14 2024 19:30:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32315830 | Email/Text: usamd.bankruptcy@usdoj.gov | Jun 14 2024 19:29:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32325315 | | Pacific RBLF Funding Trust, INVALID ADDRESS PROVIDED |
| 32315375 | *+ | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| 32315833 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Jeffrey Louis Forman | forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com  jselba@tydings.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com  lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| Richard L. Costella | rcostella@tydings.com  jmurphy@tydings.com |
| Robert H. Kline | kliner@whiteandwilliams.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 14, 2024 | Form ID: ntchrgbk | Total Noticed: 32 |

US Trustee - Baltimore
                USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23−15444 − DER**   Chapter: **11**

**CTLC, LLC**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held on 6/17/24 at 11:30 AM by videoconference or teleconference (contact Hearings_DER@mdb.uscourts.gov for instructions on how to participate in the hearing) to consider and act upon the following:

127 − Motion to Seal Confidential Plan Supplement Filed by CTLC, LLC (related document(s) 128 Restricted Document for Motion to Seal filed by Debtor CTLC, LLC.) (Attachments: # 1 Proposed Order) (Selba, Joseph). Modified on 6/14/2024 to add linkage (Paige, Chanel).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/14/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410−962−7769

Form ntchrgmdb (rev. 06/08/2020)