Entered: June 18th, 2024
Signed: June 17th, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re: Case No.: **23–15444 – DER** Chapter: **11**

**CTLC, LLC**
Debtor

## AMENDED ORDER APPROVING DISCLOSURE STATEMENT
## SETTING HEARING ON CONFIRMATION OF PLAN
## AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN
## COMBINED WITH NOTICE THEREOF

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by CTLC, LLC (the 'Plan Sponsor') on February 2, 2024, referring to a Plan under Chapter 11 of the Code filed by said party on June 14, 2024, and it having been determined after hearing on notice that the Disclosure Statement contains adequate information:

IT IS ORDERED, and notice is hereby given, that:

A. The Disclosure Statement is approved.

B. **July 22, 2024,** is fixed as the last day of filing written acceptances or rejections of the Plan referred to above. Acceptances and rejections should be filed with the attorney for the Plan Sponsor at the address below.

C. **Within seven (7) days** after the entry of this Order, the Plan Sponsor shall transmit this Order, the Plan, the Disclosure Statement, and a ballot conforming to Official Form 314 to creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d). Counsel for the Plan Sponsor shall file a certificate of service.

D. **August 14, 2024 at 2:00 PM** is fixed for the hearing on confirmation of the Plan to take place in **Courtroom 9D of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.**

E. **July 22, 2024,** is fixed as the last day for filing and serving pursuant to Federal Bankruptcy Rule 3020(b)(1) written objections to confirmation of the Plan.

cc: U.S. Trustee
Attorney for Plan Sponsor – Richard L. Costella and Joseph Michael Selba, Tydings & Rosenberg LLP, One E. Pratt Street, Suite 901 Baltimore, MD 21202

## End of Order

04x05a (rev. 12/01/2015) – CheritaScott