United States Bankruptcy Court
District of Maryland

In re:  Case No. 23-15444-DER
CTLC, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 2
Date Rcvd: Jun 18, 2024      Form ID: pdfparty      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jun 18 2024 19:27:00 | U.S. Trustee Baltimore, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@wtplaw.com mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Jeffrey Louis Forman | forman@comcast.net forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com jselba@tydings.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov amy.busch@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 18, 2024 | Form ID: pdfparty | Total Noticed: 2 |

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson
    pjefferson@milesstockbridge.com

Richard L. Costella
    rcostella@tydings.com  jmurphy@tydings.com

Robert H. Kline
    kliner@whiteandwilliams.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 9

Entered: June 18th, 2024
Signed: June 17th, 2024
**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23−15444 − DER**   Chapter: **11**

**CTLC, LLC**
Debtor

## AMENDED ORDER APPROVING DISCLOSURE STATEMENT
## SETTING HEARING ON CONFIRMATION OF PLAN
## AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN
## COMBINED WITH NOTICE THEREOF

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by CTLC, LLC (the 'Plan Sponsor') on February 2, 2024, referring to a Plan under Chapter 11 of the Code filed by said party on June 14, 2024, and it having been determined after hearing on notice that the Disclosure Statement contains adequate information:

IT IS ORDERED, and notice is hereby given, that:

A. The Disclosure Statement is approved.

B. **July 22, 2024,** is fixed as the last day of filing written acceptances or rejections of the Plan referred to above. Acceptances and rejections should be filed with the attorney for the Plan Sponsor at the address below.

C. **Within seven (7) days** after the entry of this Order, the Plan Sponsor shall transmit this Order, the Plan, the Disclosure Statement, and a ballot conforming to Official Form 314 to creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d). Counsel for the Plan Sponsor shall file a certificate of service.

D. **August 14, 2024 at 2:00 PM** is fixed for the hearing on confirmation of the Plan to take place in **Courtroom 9D of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.**

E. **July 22, 2024,** is fixed as the last day for filing and serving pursuant to Federal Bankruptcy Rule 3020(b)(1) written objections to confirmation of the Plan.

cc:  U.S. Trustee
Attorney for Plan Sponsor – Richard L. Costella and Joseph Michael Selba, Tydings & Rosenberg LLP, One E. Pratt Street, Suite 901 Baltimore, MD 21202

## End of Order

04x05a (rev. 12/01/2015) – CheritaScott