**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE REGARDING
DEBTOR'S CHAPTER 11 PLAN DOCUMENTS**

     I HEREBY CERTIFY, that on this 25th day of June 2024, the documents itemized below were served by first class mail, postage prepaid, on the parties on the **Exhibit 1** hereto:

(i)      the Court's *Amended Order Approving Disclosure Statement, Setting Hearing on Confirmation of Plan, and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof* (ECF 134);

(ii)      Debtor's *Amended Disclosure Statement for Chapter 11 Plan* (ECF 96);

(iii)      Debtor's *Amended Chapter 11 Plan* (ECF 126);

(iv)      Debtor's *Motion to Seal Confidential Plan Supplement* (ECF 127); and

(v)      a ballot conforming to Official Form 314 (ballot recipients by Class designation attached as **Exhibit 1** hereto).

Date: <u>June 25, 2024</u>            Respectfully Submitted,

                                                <u>/s/ Joseph Selba</u>
                                                Joseph M. Selba, Fed. Bar No. 29181
                                                Tydings & Rosenberg LLP
                                                One East Pratt Street, Suite 901
                                                Baltimore, Maryland 21202
                                                Tel.: 410-752-9700
                                                Email: jselba@tydings.com
                                                *Attorneys for Debtor*