# UNITED STATES BANKRUPTCY COURT

DISTRICT OF Maryland

Baltimore Division

In Re.                                    §          Case No.  23-15444
    CTLC, LLC                       §
                                          §
_____    §
        Debtor(s)                    §          ☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 6/30/2024                    Petition Date: 08/03/2023

Months  Pending:     11                    Industry Classification:  [ 2 | 3 | 6 | 1 ]

Reporting Method:          Accrual Basis  ⭘          Cash Basis  ⦿

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          0

---

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

_Sandra Grier_ (signature)
Signature of Responsible Party

7/29/2024
Date

Sandra Grier
Printed Name of Responsible Party

6101 Tilghman Drive, Laurel MD 20707
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case N . 23-15444 |
|---|---|---|
| CTLC, LLC | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $3,543.90 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $ |
| c. | Total disbursements (net of transfers between accounts) | $ | $ |
| d. | Cash balance end of month (a+b-c) | $0 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $ |
| f. | Total disbursements for quarterly fee calculation (c+e) | $0 | $ |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $ |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $ |
| c. | Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $ |
| d | Total current assets | $8,081,232 |
| e. | Total assets | $8,081,232 |
| f. | Postpetition payables (excluding taxes) | $468.50 |
| g. | Postpetition payables past due (excluding taxes) | $ |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $ |
| j. | Total postpetition debt (f+h) | $468.50 |
| k. | Prepetition secured debt | $1,661,550 |
| l. | Prepetition priority debt | $ |
| m. | Prepetition unsecured debt | $4,641,943 |
| n. | Total liabilities (debt) (j+k+l+m) | $6,303,961 |
| o. | Ending equity/net worth (e-n) | $1,773,100 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $ |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $ |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $ |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $ | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $ | |
| c. | Gross profit (a-b) | $ | |
| d. | Selling expenses | $ | |
| e. | General and administrative expenses | 184.00 | |
| f. | Other expenses | $ | |
| g. | Depreciation and/or amortization (not included in 4b) | $ | |
| h. | Interest | $ | |
| i. | Taxes (local, state, and federal) | $ | |
| j. | Reorganization items | $ | |
| k. | Profit (loss) | $ | $434.00 |

| Debtor's Name | | Case No. 23-15444 |
|---|---|---|
| CTLC, LLC | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| **a.** | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | N/A | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

| Debtor's Name | | | | | Case No. 23-15444 |
|---|---|---|---|---|---|
| CTLC, LLC | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| Debtor's Name | | | | | | Case No. 23-15444 |
|---|---|---|---|---|---|---|
| CTLC, LLC | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| lxxix | | | | | | | |
| lxxx | | | | | | | |
| lxxxi | | | | | | | |
| lxxxii | | | | | | | |
| lxxxii | | | | | | | |
| lxxxiv | | | | | | | |
| lxxxv | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxix | | | | | | | |
| xc | | | | | | | |
| xci | | | | | | | |
| xcii | | | | | | | |
| xciii | | | | | | | |
| xciv | | | | | | | |
| xcv | | | | | | | |
| xcvi | | | | | | | |
| xcvii | | | | | | | |
| xcviii | | | | | | | |
| xcix | | | | | | | |
| c | | | | | | | |
| ci | | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | N/A | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

| Debtor's Name | | | | | | Case No. 23-15444 |
|---|---|---|---|---|---|---|
| CTLC, LLC | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| Debtor's Name | | | | | Case No. 23-15444 | |
|---|---|---|---|---|---|---|
| CTLC, LLC | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

| Debtor's Name | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Case No. 23-15444 | | |
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

Debtor's Name: CTLC, LLC

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $ |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $ |
| c. Postpetition employer payroll taxes accrued | $0 | $ |
| d. Postpetition employer payroll taxes paid | $0 | $ |
| e. Postpetition property taxes paid | $4879 | $4,879 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $ |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $ |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |

i. Do you have:

| | | |
|---|---|---|
| | Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ○  ● (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

| Debtor's Name | | Case No. 23-15444 |
|---|---|---|
| CTLC, LLC | | |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


| | |
|---|---|
| *Sandra Grier* (signature) | Sandra Grier |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Member | 7/29/2024 |
| Title | Date |

Debtor's Name

CTLC, LLC

Case No. 23-15444



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name

CTLC, LLC

Case No. 23-15444



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name

CTLC, LLC

Case No. 23-15444



PageThree



PageFour

Page 1 of 1



18 E. Dover Street
Easton, MD 21601

**How to Reach Us:**
For customer service call:
(410) 822-1400 · (877) 758-1600

Visit us at: www.shoreunitedbank.com
Email: info@shoreunitedbank.com

Write to us at: Shore United Bank
PO Box 949, Easton MD 21601-0949

Telephone Banking:
(888) 758-4900

Statement Date:  **07/31/24**
Primary Account:  **XXXXXXX40700**
Enclosures:  **0**

CTLC LLC
Debtor In Possession
6101 Tilghman Dr
Laurel, MD 20707-2673



Helping communities prosper one dream at a time.
Ask us about our
ShoreStart AFFORDABLE HOUSING PROGRAM

The ShoreStart Affordable Mortgage Program is designed to help
individuals and families with limited financial resources purchase
their first home. Contact us so we can help make your dream a reality!

| Business Checking | Account: XXXXXXX40700 |
|---|---|

Account Title:  CTLC LLC
Debtor In Possession

| Account Summary | | XXXXXXX40700 |
|---|---|---|

Business Checking

| | | | |
|---|---|---|---|
| Account Number | XXXXXXX40700 | Statement Dates | 7/01/24 thru  7/31/24 |
| Previous Balance | 3,543.90 | Days This Statement Period | 31 |
| 0  Deposits/Credits | 0.00 | Average Ledger | 3,543.90 |
| 0  Checks/Debits | 0.00 | Average Collected | 3,543.90 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Current Balance | 3,543.90 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

Did you know?...To Report Your Lost or Stolen Debit Card:
Call  888-297-3416 to immediately deactivate your card
or call 888-820-6840 for customer service.



MEMBER FDIC

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## OUTSTANDING CHECKS

### Reconciliation of Account

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| **TOTAL** | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➤

## RECONCILIATION INSTRUCTIONS

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

---

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

### FOR STATEMENT ERRORS DIRECT INQUIRIES TO:

**Operations Department**
**28969 Information Lane • Easton, MD 21601**
**(410) 820-6840 or (888) 820-6840**

### BILLING RIGHTS SUMMARY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write to us on a separate sheet at the address shown above.  You must write to us no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error.
   If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.  While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFER

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address shown above.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

CVMD

# CTLC LLC

## Profit and Loss

January 1, 2023 - August 6, 2024

| | TOTAL |
|---|---|
| Income | |
| 4000 - INCOME | |
| 4005 - Product Sales | 1,725,000.00 |
| 4015 - Other Income | 5,050.00 |
| **Total 4000 - INCOME** | **1,730,050.00** |
| **Total Income** | **$1,730,050.00** |
| GROSS PROFIT | **$1,730,050.00** |
| Expenses | |
| 6000 - INDIRECT EXPENSES | |
| 6015 - Professional Services (Indirect) | 33,638.25 |
| 6040 - Maintenance | 13,855.00 |
| **Total 6000 - INDIRECT EXPENSES** | **47,493.25** |
| 6100 - BANKING AND FINANCING EXPENSES | |
| 6105 - Bank Fees | 10,079.00 |
| 6110 - Interest | 241,754.78 |
| 6115 - Closing Costs | 202,224.97 |
| **Total 6100 - BANKING AND FINANCING EXPENSES** | **454,058.75** |
| 6200 - GENERAL & ADMIN EXPENSES | |
| 6215 - Office Expense | 42.20 |
| 6225 - Insurance | 1,016.50 |
| 6230 - Legal and Accounting | 321,034.03 |
| 6235 - Meals and Entertainment | 399.00 |
| 6240 - Travel | 13.75 |
| 6280 - Taxes and Licenses | 9,801.09 |
| 6290 - Trustee Fees | 750.00 |
| **Total 6200 - GENERAL & ADMIN EXPENSES** | **333,056.57** |
| **Total Expenses** | **$834,608.57** |
| NET OPERATING INCOME | **$895,441.43** |
| NET INCOME | **$895,441.43** |

# CTLC LLC

## Balance Sheet

### As of August 6, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1100 - BANK - WESBANCO (0163, 3243) | 0.00 |
| 1105 - BANK - JPM CTLC LLC (3139) | 0.00 |
| 1110 - BANK - JPMG GRIER (0918) | 0.00 |
| 2215 - MOSAIC Loan | 0.00 |
| BANK SU CTLC (0700) | 3,543.90 |
| **Total Bank Accounts** | **$3,543.90** |
| Other Current Assets | |
| 1000 - CURRENT ASSETS | |
| 1015 - Inventory | 0.00 |
| 1025 - Deposits | 45,000.00 |
| **Total 1000 - CURRENT ASSETS** | **45,000.00** |
| **Total Other Current Assets** | **$45,000.00** |
| **Total Current Assets** | **$48,543.90** |
| Fixed Assets | |
| 1200 - FIXED ASSETS | |
| 1201 - 15125 Devlin Drive (LOT6) | 8,022,000.00 |
| **Total 1200 - FIXED ASSETS** | **8,022,000.00** |
| **Total Fixed Assets** | **$8,022,000.00** |
| **TOTAL ASSETS** | **$8,070,543.90** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| 2105 - Credit Card - AMEX PLAT_7X | 0.00 |
| 2110 - Credit Card - AMEX CENT_4X | 0.00 |
| 2115 - Credit Card - JPMG 50049 | 0.00 |
| **Total Credit Cards** | **$0.00** |
| Other Current Liabilities | |
| 2000 - CURRENT LIABILITIES | |
| 2010 - Vendor Payables | 61,541.30 |
| 2015 - WCP Loan | 513,549.87 |
| 2020 - Fulton Car Loan | 0.00 |
| 2025 - AA Loan | 0.00 |
| 2030 - 4D Associates LLC | 0.00 |
| 2035 - TJD Loan | 0.00 |
| **Total 2000 - CURRENT LIABILITIES** | **575,091.17** |
| **Total Other Current Liabilities** | **$575,091.17** |

# CTLC LLC

## Balance Sheet

As of August 6, 2024

|  | TOTAL |
|---|---|
| **Total Current Liabilities** | **$575,091.17** |
| Long-Term Liabilities |  |
| 2200 - LONG TERM LIABILITIES |  |
| 2205 - Capital Bank Loan | 0.00 |
| 2210 - Wesbanco Loan | 0.00 |
| 2215 - Grier Rev Trust Loan | 4,588,501.59 |
| **Total 2200 - LONG TERM LIABILITIES** | **4,588,501.59** |
| **Total Long-Term Liabilities** | **$4,588,501.59** |
| **Total Liabilities** | **$5,163,592.76** |
| Equity |  |
| 3000 - EQUITY - Opening Balance | 8,022,000.00 |
| 3100 - EQUITY - Owners Equity | 2,425,707.93 |
| 3200 - EQUITY - Retained Earnings | -7,539,670.29 |
| Net Income | -1,086.50 |
| **Total Equity** | **$2,906,951.14** |
| **TOTAL LIABILITIES AND EQUITY** | **$8,070,543.90** |