**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATION OF TALLY OF BALLOTS

I HEREBY CERTIFY that the attached Tally of Ballots sets forth an accurate and complete tabulation of all ballots received as to rejection and acceptance of *Debtor's Amended Chapter 11 Plan* (ECF 126), by class of creditors and interests with number and total amount of claims or interests in each category.

Date: August 7, 2024

Respectfully Submitted,

/s/ Joseph Selba
Joseph M. Selba, Fed. Bar No. 29181
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel.: 410-752-9700
Email: jselba@tydings.com
*Attorneys for Debtors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of August 2024, I verified that a copy of the foregoing (i) Certification of Tally of Ballots and attached (ii) Tally of Ballots is to be sent via the Court's CM/ECF notification system on:

**Notice Parties:**

- Office of the United States Trustee, c/o Katherine A. Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders, LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I, LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

/s/ Joseph M. Selba
Joseph M. Selba

6208282.1