## TALLY OF BALLOTS FOR DEBTOR'S AMENDED CHAPTER 11 PLAN

| Creditor Class | Members Casting Ballots | Total $ Value of Claims Voting | # Accepting | % Accepting | $ Value of Acceptances | % of Value Accepting | # Rejecting | % Rejecting | $ Value of Rejections | % of Value Rejecting | Indicate if Class is Unimpaired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I Administrative Claims | - | - | - | - | - | - | - | - | - | - | Unimpaired |
| II Priority Claims | - | - | - | - | - | - | - | - | - | - | Unimpaired |
| III Priority Tax Claims | - | - | - | - | - | - | - | - | - | - | Unimpaired |
| IV Secured Claim of WCP Fund I LLC | - | - | - | - | - | - | - | - | - | - | Impaired |
| V Secured Claim of J Paul Builders, LLC | 1 | 994,413.35 | 1 | 100% | 994,413.35 | 100% | - | - | - | - | Impaired |
| VI General Unsecured Claims | 2 | 1,334,108 | 2 | 100% | 1,334,108 | 100% | - | - | - | - | Impaired |

6208281.1