**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:** | * |
| **CTLC, LLC** | *   **Case No. 23-15444-DER** |
| | **(Chapter 11)** |
| Debtor. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEBTOR'S EXHIBIT AND WITNESS LISTS FOR CONFIRMATION HEARING

- *Amended Chapter 11 Plan [ECF 126]*
- *Motion to Seal Confidential Plan Supplement [ECF 127]*

### Debtor's Exhibits

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| D01 | Amended Chapter 11 Plan [ECF 126] | | | |
| D02 | Tally of Ballots [ECF 140] | | | |
| D03 | Claims Register | | | |
| D04 | Schedules [ECF 13] | | | |
| D05 | Picture of Property | | | |
| D06 | | | | |

### Debtor's Witnesses

(i)   Sandra Grier, Debtor's Owner/Member
(ii)  Michael Grier, Grier Revocable Trust
(iii) TTR Sotheby's International Realty – Lydia Travelstead or Alex Lerner
(iv)  Julio Cabrera, Makeover Construction

6208283.1

Date: <u>August 7, 2024</u>	Respectfully Submitted,

<u>/s/ Joseph M. Selba</u>
Joseph M. Selba, Fed. Bar No. 29181
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel.: 410-752-9753
Email: jselba@tydings.com
*Attorneys for Debtor*

6208283.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August 2024, I verified that a copy of the foregoing electronically filed *EXHIBIT AND WITNESS LISTS* will be electronically served upon the following ECF recipients:

**Notice Parties:**

- Office of the United States Trustee, c/o Katherine A. Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders, LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I, LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

I HEREBY FURTHER CERTIFY that on this 7th day of August 2024, a copy of the electronically filed Exhibit List with Exhibits is being served to:

United States Bankruptcy Court
ATTN: The Honorable David E. Rice
c/o Clerk of the Court
101 W Lombard St
Baltimore, MD 21201
Main Tel: 410-962-2688
**Three (3) Exhibit Binders**
VIA HAND-DELIVERY

/s/ Joseph Selba
Joseph M. Selba

6208283.1