IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**CTLC, LLC,**<br><br>Debtor | Case No. 23-15444-DER<br>Chapter 11 |

## NOTICE OF APPEARANCE

Please accept this notice as the entry of appearance of Eric G. Korphage of White and Williams LLP as co-counsel for A. Perry Builders, LLC. Pursuant to Rules 2002(g) and 9010, we respectfully request that the Clerk of this Court enter the following name and address on the matrices for this case, as counsel for A. Perry Builders, LLC and request that copies of all notices, orders, and other pleadings in this case be sent to the undersigned.

Respectfully submitted,

*/s/ Eric G. Korphage*
Eric G. Korphage, Bar No. 27854
White and Williams, LLP
600 Washington Ave., Ste. 303
Towson, Maryland 21204
Phone: (443) 761-6500
Email: korphagee@whiteandwilliams.com
*Counsel for A. Perry Builders, LLC*

33268008v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, a copy of the foregoing was served via the Court's CM/ECF system to all persons registered to receive electronic service in this case, including the following:

Office of the U.S. Trustee, c/o Katherine A. Levin, Esq., Katherine.A.Levin@usdoj.gov
J. Paul Builders LLC, c/o Dennis J. Shaffer, Esq., dshaffer@wtplaw.com
WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
CTLC, LLC, c/o Joseph Selba, Esq., jselba@tydingslaw.com

                                         */s/ Eric G. Korphage*
                                         Eric G. Korphage

33268008v.1