**IN THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE DISTRICT OF MARYLAND</u>**
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>LINE – SUBMITTING AMENDED PROPOSED ODER FOR
MOTION TO SEAL CONFIDENTIAL PLAN SUPPLEMENT</u>**

For the reasons stated on the record at the hearing held on August 14, 2024 in regard to the Debtor's Motion to Seal Confidential Plan Supplement [Dkt# 127], the Debtor hereby submits an amended proposed order.

Respectfully submitted,

Dated: August 14, 2024

/s/ Joseph M. Selba
Richard L. Costella, Bar No. 14095
Joseph M. Selba, Fed. Bar No.: 29181
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9700
Email: rcostella@tydings.com
         jselba@tydings.com
*Counsel for the Debtor*

6216542.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August 2024, I verified that a copy of the foregoing *Line* and *amended proposed order* will be served **via the Court's ECF filing system** on the following:

**Notice Parties:**

- Office of the United States Trustee, c/o Katherine A. Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders, LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I, LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

/s/ Joseph Selba
Joseph Selba