**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER PROVIDING FOR SEALING OF CONFIDENTIAL PLAN SUPPLEMENT**

Upon consideration of the Motion filed by the Debtor, it is by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the Clerk shall enter the **Amended Confidential Plan Supplement** filed on August 14, 2014 into the docket under seal, <u>subject to unsealing upon further Order of the Court</u>.

**END OF ORDER**

6216542.1