Entered: August 15th, 2024
Signed: August 15th, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER PROVIDING FOR SEALING OF CONFIDENTIAL PLAN SUPPLEMENT

Upon consideration of the Motion filed by the Debtor, it is by the United States Bankruptcy Court for the District of Maryland hereby,

ORDERED, that the Clerk shall enter the Amended Confidential Plan Supplement, filed on August 14, 2024, into the docket under seal, subject to unsealing upon further Order of the Court.

**END OF ORDER**

6216542.1