Entered: August 15th, 2024
Signed: August 15th, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER CONFIRMING AMENDED CHAPTER 11 PLAN

This matter having come before the Court on the *Amended Chapter 11 Plan* [ECF 126] (the "<u>Plan</u>") filed by CTLC, LLC, Debtor and Debtor-in-Possession (the "<u>Debtor</u>"); with a hearing held on August 14, 2024; and upon due deliberation; good and sufficient cause appearing; for the reasons stated on the record at the hearing; and

The Court finding (i) that the Plan complies with the applicable provisions of 11 U.S.C. 1129(a), other than paragraph (8); and (ii) that the Plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the Plan;

It is by the United States Bankruptcy Court for the District of Maryland hereby:

**ORDERED**, that pursuant to 11 U.S.C. § 1129(b), the Plan is hereby **CONFIRMED**; and it is further

6208285.1

**ORDERED**, that the Debtors shall mail a copy of this Order to all creditors and parties in interest pursuant to Bankruptcy Rules 2002(f)(7) and 3020(c)(2), and file a certificate to that effect within five (5) business days of the entry of this Order; and it is further

**ORDERED**, that the Debtors shall file a Notice of Effective Date within seven (7) days of the Plan's Effective Date.

**END OF ORDER**

cc:

Debtor
Debtor's Counsel
Office of the United States Trustee

6208285.1