Entered: August 16th, 2024
Signed: August 15th, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23–15444 – DER**   Chapter: **11**

**CTLC, LLC,**
Debtor.

## ORDER DENYING
## MOTION TO CONVERT CASE

Upon consideration of the Motion to Convert Case filed by J Paul Builders LLC, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Convert is hereby denied as moot.

cc:  Debtor
    Attorney for Debtor – Joseph Michael Selba
    All Parties
    All Counsel
    U.S. Trustee

**End of Order**

44x01 (rev. 06/19/1998) – AbbyZalis