United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-15444-DER |
| CTLC, LLC | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 15, 2024 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Aug 15 2024 20:02:00 | U.S. Trustee Baltimore, 101 W. Lombard St, Room 2650, Baltimore MD 21201-2623 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 17, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Jeffrey Louis Forman | forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: pdfparty | Total Noticed: 2 |

          JSelba@tydingslaw.com jselba@tydings.com

Katherine A. (UST) Levin

          Katherine.A.Levin@usdoj.gov amy.busch@usdoj.gov

Maurice Belmont VerStandig

          mac@mbvesq.com
          lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson

          pjefferson@milesstockbridge.com

Richard L. Costella

          rcostella@tydings.com jmurphy@tydings.com

Robert H. Kline

          kliner@whiteandwilliams.com

US Trustee - Baltimore

          USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 10

Entered: August 15th, 2024
Signed: August 15th, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | Case No. 23-15444-DER |
| | | (Chapter 11) |
| **Debtor.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER CONFIRMING AMENDED CHAPTER 11 PLAN**

This matter having come before the Court on the *Amended Chapter 11 Plan* [ECF 126] (the "Plan") filed by CTLC, LLC, Debtor and Debtor-in-Possession (the "Debtor"); with a hearing held on August 14, 2024; and upon due deliberation; good and sufficient cause appearing; for the reasons stated on the record at the hearing; and

The Court finding (i) that the Plan complies with the applicable provisions of 11 U.S.C. 1129(a), other than paragraph (8); and (ii) that the Plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the Plan;

It is by the United States Bankruptcy Court for the District of Maryland hereby:

**ORDERED**, that pursuant to 11 U.S.C. § 1129(b), the Plan is hereby **CONFIRMED**; and it is further

6208285.1

**ORDERED**, that the Debtors shall mail a copy of this Order to all creditors and parties in interest pursuant to Bankruptcy Rules 2002(f)(7) and 3020(c)(2), and file a certificate to that effect within five (5) business days of the entry of this Order; and it is further

**ORDERED**, that the Debtors shall file a Notice of Effective Date within seven (7) days of the Plan's Effective Date.

**END OF ORDER**

cc:

Debtor
Debtor's Counsel
Office of the United States Trustee

6208285.1

- 2 -