United States Bankruptcy Court
District of Maryland

In re:  
CTLC, LLC  
    Debtor

Case No. 23-15444-DER  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 16, 2024      Form ID: pdfall      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| aty | + | Andrs J. Gallegos, II, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| aty | + | Christopher B. Wick, Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, OH 44114-2303 |
| aty | + | Ryan T. Johnson, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| intp | + | A. Perry Builders, LLC, 1220 Washington Ave., Wilmette, IL 60091-2521 |
| cr | + | Bravas, LLC, 1421 Clarkview Rd - Suite 122, Baltimore, MD 21209-2187 |
| r | + | Lydia Travelstead, TTR Sothebys International Realty, 209 Main Street, Annapolis, MD 21401-2061 |
| cr | + | Miles & Stockbridge P.C., c/o Patricia B. Jefferson, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32325288 | + | A. Perry Designs & Builds, P.C., Hahn Loeser & Parks, LLP, 200 W. Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| 32315377 | + | Adam Cizek, Esq., Whiteford Taylor & Preston LLP, 7 St. Paul St., #1500, Baltimore, MD 21202-1588 |
| 32315378 | + | Bravas, LLC, 9009 W. 95th Street, Overland Park, KS 66212-4055 |
| 32399289 | + | Fisher, Collins & Carter, Inc., Kimberly A. Manuelides, Esq., 600 Washington Ave., Suite 300, Towson MD 21204-3916 |
| 32325289 | | Grier Revocable Trust, c/o Michael and Sandra Grier, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| 32315380 | + | Howard County Taxing Authority, Office of Finance, 3430 Courthouse Drive, Ellicott City, MD 21043-4300 |
| 32315382 | + | J. Paul Builders, LLC, 7 St. Paul Street, Suite 1500, Baltimore MD 21202-1636 |
| 32315383 | + | Kauffman & Forman, P.A., 406 W. Pennsylvania Avenue, Towson, MD 21204-4228 |
| 32315384 | + | Miles & Stockbridge, 100 Light Street, Baltimore, MD 21202-1036 |
| 32398865 | + | Miles & Stockbridge P.C., Attn: Patricia B. Jefferson, 100 Light Street, Baltimore, MD 21202-1036 |
| 32315834 | + | Office of Law, Howard County, Maryland, 3430 Courthouse Drive, Ellicott City, MD 21043-4300 |
| 32325290 | + | Pacific RBLF Funding Trust, c/o WCP Fund I, LLC, 2815 Hartland Road, #200, Falls Church, VA 22043-3548 |
| 32315376 | + | Richard L. Costella, Tydings & Rosenberg LLP, 1 E. Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| 32315386 | | Russell Scott Drazin, Esq., Pardo & Drazin, LLC, 440 Jennifer St, NW, #2, Washington, DC 20015 |
| 32315387 | + | Shulman, Rogers, Gandal, Pordy & Ecker, PA, c/o Michael J. Lichtenstein, Esquire, 12505 Park Potomac Ave, 6th Floor, Potomac, MD 20854-6803 |
| 32338389 | + | WCP Fund I LLC as Servicer, Pacific RBLF Funding Trust, c/o The VerStandig Law Firm, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Aug 16 2024 19:15:00 | U.S. Trustee Baltimore, 101 W. Lombard St, Room 2650, Baltimore MD 21201-2623 |
| 32315379 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 16 2024 19:14:00 | Comptroller of Maryland, Compliance Division, 301 W. Preston St., #409, Baltimore, MD 21201 |
| 32315836 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 16 2024 19:14:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32315381 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 16 2024 19:15:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32315376 | + | Email/Text: rcostella@tydings.com | Aug 16 2024 19:15:00 | Richard L. Costella, Tydings & Rosenberg LLP, 1 |

| District/off: 0416-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2024 | Form ID: pdfall | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type / Address | Date/Time | Address |
|---|---|---|---|---|
| | | | | E. Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| 32315835 | + | Email/Text: karen.brown@treasury.gov | Aug 16 2024 19:15:00 | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 32315831 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Aug 16 2024 19:15:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32315832 | | Email/Text: atlreorg@sec.gov | Aug 16 2024 19:15:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32315830 | | Email/Text: usamd.bankruptcy@usdoj.gov | Aug 16 2024 19:15:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32325315 | | Pacific RBLF Funding Trust, INVALID ADDRESS PROVIDED |
| 32315375 | *+ | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| 32315833 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Jeffrey Louis Forman | forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com  jselba@tydings.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com |

| District/off: 0416-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2024 | Form ID: pdfall | Total Noticed: 33 |

          lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson
          pjefferson@milesstockbridge.com

Richard L. Costella
          rcostella@tydings.com  jmurphy@tydings.com

Robert H. Kline
          kliner@whiteandwilliams.com

US Trustee - Baltimore
          USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 10



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **23−15444 − DER**   Chapter: **11**

**CTLC, LLC,**
Debtor.

## ORDER DENYING
## MOTION TO CONVERT CASE

Upon consideration of the Motion to Convert Case filed by J Paul Builders LLC, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Convert is hereby denied as moot.

cc:   Debtor
      Attorney for Debtor − Joseph Michael Selba
      All Parties
      All Counsel
      U.S. Trustee

## End of Order

44x01 (rev. 06/19/1998) − AbbyZalis