IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(**Baltimore Division**)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE REGARDING**
**ORDER CONFIRMING AMENDED CHAPTER 11 PLAN**

In accordance with the Court's Order and Bankruptcy Rules 2002(f)(7) and 3020(c)(2),

I.   I HEREBY CERTIFY that on this 19th day of August 2024, I verified that a copy of the *Order Confirming Amended Chapter 11 Plan* [Dkt.# 147] was served via the Court's ECF filing system on the following:

- Debtor, CTLC, LLC, c/o Joseph Selba, Esq., jselba@tydings.com
- Office of the U.S. Trustee, c/o Katherine Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

II.   I HEREBY FURTHER CERTIFY that on this 19th day of August 2024, a copy of the Order was served on the following parties by first class mail, postage prepaid.

US Securities and Exchange Commission
Atlanta Reg Office and Reorg
950 E. Paces Ferry Rd, NE, Ste. 900
Atlanta, GA 30326-1382

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

6099872.1

Comptroller of Maryland
Bankruptcy Unit
7 Saint Paul Street, Ste. 230
Baltimore, MD 21202-1588

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201-3020

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., #300
Towson, MD 21204-3916

Shulman, Rogers, Gandal,
Pordy & Ecker, PA
c/o Michael J. Lichenstein, Esq.
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854-6803

Grier Revocable Trust
c/o Michael and Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

Howard County Taxing Authority
Office of Finance
3430 Courthouse Drive
Ellicott City, MD 21043-4300

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Office of Law
Howard County, Maryland
3430 Courthouse Drive
Ellicott City, MD 21043-4300

TTR Sotheby's International Realty
209 Main Street
Annapolis, MD 21401
ATTN: Lydia Travelstead
Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114


Dated:  August 19, 2024                    /s/ Joseph M. Selba
                                           Richard L. Costella, Bar No. 14095
                                           Joseph M. Selba, Fed. Bar No.: 29181
                                           Tydings & Rosenberg LLP
                                           One East Pratt Street, Suite 901
                                           Baltimore, Maryland 21202
                                           Tel: (410) 752-9772
                                           Fax: (410) 727-5460
                                           Email: rcostella@tydings.com
                                                  jselba@tydings.com

                                           *Counsel for the Debtor*