**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(<u>Baltimore Division</u>)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

<u>**NOTICE OF EFFECTIVE DATE OF CHAPTER 11 PLAN**</u>

      PLEASE BE ADVISED that pursuant to the Confirmation Order (ECF 147) and the terms of the Debtor's *Amended Chapter 11 Plan* (ECF 126), the Effective Date of the Plan occurred on **<u>August 30, 2024</u>**.

Date: <u>September 6, 2024</u>          Respectfully Submitted,

                                 /s/ Joseph Selba
                                 Joseph M. Selba, Bar No. 29181
                                 Tydings & Rosenberg LLP
                                 One East Pratt Street, Suite 901
                                 Baltimore, Maryland 21202
                                 Tel.: 410-752-9700
                                 Email: jselba@tydings.com
                                 *Attorneys for Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of September 2024, I verified that a copy of the foregoing was served <u>via the Court's ECF filing system</u> on the following:

- Debtor, CTLC, LLC, c/o Joseph Selba, Esq., jselba@tydings.com
- Office of the U.S. Trustee, c/o Katherine Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,


I HEREBY CERTIFY that on this 6th day of September 2024, I verified that a copy of the foregoing was served on the following parties by first class mail, postage prepaid.

US Securities and Exchange Commission
Atlanta Reg Office and Reorg
950 E. Paces Ferry Rd, NE, Ste. 900
Atlanta, GA 30326-1382

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Comptroller of Maryland
Bankruptcy Unit
7 Saint Paul Street, Ste. 230
Baltimore, MD 21202-1588

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201-3020

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

6228225.1

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., #300
Towson, MD 21204-3916

Shulman, Rogers, Gandal,
Pordy & Ecker, PA
c/o Michael J. Lichenstein, Esq.
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854-6803

Grier Revocable Trust
c/o Michael and Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

Howard County Taxing Authority
Office of Finance
3430 Courthouse Drive
Ellicott City, MD 21043-4300

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Office of Law
Howard County, Maryland
3430 Courthouse Drive
Ellicott City, MD 21043-4300

TTR Sotheby's International Realty
209 Main Street
Annapolis, MD 21401
ATTN: Lydia Travelstead

Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114

/s/ Joseph Selba
Joseph M. Selba, Bar No. 29181

6228225.1

3