# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234507
Page: 1

## MATTER SUMMARY

Matter:  Administration                                Matter Number:   C03116.070000

This Invoice:
    Fees for Professional Services Rendered            19,435.00
    Costs Advanced to Your Account                       1,449.35

Total This Invoice                                                       20,884.35

Trust Balance             40,202.00

## STATEMENT OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Original Bill Amt | Payments & Adjustments | Current Balance |
|---|---|---|---|---|
| 10/08/24 | THIS INVOICE | 20,884.35 | 0.00 | 20,884.35 |

Total Due This Matter                                                   $20,884.35

**PAYMENT DUE UPON RECEIPT**
**MAKE CHECKS PAYABLE TO TYDINGS & ROSENBERG LLP**

Exhibit A

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234507
Page: 2

Matter: Administration

Matter Number: C03116.070000

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
| --- | --- | --- | --- | --- |
| 08/02/23 | JMS | Ch. 11 case deadlines | 0.20 | 90.00 |
| 08/03/23 | RLC | Confer with trustee and client on initial debtor interview, required submissions, and guidelines. | 1.40 | 630.00 |
| 08/04/23 | RLC | Conference call with client on state court litigation matters (.4); confer with J. Selba on stay issues and strategy going forward (.3). | 0.70 | 315.00 |
| 08/04/23 | JMS | suggestion of bankruptcy in A. Perry Designs case in US District Court case | 0.20 | 90.00 |
| 08/06/23 | RLC | Review/analyze trustee's information and documentation requirements and draft email memo to client on same. | 0.40 | 180.00 |
| 08/07/23 | RLC | Confer with lender's counsel and client on standstill as to action against S. Grier. | 0.40 | 180.00 |
| 08/08/23 | RLC | Confer with lender's counsel re: state court suit and standstill (.5); confer with state court counsel on hearing/trial (.2). | 0.70 | 315.00 |
| 08/09/23 | RLC | Confer with client on DIP account, potential plan, and state court litigation (.7); confer with lender's counsel and state court counsel on potential resolution of state court litigation (.4). | 1.10 | 495.00 |
| 08/09/23 | JMS | draft application to employ debtor's counsel, verified statement, and proposed order | 0.60 | 270.00 |
| 08/10/23 | RLC | Review/revise T&R employment application. | 0.30 | 135.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234507
Page: 3

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 08/10/23 | RLC | Confer with lender's counsel on standstill proposal. | 0.30 | 135.00 |
| 08/10/23 | RLC | Confer with state court counsel on lender discussions and J. Paul counterclaim. | 0.40 | 180.00 |
| 08/11/23 | RLC | Confer with client on state court litigation, insurance certificates, and DIP account. | 0.40 | 180.00 |
| 08/11/23 | JMS | insurance and DIP account communications // finalize application to employ debtor's counsel | 0.30 | 135.00 |
| 08/14/23 | RLC | Confer with client on state court litigation and bankruptcy filings. | 0.30 | 135.00 |
| 08/14/23 | JMS | communications re: completion of schedules | 0.20 | 90.00 |
| 08/15/23 | RLC | Analyze applicability of stay and confer with CTLC counsel in state court action re: automatic stay issues. | 0.50 | 225.00 |
| 08/15/23 | RLC | Analyze issues re: defense of litigation with builders. | 0.30 | 135.00 |
| 08/15/23 | JMS | finalize and file application to employ debtor's counsel | 0.20 | 90.00 |
| 08/15/23 | JMS | conference with client re: completion of schedules and statements // revisions to schedules | 1.30 | 585.00 |
| 08/16/23 | RLC | Confer with client on schedules, appraisal, IDI information (.3); review/analyze appraisal and final form of schedules (.3). | 0.60 | 270.00 |
| 08/16/23 | JMS | documents to UST | 0.20 | 90.00 |
| 08/16/23 | JMS | analysis of financial documents // notes to client for preparation of schedules, etc. // revisions to schedules // finalize and file schedules and statement of financial affairs, and supplemental matrix | 1.30 | 585.00 |
| 08/17/23 | RLC | Prepare for and attend IDI. | 1.50 | 675.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234507
Page: 4

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 08/17/23 | JMS | attend Initial Debtor Interview with UST (No Charge). | 0.00 | 0.00 |
| 08/23/23 | RLC | Prepare for and attend meeting of creditors. | 1.50 | 675.00 |
| 08/23/23 | JMS | confer with R.Costella re: amended schedules and counterclaims/claim objections // prepare amended schedules | 0.30 | 135.00 |
| 08/24/23 | RLC | Prepare for and attend conference call with client on state court litigation, insurance, and other trustee info requests. | 0.80 | 360.00 |
| 08/25/23 | RLC | Confer with J. Paul counsel re: federal court litigation. | 0.20 | 90.00 |
| 08/27/23 | JMS | communications re: UST requests | 0.10 | 45.00 |
| 08/28/23 | RLC | Review/analyze subpoenas issued in federal court litigation and analyze automatic stay issues with subpoenas. | 0.50 | 225.00 |
| 08/29/23 | RLC | Confer with CTLC counsel in federal court litigation re: discovery requests and effect of automatic stay (.2); analyze issues re: effect of stay on discovery requests (.2). | 0.40 | 180.00 |
| 08/30/23 | RLC | Confer with CTLC counsel in federal court litigation re: discovery requests and status of litigation. | 0.60 | 270.00 |
| 08/30/23 | JMS | UST documents/responses | 0.20 | 90.00 |
| 09/01/23 | RLC | Confer with lender's counsel re: discovery and deposition and review/analyze discovery requests in federal court litigation and lender's action. | 0.40 | 180.00 |
| 09/01/23 | JMS | documents to UST | 0.10 | 45.00 |
| 09/05/23 | RLC | Confer with client and trustee on financial information. | 0.30 | 135.00 |
| 09/05/23 | JMS | communications re: accounts/transfers etc. with client and UST (No Charge). | 0.00 | 0.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234507
Page: 5

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
| --- | --- | --- | --- | --- |
| 09/05/23 | TVC | Call w/RLC re: Reply to Opposition to Employment Application; draft same | 1.10 | 385.00 |
| 09/06/23 | RLC | Analyze issues on employment application. | 0.40 | 180.00 |
| 09/06/23 | TVC | Research and draft Reply to Opposition to Application to Employ | 2.30 | 805.00 |
| 09/07/23 | RLC | Instruct T. VanCisin on reply to opposition to employment application. | 0.40 | 180.00 |
| 09/12/23 | TVC | Draft Reply to Opposition to Application to Employ | 2.10 | 735.00 |
| 09/16/23 | TVC | Finalize and file reply to opposition to application to employ | 0.60 | 210.00 |
| 09/20/23 | RLC | Confer with client on status of insurance and entry of order on Shulman withdrawal (No Charge). | 0.00 | 0.00 |
| 09/20/23 | JMS | communications re: insurance, MOR, quarterly UST fees, etc. // review MOR | 0.30 | 135.00 |
| 09/21/23 | RLC | Analyze issues re: MOR's and insurance coverage (No Charge). | 0.00 | 0.00 |
| 09/21/23 | RLC | Confer with CTLC counsel in federal court case re: status and service of discovery requests by Perry. | 0.20 | 90.00 |
| 09/21/23 | JMS | MOR and insurance // communications re: same | 0.50 | 225.00 |
| 09/27/23 | RLC | Confer with client on state and federal court litigation, real estate broker, and insurance status. | 0.50 | 225.00 |
| 10/04/23 | RLC | Confer with client on state court litigation and objection to employment application ( .5); analyze issues on same (.3). | 0.80 | 360.00 |
| 10/09/23 | TVC | Draft and file stipulation extending response deadline | 2.30 | 805.00 |
| 10/10/23 | JMS | prepare for hearing on application to employ counsel | 0.30 | 135.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234507
Page: 6

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/11/23 | JMS | Hearing on application to employ debtor's counsel (No Charge). | 0.00 | 0.00 |
| 10/12/23 | JMS | revised proposed order for employment of debtor's counsel // email to WCP counsel for approval | 0.20 | 90.00 |
| 10/17/23 | JMS | file proposed order for employment of debtor's counsel | 0.10 | 45.00 |
| 11/20/23 | JMS | compile and file October MOR | 0.20 | 90.00 |
| 12/05/23 | JMS | communications re: insurance | 0.10 | 45.00 |
| 12/18/23 | JMS | communications with client re: MOR questions | 0.10 | 45.00 |
| 12/21/23 | JMS | communications re: insurance | 0.10 | 45.00 |
| 12/22/23 | JMS | communications re: MOR and insurance issues | 0.20 | 90.00 |
| 01/02/24 | JMS | file November MOR | 0.10 | 45.00 |
| 01/04/24 | BGP | Draft application to employ real estate broker, proposed order, and verified statement; research legal name of proposed broker and title of proposed real estate agent; correspond via e-mail with J. Selba and R. Costella re same. | 2.80 | 980.00 |
| 01/04/24 | JMS | broker agreement review // communication to broker | 0.20 | 90.00 |
| 01/15/24 | JMS | finalize application to employ broker filings | 0.30 | 135.00 |
| 01/16/24 | JMS | file application to employ broker | 0.10 | 45.00 |
| 01/22/24 | JMS | compile and file December MOR | 0.10 | 45.00 |
| 02/12/24 | JMS | communications with UST and client re: insurance, fees payments, and MOR's | 0.10 | 45.00 |
| 02/13/24 | JL | Review case file | 0.70 | 245.00 |
| 02/13/24 | JL | Draft Fee Application, Notice, and Proposed Order | 1.70 | 595.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234507
Page: 7

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
| --- | --- | --- | --- | --- |
| 02/14/24 | JL | Review and revise pre-bills to adhere to Maryland Local Bankruptcy Code | 0.60 | 210.00 |
| 02/15/24 | RLC | Analyze issues re: property insurance. | 0.30 | 135.00 |
| 02/15/24 | JL | Revise First Fee Application, Notice, Certificate of Service, and Proposed Order | 3.40 | 1,190.00 |
| 02/15/24 | JMS | communication with UST re: insurance requirement | 0.10 | 45.00 |
| 02/16/24 | JL | Revise pre-bills for Fee Application | 0.70 | 245.00 |
| 02/16/24 | JMS | communications re: UST insurance requirements | 0.10 | 45.00 |
| 02/19/24 | RLC | Review and revise first interim fee application. | 1.20 | 540.00 |
| 02/19/24 | JL | Implement red-line edits to pre-bills | 0.20 | 70.00 |
| 02/21/24 | JMS | communication to UST re: insurance issue | 0.10 | 45.00 |
| 02/22/24 | JMS | file January MOR | 0.10 | 45.00 |
| 02/23/24 | RLC | Draft/revise Tydings fee application and prepare exhibits. | 1.10 | 495.00 |
| 03/28/24 | JMS | compile and file February MOR | 0.20 | 90.00 |
| 04/01/24 | JMS | communications re: tax returns | 0.10 | 45.00 |
| 04/09/24 | JMS | email reply to client re: claims of creditors and personal guarantees | 0.10 | 45.00 |
| 04/23/24 | JMS | compile and file March 2024 MOR | 0.20 | 90.00 |
| 04/29/24 | RLC | Analyze issues re: J. Paul claim. | 0.20 | 90.00 |
| 05/01/24 | JMS | communications with UST Office and client re: quarterly fees and MOR's | 0.10 | 45.00 |
| 05/24/24 | JMS | compile and file April MOR | 0.10 | 45.00 |
| 06/23/24 | JMS | compile and file May MOR | 0.10 | 45.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234507
Page: 8

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 08/07/24 | JMS | prepare and file June 2024 MOR | 0.10 | 45.00 |
| 08/15/24 | JMS | communications regarding confirmation order and sale process | 0.10 | 45.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. :   C03116
Invoice No.:   234507
Page:          9

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Richard L. Costella | 19.10 | 450.00 | 8,595.00 |
| Joseph M. Selba | 9.70 | 450.00 | 4,365.00 |
| Jung Lee | 7.30 | 350.00 | 2,555.00 |
| Brianna G. Pickhardt | 2.80 | 350.00 | 980.00 |
| Tim R. VanCisin | 8.40 | 350.00 | 2,940.00 |

Total Fees                                                     19,435.00

## COST SUMMARY

| Description | Amount |
|---|---|
| Filing Fee | 32.00 |
| Pacer Service | 15.10 |
| Photocopies-Infortext | 1,402.25 |

Total Costs                                                     1,449.35

Due This Invoice                                              $20,884.35