# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. :     C03116
Invoice No.:     234508
Page:                 1

## MATTER SUMMARY

| | | |
|---|---|---|
| Matter:   Litigation | Matter Number: | C03116.070001 |
| This Invoice:<br>   Fees for Professional Services Rendered | 34,404.00 | |
| Total This Invoice | | 34,404.00 |

## STATEMENT OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Original Bill Amt | Payments & Adjustments | Current Balance |
|---|---|---|---|---|
| 10/08/24 | THIS INVOICE | 34,404.00 | 0.00 | 34,404.00 |
| Total Due This Matter | | | | $34,404.00 |

**PAYMENT DUE UPON RECEIPT**
**MAKE CHECKS PAYABLE TO TYDINGS & ROSENBERG LLP**


Exhibit B

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234508
Page: 2

Matter: Litigation

Matter Number: C03116.070001

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 08/03/23 | JMS | call from J.Paul's counsel (D.Shaffer) | 0.10 | 45.00 |
| 08/04/23 | JMS | analysis re: co-debtor stay of pending litigation by lender // conference call with client and litigation counsel re: same | 0.40 | 180.00 |
| 08/15/23 | JMS | analysis/communications re: A. Perry demand for discovery in stayed in litigation - stay violation notice provided // call from A. Perry's counsel (D.Shaffer) re: participation in litigation | 0.50 | 225.00 |
| 08/24/23 | JMS | conference re: counterclaims, etc. in state court and within bankruptcy proceeding | 0.80 | 360.00 |
| 08/28/23 | JMS | analysis/communications re: A.Perry subpoenas in violation of automatic stay (No Charge) | 0.00 | 0.00 |
| 09/02/23 | RLC | Review/analyze lender's objection to employment application and confer with client and J. Selba on same. | 0.50 | 225.00 |
| 09/05/23 | JMS | call with client re: litigation matters | 0.30 | 135.00 |
| 09/07/23 | RLC | Analyze issues re: federal court litigation. | 0.30 | 135.00 |
| 09/07/23 | JMS | call from J.Paul counsel (D.Shaffer) re: A.Perry litigation, transfers information, and claim/lien disputes | 0.20 | 90.00 |
| 09/12/23 | RLC | Review and revise reply to opposition to employment application. | 1.00 | 450.00 |
| 09/13/23 | RLC | Review and revise reply to opposition to employment application. | 0.60 | 270.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234508
Page: 3

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
| --- | --- | --- | --- | --- |
| 09/15/23 | RLC | Confer with trustee's office on objection to employment application. | 0.10 | 45.00 |
| 09/15/23 | RLC | Revise reply to opposition to employment application. | 1.10 | 495.00 |
| 09/25/23 | RLC | Review/analyze J. Paul lift stay motion and begin drafting response. | 1.00 | 450.00 |
| 09/25/23 | JMS | initial review of J.Paul lift stay motion // emails with opposing counsel re: scheduling hearing (No Charge) | 0.00 | 0.00 |
| 09/26/23 | RLC | Review/analyze CTLC state court and federal court pleadings (.3); analyze issues re: state and federal court litigation and confer with client on same (5). | 0.80 | 360.00 |
| 09/26/23 | JMS | communications re: hearing on J.Paul lift stay motion // analysis re: counterclaims (No Charge) | 0.00 | 0.00 |
| 09/27/23 | JMS | confer re: pending pre-petition litigation, counterclaims, and lift stay | 0.30 | 135.00 |
| 10/04/23 | JMS | communications with lender's counsel re: employment application objection | 0.20 | 90.00 |
| 10/08/23 | RLC | Draft opposition to relief from stay motion. | 1.90 | 855.00 |
| 10/11/23 | RLC | Prepare for and attend hearing on objection to employment application. | 1.50 | 675.00 |
| 10/12/23 | RLC | Draft opposition to J. Paul lift stay motion. | 5.50 | 2,475.00 |
| 10/13/23 | RLC | Confer with client on non-dischargeability issues. | 0.20 | 90.00 |
| 10/13/23 | RLC | Revise and finalize opposition to lift stay motion. | 4.00 | 1,800.00 |
| 10/17/23 | RLC | Review/analyze issues with charging orders and potential effect on LLC ownership. | 1.50 | 675.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901  
BALTIMORE MD 21202  
410/752-9700  
FAX 410/727-5460  

FED TAX ID  
#52-0694081

October 8, 2024

CTLC, LLC  
c/o Sandra Grier  
6101 Tilghman Drive  
Laurel, MD 20707

Client No. : C03116  
Invoice No.: 234508  
Page: 4

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/18/23 | RLC | Confer with J. Selba on deposition of S. Grier for motion for relief from stay. | 0.20 | 90.00 |
| 10/19/23 | RLC | Confer with J. Selba on potential effects of charging order and J. Paul deposition (No Charge) | 0.00 | 0.00 |
| 10/19/23 | JMS | call with client re: J.Paul lift stay hearing and discovery related thereto; and WCP efforts against co-debtor and implications // communication to J.Paul counsel re: deposition request | 0.60 | 270.00 |
| 10/21/23 | JMS | deposition notice for J.Paul lift stay // communications re: same | 0.10 | 45.00 |
| 10/23/23 | RLC | Review/analyze lender's motion for 2004 exam and analyze issues on same. | 0.40 | 180.00 |
| 10/24/23 | RLC | Prepare for and attend client call on lender's 2004 motion (.8); review/revise objections to deposition designations (.2). | 1.00 | 450.00 |
| 10/24/23 | JMS | draft preliminary objections to J.Paul deposition notice (No Charge) | 0.00 | 0.00 |
| 10/24/23 | JMS | conference re: WCP efforts with R. 2004 examination | 0.50 | 225.00 |
| 10/25/23 | JMS | J. Paul deposition objection and prep // communications with client and opposing counsel | 0.50 | 225.00 |
| 10/26/23 | RLC | Review/analyze debtor's counterclaim in state court litigation. | 0.30 | 135.00 |
| 10/26/23 | RLC | Confer with J. Selba on J. Paul deposition and potential resolution of trademark suit (No Charge) | 0.00 | 0.00 |
| 10/26/23 | JMS | analysis re: status of counterclaim v. J. Paul | 0.20 | 90.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234508
Page: 5

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/26/23 | JMS | deposition of Debtor re: J. Paul lift stay motion - prep, attend, and confer | 3.00 | 1,350.00 |
| 10/27/23 | JMS | communications re: resolving J.Paul lift stay motion by consent order extending stay | 0.50 | 225.00 |
| 10/27/23 | JMS | call from WCP counsel re: R.2004 motion as to loan funds | 0.10 | 45.00 |
| 10/31/23 | RLC | Confer with J. Selba re: terms of consent on lift stay motion. | 0.30 | 135.00 |
| 10/31/23 | JMS | confer with R.Costella re: J. Paul consent order (No Charge) | 0.00 | 0.00 |
| 10/31/23 | JMS | draft proposed consent order for J. Paul stay extension to resolve motion to modify stay | 1.50 | 675.00 |
| 11/01/23 | JMS | communications with J. Paul counsel and client // revisions to consent order | 0.40 | 180.00 |
| 11/02/23 | JMS | finalize and file proposed consent order to resolve J. Paul lift stay // communications with opposing counsel and chambers | 0.40 | 180.00 |
| 11/14/23 | JMS | communications with A.Perry counsel re: consent order to stay litigation | 0.10 | 45.00 |
| 11/20/23 | JMS | call from J.Paul's counsel re: Court Instruction on motion to extend stay | 0.10 | 45.00 |
| 11/21/23 | RLC | Confer with J. Selba on lift stay consent order. | 0.30 | 135.00 |
| 11/21/23 | JMS | call with J.Paul counsel (No Charge) | 0.00 | 0.00 |
| 12/04/23 | JMS | call from A.Perry counsel re: stay extension opposition | 0.10 | 45.00 |
| 12/05/23 | JMS | upload proposed order for stay extension | 0.10 | 45.00 |
| 12/06/23 | JMS | call with D.Shaffer re: A.Perry stay extension | 0.10 | 45.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No.: C03116
Invoice No.: 234508
Page: 6

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 12/07/23 | RLC | Review/analyze objection to stay extension. | 0.70 | 315.00 |
| 12/07/23 | JMS | review A.Perry response to J.Paul lift stay motion // report to client re: same (No Charge) | 0.00 | 0.00 |
| 12/08/23 | JMS | communications re: A.Perry and J.Paul litigation | 0.10 | 45.00 |
| 12/14/23 | JMS | J.Paul opposition to motion to extend exclusivity periods // review and email to client re: same | 0.20 | 90.00 |
| 12/18/23 | RLC | Review/revise consent lift stay motion on M&S retainer. | 0.30 | 135.00 |
| 12/18/23 | JMS | communication with client re: hearing on motion to extend exclusivity periods | 0.10 | 45.00 |
| 12/22/23 | RLC | Review/analyze motion to convert and confer with J. Selba on same. | 0.40 | 180.00 |
| 12/22/23 | JMS | initial review of J.Paul Motion to Convert or Appoint Trustee (No Charge) | 0.00 | 0.00 |
| 12/27/23 | RLC | Confer with J. Selba re: objection to motion to convert and strategy for same. | 0.20 | 90.00 |
| 12/27/23 | JMS | confer with client and R.Costella re: J.Paul efforts and strategies (No Charge) | 0.00 | 0.00 |
| 01/02/24 | JMS | call from J.Paul counsel re: hearings scheduling and discovery | 0.10 | 45.00 |
| 01/03/24 | JMS | call with client re: hearings | 0.20 | 90.00 |
| 01/04/24 | RLC | Confer with client on upcoming hearings, employment of broker, and contractor testimony (.6); confer with J. Selba on same (.2). | 0.80 | 360.00 |
| 01/04/24 | RLC | Draft opposition to J. Paul motion to convert. | 2.80 | 1,260.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901  
BALTIMORE MD 21202  
410/752-9700  
FAX 410/727-5460  

FED TAX ID  
#52-0694081

October 8, 2024

CTLC, LLC  
c/o Sandra Grier  
6101 Tilghman Drive  
Laurel, MD 20707

Client No. : C03116  
Invoice No.: 234508  
Page: 7

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 01/04/24 | JMS | call from J.Paul counsel re: scheduling hearings and discovery | 0.10 | 45.00 |
| 01/08/24 | JMS | communications with J.Paul counsel re: hearings // revise and file motion for continuance of hearings // communications with chambers and opposing counsels | 0.50 | 225.00 |
| 01/09/24 | RLC | Draft/revise stipulation on motion response dates. | 0.50 | 225.00 |
| 01/09/24 | JMS | communications re: scheduling hearings (No Charge) | 0.00 | 0.00 |
| 01/12/24 | RLC | Draft opposition to motion to convert or appoint trustee. | 2.10 | 945.00 |
| 01/13/24 | RLC | Draft/revise opposition to motion to convert. | 3.60 | 1,620.00 |
| 01/14/24 | RLC | Confer with client on comments to opposition to motion to convert. | 0.30 | 135.00 |
| 01/14/24 | RLC | Draft/revise opposition to motion to convert. | 4.10 | 1,845.00 |
| 01/15/24 | RLC | Draft/revise opposition to motion to convert and confer with client on same. | 4.70 | 2,115.00 |
| 01/15/24 | JMS | call with client re: J.Paul disputes and hearing (No Charge) | 0.00 | 0.00 |
| 01/16/24 | JMS | call with J.Paul counsel | 0.10 | 45.00 |
| 01/19/24 | RLC | Conference call with client and contractor on conversion hearing and status of property (.8); review A. Perry contract and confer with J. Selba on same (.2). | 1.00 | 450.00 |
| 01/19/24 | JMS | call with general contractor re: repairs and improvements, timeline, and costs; and hearing dates // communications re: hearings and A.Perry demand (No Charge) | 0.00 | 0.00 |
| 01/20/24 | JMS | review discovery requests from J.Paul // email to client re: same with analysis | 0.30 | 135.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. :   C03116
Invoice No.:   234508
Page:          8

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 01/21/24 | JMS | communications with client re: J.Paul discovery and Trust involvement | 0.10 | 45.00 |
| 01/24/24 | JMS | deposition notice from J. Paul counsel // email to client re: same and preparations and discovery | 0.10 | 45.00 |
| 01/25/24 | JMS | communications re: hearing, deposition, and discovery production | 0.10 | 45.00 |
| 01/26/24 | JMS | call with client re: hearing prep and discovery production | 0.50 | 225.00 |
| 01/27/24 | JMS | documents from client and communications re: same // deposition transcript | 0.20 | 90.00 |
| 01/29/24 | JMS | deposition prep - documents and communications with client | 0.20 | 90.00 |
| 01/30/24 | JMS | call with J.Paul's counsel re: discovery and hearings // call with client and document review re: deposition | 0.80 | 360.00 |
| 01/31/24 | JMS | communications/prep for deposition and J.Paul hearing | 0.30 | 135.00 |
| 02/02/24 | JMS | J.Paul and A.Perry disputes // document production | 0.20 | 90.00 |
| 02/04/24 | JMS | document production to J.Paul | 1.00 | 450.00 |
| 02/05/24 | SMB | Organize documents provided to J. Selba. | 0.50 | 107.50 |
| 02/05/24 | JMS | communications with J.Paul counsel, client, and court re: continuing hearings on conversion and exclusivity motions // draft and file continuance motion // communications with broker | 0.80 | 360.00 |
| 02/08/24 | SMB | Draft spreadsheet of invoices. | 3.10 | 666.50 |
| 02/08/24 | JMS | document prep/review with S.Broderick | 0.10 | 45.00 |
| 02/09/24 | SMB | Continue to draft spreadsheet of invoices. | 2.90 | 623.50 |
| 02/12/24 | SMB | Continue to draft spreadsheet of invoices. | 3.90 | 838.50 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No.: C03116
Invoice No.: 234508
Page: 9

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 02/12/24 | JMS | communications re: rescheduling lift stay hearing for A.Perry litigation | 0.10 | 45.00 |
| 02/13/24 | SMB | Continue to draft spreadsheet of invoices. | 1.90 | 408.50 |
| 02/13/24 | RLC | Communications with court and creditors on hearing status and resolution of lift stay motion. | 0.90 | 405.00 |
| 02/13/24 | RLC | Analyze issues re: Perry proof of claim and pending federal court litigation. | 0.50 | 225.00 |
| 02/14/24 | SMB | Continue to draft spreadsheet of invoices. | 1.70 | 365.50 |
| 02/15/24 | SMB | Continue to draft spreadsheet of invoices. | 1.60 | 344.00 |
| 02/21/24 | RLC | Confer with Perry counsel on proof of claim and resolution of litigation. | 0.40 | 180.00 |
| 03/27/24 | JMS | analysis/communications with client re: hearing on disclosure statement, sales broker's efforts, and contractor's efforts | 0.50 | 225.00 |
| 04/11/24 | JMS | communications with broker re: hearings | 0.10 | 45.00 |
| 04/25/24 | JMS | files from client to prepare for hearings // communications re: same | 0.10 | 45.00 |
| 04/29/24 | JMS | communications with client re: claims against J Paul | 0.20 | 90.00 |
| 05/06/24 | JMS | J.Paul lift stay - exhibits // call to counsel re: hearing | 0.10 | 45.00 |
| 05/07/24 | JMS | communications/analysis re: J.Paul lift stay motion for A.Perry litigation | 0.50 | 225.00 |
| 05/08/24 | JMS | analysis/communications re: J.Paul stay relief motion hearing and consent order terms, and A.Perry claims | 1.20 | 540.00 |
| 05/09/24 | JMS | communications/analysis re: A.Perry claims // revisions to consent order for claim motion | 0.50 | 225.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No.: C03116
Invoice No.: 234508
Page: 10

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 05/20/24 | JMS | revisions to late claim motion and consent order with A.Perry | 0.50 | 225.00 |
| 05/23/24 | JMS | payoff from WCP | 0.10 | 45.00 |
| 06/05/24 | JMS | communications with A.Perry counsel and client re: alleged IP claims arising from real estate listing | 0.30 | 135.00 |
| 06/17/24 | JMS | communication with IP counsel re: A.Perry claims | 0.30 | 135.00 |
| 06/20/24 | JMS | call with potential IP litigation counsel | 0.20 | 90.00 |
| 06/25/24 | JMS | call with client re: litigation claims and possible refinance | 0.20 | 90.00 |
| 07/10/24 | JMS | communications with client re: new loan to take out WCP and J.Paul liens | 0.10 | 45.00 |
| 07/14/24 | JMS | communications with client regarding refinance of secured claims | 0.10 | 45.00 |
| 07/15/24 | JMS | communications with client regarding financing options and claims objections | 0.10 | 45.00 |
| 07/18/24 | JMS | conference with client regarding status of sale efforts, financing options, and claims litigation // communications with potential refinance lender and broker regarding same | 0.80 | 360.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901  
BALTIMORE MD 21202  
410/752-9700  
FAX 410/727-5460

FED TAX ID  
#52-0694081

October 8, 2024

CTLC, LLC  
c/o Sandra Grier  
6101 Tilghman Drive  
Laurel, MD 20707

Client No. : C03116  
Invoice No.: 234508  
Page: 11

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Richard L. Costella | 45.80 | 450.00 | 20,610.00 |
| Joseph M. Selba | 23.20 | 450.00 | 10,440.00 |
| Susan M. Broderick | 15.60 | 215.00 | 3,354.00 |

Total Fees   34,404.00

**Due This Invoice**   **$34,404.00**