# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. :   C03116
Invoice No.:   234509
Page:              1

## MATTER SUMMARY

| | | |
|---|---|---|
| Matter: | Plan & Disclosure Statement | Matter Number: C03116.070002 |

This Invoice:
    Fees for Professional Services Rendered      21,555.00
    Costs Advanced to Your Account      51.00

Total This Invoice      21,606.00

## STATEMENT OF OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Original Bill Amt | Payments & Adjustments | Current Balance |
|---|---|---|---|---|
| 10/08/24 | THIS INVOICE | 21,606.00 | 0.00 | 21,606.00 |

Total Due This Matter      $21,606.00

**PAYMENT DUE UPON RECEIPT**
**MAKE CHECKS PAYABLE TO TYDINGS & ROSENBERG LLP**


Exhibit C

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234509
Page: 2

Matter: Plan & Disclosure Statement

Matter Number: C03116.070002

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/01/23 | JMS | communications re: potential sale effort | 0.10 | 45.00 |
| 10/03/23 | JMS | conference with Hilco re: potential engagement for broker services | 0.30 | 135.00 |
| 10/17/23 | JMS | confer with R.Costella re: plan terms | 0.10 | 45.00 |
| 10/18/23 | JMS | confer with R.Costella re: Plan terms | 0.10 | 45.00 |
| 11/29/23 | JMS | draft motion and proposed order to extend exclusivity periods | 1.50 | 675.00 |
| 11/30/23 | RLC | Review/revise motion to extend exclusivity and proposed order. | 0.30 | 135.00 |
| 11/30/23 | JMS | finalize and file motion to extend exclusivity periods | 0.30 | 135.00 |
| 01/03/24 | JMS | communications with client re: formulating Plan terms | 0.30 | 135.00 |
| 01/08/24 | JMS | call with broker re: sale efforts | 0.40 | 180.00 |
| 01/26/24 | RLC | Analyze issues re: plan and confer with J. Selba on same. | 0.30 | 135.00 |
| 01/31/24 | JMS | draft Ch. 11 Plan | 2.50 | 1,125.00 |
| 02/01/24 | JMS | revisions to Plan // emails with client re: same and analysis/explanation of terms | 0.80 | 360.00 |
| 02/02/24 | RLC | Review/analyze proposed chapter 11 plan. | 0.90 | 405.00 |
| 02/02/24 | JMS | communications with client re: Plan terms and implementation // edits and finalize Ch. 11 Plan // draft Disclosure Statement // file Ch. 11 Plan and Disclosure Statement | 1.50 | 675.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234509
Page: 3

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 02/09/24 | JMS | prepare and file certificate of service for Order on Disclosure Statement | 0.30 | 135.00 |
| 03/12/24 | JMS | J.Paul Objection to Disclosure Statement // email to client re: same | 0.10 | 45.00 |
| 03/14/24 | RLC | Confer with counsel to secured lender re: depositions for disclosure statement ad plan. | 0.30 | 135.00 |
| 03/15/24 | JMS | call with client re: J.Paul objection to disclosure statement and status update for Plan implantation | 0.50 | 225.00 |
| 03/17/24 | JMS | communication with client re: project schedule | 0.10 | 45.00 |
| 03/21/24 | JMS | communication with broker re: hearings and marketing efforts | 0.10 | 45.00 |
| 03/25/24 | JMS | call with client re: hearing on disclosure statement | 0.30 | 135.00 |
| 03/27/24 | RLC | Communications re: hearing on disclosure statement. | 0.30 | 135.00 |
| 03/28/24 | JMS | communications with broker re: sale terms and information | 0.10 | 45.00 |
| 03/29/24 | JMS | call with client and communication to contractor re: upcoming hearings and status of repairs | 0.50 | 225.00 |
| 04/01/24 | JMS | conference with broker and with contractor re: status of efforts and hearing on Disclosure Statement | 1.00 | 450.00 |
| 04/02/24 | JMS | communications with US Trustee, J.Paul counsel, and client re: disclosure statement hearing and resolving objection // prepare for hearing | 1.20 | 540.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234509
Page: 4

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 04/03/24 | JMS | communications with client, witnesses, J.Paul's counsel, creditor counsel, UST, and Court re: hearing on disclosure statement // prepare and file stipulation resolving objection to disclosure statement // attend hearing - resolved by stipulation | 1.50 | 675.00 |
| 04/10/24 | JMS | work on Amended Disclosure Statement per Court Order and to resolve J.Paul objections | 0.30 | 135.00 |
| 04/12/24 | JMS | draft and file Amended Disclosure Statement with exhibits | 0.60 | 270.00 |
| 04/15/24 | JMS | orders for motions hearing and Ch. 11 Plan confirmation // email to client re: same | 0.20 | 90.00 |
| 04/17/24 | JMS | communications with client re: construction/repairs and funding strategies | 0.20 | 90.00 |
| 04/22/24 | JMS | prepare ballots and certificate of service for Ch. 11 Plan documents | 0.80 | 360.00 |
| 04/25/24 | JMS | plan terms communications from J.Paul counsel and to client | 0.20 | 90.00 |
| 04/30/24 | JMS | communications with client and opposing counsel for J.Paul and Bravas re: Ch. 11 plan terms and claims | 0.80 | 360.00 |
| 05/01/24 | JMS | communication to J Paul and Bravas counsel re: negotiating plan terms | 0.20 | 90.00 |
| 05/01/24 | JMS | call with Bravas and J Paul counsel re: Plan terms // communications with client re: financing options | 1.00 | 450.00 |
| 05/02/24 | JMS | communications with client re: financing options/terms | 0.10 | 45.00 |
| 05/15/24 | JMS | communications with client re: financing options and creditor concerns with Plan terms | 0.20 | 90.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234509
Page: 5

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 05/16/24 | JMS | communications with broker, client, and J.Paul counsel re: marketing efforts and Plan terms | 0.30 | 135.00 |
| 05/16/24 | JMS | Plan votes received | 0.10 | 45.00 |
| 05/17/24 | JMS | communications with creditors and creditor's counsel re: Plan voting and terms | 0.20 | 90.00 |
| 05/20/24 | RLC | Review/analyze plan objections; emails on same (No Charge) | 0.00 | 0.00 |
| 05/20/24 | JMS | communications with creditors counsel (J.Paul and A.Perry) re: plan and negotiated terms // votes received and confirmation objections by J.Paul and A.Perry | 0.70 | 315.00 |
| 05/21/24 | JMS | WCP objection to confirmation // email to client | 0.20 | 90.00 |
| 05/22/24 | JMS | confer with client and send written analysis of Ch. 11 plan alternative options to deal with creditor claims | 1.50 | 675.00 |
| 05/23/24 | RLC | Confer with client and J. Selba on plan objections and claims; review/analyze claims and plan objections. | 0.60 | 270.00 |
| 05/28/24 | RLC | Communications re: plan, plan objections, and potential resolutions. | 0.40 | 180.00 |
| 05/28/24 | JMS | analysis to client re: Ch. 11 Plan and alternative options (No Charge) | 0.00 | 0.00 |
| 05/29/24 | JMS | conference with client re: Ch. 11 Plan hearing and options | 1.00 | 450.00 |
| 05/29/24 | JMS | communications with broker re: sale efforts update and confirmation hearing | 0.20 | 90.00 |
| 05/29/24 | JMS | communications with UST and creditors re: Plan amendments and alternatives | 0.80 | 360.00 |
| 05/30/24 | JMS | conference with creditors' counsel re: Plan term modifications // communication to client re: same | 0.60 | 270.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901  
BALTIMORE MD 21202  
410/752-9700  
FAX 410/727-5460  

FED TAX ID  
#52-0694081

October 8, 2024

CTLC, LLC  
c/o Sandra Grier  
6101 Tilghman Drive  
Laurel, MD 20707

Client No. : C03116  
Invoice No.: 234509  
Page: 6

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 05/30/24 | JMS | terms to creditors' counsel to resolve Plan objection and conversion/trustee motion | 0.50 | 225.00 |
| 05/31/24 | JMS | confer with client re: modified plan terms to resolve creditor objections | 0.30 | 135.00 |
| 05/31/24 | JMS | conference call with creditors counsel re: Ch. 11 Plan terms // communication to client re: same | 0.60 | 270.00 |
| 06/02/24 | JMS | confer with client re: Plan terms | 0.20 | 90.00 |
| 06/03/24 | RLC | Correspondence between debtor principal and creditors re: plan. | 0.30 | 135.00 |
| 06/03/24 | JMS | conference call with client re: Plan/sale terms | 0.30 | 135.00 |
| 06/03/24 | JMS | conference call with broker re: confirmation hearing and sale efforts | 0.30 | 135.00 |
| 06/03/24 | JMS | communications with creditors re: amended plan terms | 0.50 | 225.00 |
| 06/03/24 | JMS | draft status report to court re: June 5 hearing disposition | 0.30 | 135.00 |
| 06/03/24 | JMS | analysis of WCP claim and calculation of balance // email to WCP's counsel re: same | 0.30 | 135.00 |
| 06/03/24 | JMS | work on Amended Ch. 11 Plan provisions (No Charge) | 0.00 | 0.00 |
| 06/04/24 | JMS | work on Amended Ch. 11 Plan and Confidential Plan Supplement | 1.30 | 585.00 |
| 06/05/24 | JMS | update to client re: amended plan terms and status hearing | 0.20 | 90.00 |
| 06/05/24 | JMS | prepare for and attend status hearing on Ch. 11 Plan // confer with UST re: confidential plan provisions | 0.80 | 360.00 |
| 06/12/24 | JMS | revisions/clean up to Amended Plan // communication to creditors' counsel | 1.10 | 495.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. : C03116
Invoice No.: 234509
Page: 7

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 06/14/24 | JMS | finalize and file: (I) Amended Ch. 11 Plan, (II) Plan Supplement with Sealing motion, (III) Withdraw of Exclusivity Motion, a (IV) Status Report // communications with Court, client, and opposing counsel re: same | 1.70 | 765.00 |
| 06/17/24 | JMS | attend status hearing on motion to seal // report to client | 0.50 | 225.00 |
| 06/25/24 | JMS | preparation and service of ballots and Plan documents // file certificate of service re: same | 0.40 | 180.00 |
| 06/27/24 | JMS | communications with creditors counsel and broker re: sale efforts | 0.10 | 45.00 |
| 07/19/24 | JMS | call with lender and broker regarding refinance options | 0.20 | 90.00 |
| 07/22/24 | JMS | call with potential lender and title // communications/analysis with client regarding same | 1.00 | 450.00 |
| 07/24/24 | JMS | call with Sotheby's re: status of marketing efforts and preparing for confirmation hearing | 0.40 | 180.00 |
| 07/31/24 | JMS | communications with client regarding Ch. 11 plan confirmation and potential financing issues | 0.30 | 135.00 |
| 07/31/24 | JMS | confirmation hearing prep - work on tally of ballots, certification, exhibits and witness list, witness outlines, confirmation memorandum, and confirmation order | 1.00 | 450.00 |
| 08/01/24 | JMS | confirmation hearing prep - additional work on tally of ballots, certification, exhibits and witness list, witness outlines, confirmation memorandum, and confirmation order | 2.50 | 1,125.00 |
| 08/07/24 | JMS | finalize and file confirmation hearing items - tally of ballots, exhibits and witness lists, and confirmation hearing memorandum | 0.50 | 225.00 |



ONE EAST PRATT STREET, SUITE 901  
BALTIMORE MD 21202  
410/752-9700  
FAX 410/727-5460  

FED TAX ID  
#52-0694081  

October 8, 2024

CTLC, LLC  
c/o Sandra Grier  
6101 Tilghman Drive  
Laurel, MD 20707  

Client No. : C03116  
Invoice No.: 234509  
Page: 8

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 08/12/24 | JMS | confer with broker on status update and preparation for confirmation hearing // respond to creditor inquiries // outline preparation for hearing | 0.70 | 315.00 |
| 08/13/24 | JMS | prepare for confirmation hearing // communications with client and witnesses | 1.50 | 675.00 |
| 08/14/24 | JMS | call from WCP counsel regarding Plan terms approval | 0.20 | 90.00 |
| 08/14/24 | JMS | prep for and attend confirmation hearing // revise and file proposed confirmation order and revised confidential plan supplement and amended proposed sealing order | 3.00 | 1,350.00 |

# TYDINGS

ONE EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202
410/752-9700
FAX 410/727-5460

FED TAX ID
#52-0694081

October 8, 2024

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Client No. :   C03116
Invoice No.:   234509
Page:          9

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount | |
|---|---|---|---|---|
| Richard L. Costella | 3.40 | 450.00 | 1,530.00 | |
| Joseph M. Selba | 44.50 | 450.00 | 20,025.00 | |
| Total Fees | | | | 21,555.00 |

## COST SUMMARY

| Description | Amount | |
|---|---|---|
| Photocopies-Infortext | 51.00 | |
| Total Costs | | 51.00 |

**Due This Invoice**                                    **$21,606.00**