IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | * |
| CTLC, LLC | *  Case No.: 23-15444-DER |
| | (Chapter 11) |
| Debtor. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER APPROVING FIRST AND FINAL APPLICATION
FOR ALLOWANCE AND PAYMENT OF COMPENSATION
TO TYDINGS & ROSENBERG LLP
AS COUNSEL TO THE CHAPTER 11 DEBTOR**

This matter having come before the Court on the application filed by Tydings & Rosenberg LLP as counsel to CTLC, LLC, the Chapter 11 Debtor, for a first and final allowance of attorneys' fees covering the period beginning on August 2, 2023 and ending on August 15, 2024, for fees in the amount of Seventy Thousand, Three Hundred Ninety-Four Dollars ($70,394.00) and reimbursements for out of pocket expenses in the amount of One Thousand, Four Hundred Forty-Nine Dollars ad Thirty-Five Cents ($1,449.35) (the "Application"); it appearing that adequate notice has been sent to creditors and parties in interest; after consideration of any objections that have been filed; and it appearing there is adequate cause for approval of the Application; IT IS, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED,** that the Application is APPROVED, and it is further

6104607.1

**ORDERED**, that Tydings & Rosenberg LLP be and hereby is granted compensation in the amount of $70,394.00 and reimbursements of expenses in the amount of $1,449.35 as Chapter 11 costs and expenses of administration.

**\*\*\*END OF ORDER\*\*\***

cc: Debtor's Counsel (via ECF)

6104607.1