**IN THE UNITED STATES BANKRUPTCY COURT**
<u>**FOR THE DISTRICT OF MARYLAND**</u>
**(Baltimore Division)**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | | |
| **CTLC, LLC** | * | **Case No.: 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**NOTICE OF:**
**FIRST AND FINAL APPLICATION BY TYDINGS & ROSENBERG LLP,**
**AS COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF**
<u>**COMPENSATION AND REIMBURSEMENT OF EXPENSES**</u>

Notice is hereby given that Tydings & Rosenberg LLP ("T&R") has filed a first and final application for allowance of compensation as counsel to CTLC, LLC (the "Debtor") for the interim period beginning on August 2, 2023 and ending on August 15, 2024.

The application of counsel to the Debtor requests compensation for professional services rendered in connection with this case. T&R seeks total compensation for its services in the amount of Seventy Thousand, Three Hundred Ninety-Four Dollars ($70,394.00), *after billing reductions of approximately 10% between $4,005 written off internally and a further billing judgment discount of $5,000.00 as set forth in this application*, and reimbursements for out-of-pocket expenses in the amount of One Thousand, Four Hundred Forty-Nine Dollars ad Thirty-Five Cents ($1,449.35). Based upon the nature and extent of the services rendered, counsel to the Debtor believes that its request for compensation is reasonable. A copy of the application is on file at the Bankruptcy Court.

Any interested party objecting to the first application by T&R for an interim allowance of compensation must file a written objection with the Clerk of the United States Bankruptcy Court

6102464.2

for the District of Maryland, 8th Floor, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201, within twenty one (21) days from the date of this notice setting forth in detail the basis of said objection with a copy being sent to the undersigned.  If an objection is filed, the Court may schedule a hearing on the objection.  The Court may also rule upon objections without a hearing based upon the pleadings filed.  If no objections are filed, the Court may grant the requested relief without further notification.  Anyone desiring any further information may communicate with the undersigned.


Dated: October 9, 2024                     /s/ Joseph M. Selba
                                           Richard L. Costella, Bar No. 14095
                                           Joseph M. Selba, Bar No. 29181
                                           Tydings & Rosenberg LLP
                                           1 East Pratt Street, Suite 901
                                           Baltimore, Maryland 21202
                                           Tel.: (410) 752-9700
                                           Email:  rcostella@tydings.com
                                           Email:  jselba@tydings.com
                                           *Counsel for the Debtor*

6102464.2