**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **IN RE:** | * | |
| **CTLC, LLC** | * | **Case No.: 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of October 2024, I verified that a copy of the foregoing (i) Application with Exhibits, (ii) proposed order and (iii) Notice is to be served <u>via the Court's ECF filing system</u> on the following:

- Debtor, CTLC, LLC, c/o Joseph Selba, Esq., jselba@tydings.com
- Office of the U.S. Trustee, c/o Katherine Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

I HEREBY FURTHER CERTIFY that on this 9th day of October 2024, a copy of the foregoing (i) Application with Exhibits, (ii) proposed order and (iii) Notice was served on the following parties by first class mail, postage prepaid.

US Securities and Exchange Commission
Atlanta Reg Office and Reorg
950 E. Paces Ferry Rd, NE, Ste. 900
Atlanta, GA 30326-1382

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

6102465.4

Comptroller of Maryland
Bankruptcy Unit
7 Saint Paul Street, Ste. 230
Baltimore, MD 21202-1588

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201-3020

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., #300
Towson, MD 21204-3916

Shulman, Rogers, Gandal,
Pordy & Ecker, PA
c/o Michael J. Lichenstein, Esq.
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854-6803

Michael and Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

Howard County Taxing Authority
Office of Finance
3430 Courthouse Drive
Ellicott City, MD 21043-4300

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Office of Law
Howard County, Maryland
3430 Courthouse Drive
Ellicott City, MD 21043-4300

TTR Sotheby's International Realty
209 Main Street
Annapolis, MD 21401
ATTN: Lydia Travelstead

Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114

                                                    /s/ Joseph M. Selba
                                                    Richard L. Costella, Bar No. 14095
                                                    Joseph M. Selba, Bar No. 29181
                                                    Tydings & Rosenberg LLP
                                                    1 East Pratt Street, Suite 901
                                                    Baltimore, Maryland 21202
                                                    Tel.: (410) 752-9700
                                                    Email: rcostella@tydings.com
                                                    Email: jselba@tydings.com
                                                    *Counsel for the Debtor*