United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-15444-DER |
| CTLC, LLC | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 06, 2024 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Nov 06 2024 19:14:00 | U.S. Trustee Baltimore, 101 W. Lombard St, Room 2650, Baltimore MD 21201-2623 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@wtplaw.com mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Jeffrey Louis Forman | forman@comcast.net forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 06, 2024 | Form ID: pdfparty | Total Noticed: 2 |

| | |
|---|---|
| | JSelba@tydingslaw.com jselba@tydings.com |
| Katherine A. (UST) Levin | |
| | Katherine.A.Levin@usdoj.gov amy.busch@usdoj.gov |
| Maurice Belmont VerStandig | |
| | mac@mbvesq.com |
| | lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patricia B. Jefferson | |
| | pjefferson@milesstockbridge.com |
| Richard L. Costella | |
| | rcostella@tydings.com jmurphy@tydings.com |
| Robert H. Kline | |
| | kliner@whiteandwilliams.com |
| US Trustee - Baltimore | |
| | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 10



**DAVID E. RICE**
**U. S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| CTLC, LLC | * | Case No.: 23-15444-DER |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING FIRST AND FINAL APPLICATION**
**FOR ALLOWANCE AND PAYMENT OF COMPENSATION**
**TO TYDINGS & ROSENBERG LLP**
**AS COUNSEL TO THE CHAPTER 11 DEBTOR**

This matter having come before the Court on the application filed by Tydings & Rosenberg LLP as counsel to CTLC, LLC, the Chapter 11 Debtor, for a first and final allowance of attorneys' fees covering the period beginning on August 2, 2023 and ending on August 15, 2024, for fees in the amount of Seventy Thousand, Three Hundred Ninety-Four Dollars ($70,394.00) and reimbursements for out of pocket expenses in the amount of One Thousand, Four Hundred Forty-Nine Dollars ad Thirty-Five Cents ($1,449.35) (the "Application"); it appearing that adequate notice has been sent to creditors and parties in interest; after consideration of any objections that have been filed; and it appearing there is adequate cause for approval of the Application; IT IS, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED,** that the Application is APPROVED, and it is further

6104607.1

**ORDERED**, that Tydings & Rosenberg LLP be and hereby is granted compensation in the amount of $70,394.00 and reimbursements of expenses in the amount of $1,449.35 as Chapter 11 costs and expenses of administration.

**\*\*\*END OF ORDER\*\*\***

cc: Debtor's Counsel (via ECF)

6104607.1