IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | Case No. 23-15444-DER |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXTEND TIME

Pursuant to the terms of the confirmed Chapter 11 Plan [Dkt.# 126] (the "Plan"), CTLC, LLC, Debtor and Debtor-in-Possession (the "Debtor") hereby moves for extension of the Sale Deadline[1] provided for under the Plan, and respectfully states:

1. The required performance of the Plan is the sale of the Debtor's Real Property, with the objective being to pay creditors in full and provide a meaningful return to equity holders.

2. Section 1.23 of the Plan provides that the confidential Sale Deadline agreed to by the Debtor and the secured creditors may be extended by Court Order for good cause.

3. The Debtor anticipates a sale of the Real Property in the coming months, but fears that the Sale Deadline will pass without the Debtor being able to secure a consensual extension of the deadline with the secured creditors.

4. As justification for extension of the Sale Deadline, the Debtor submits the current status report from the authorized real estate broker, attached hereto as **Exhibit 1**.

5. The Debtor proposes that the Sale Deadline be extended for sixty (60) days, without prejudice to the Debtor's seeking further extension for good cause.

---

[1] Capitalized terms herein are as defined in the Plan.

6279468.1

WHEREFORE, the Debtor requests entry of an order extending the Sale Deadline for sixty (60) days.

Respectfully submitted,

Dated: December 16, 2024

/s/ Joseph M. Selba
Joseph M. Selba, Fed. Bar No.: 29181
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9700
Email: jselba@tydings.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December 2024, I verified that a copy of the foregoing *Motion* and the proposed order is to be served via the Court's ECF filing system on the following:

- Office of the U.S. Trustee, c/o Katherine Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

I HEREBY FURTHER CERTIFY that on this 16th day of December 2024, a copy of the foregoing *Motion* and the proposed order was served on the following parties by first class mail, postage prepaid.

US Securities and Exchange Commission
Atlanta Reg Office and Reorg
950 E. Paces Ferry Rd, NE, Ste. 900
Atlanta, GA 30326-1382

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Comptroller of Maryland
Bankruptcy Unit
7 Saint Paul Street, Ste. 230
Baltimore, MD 21202-1588

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201-3020

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

6279468.1

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., #300
Towson, MD 21204-3916

Shulman, Rogers, Gandal,
Pordy & Ecker, PA
c/o Michael J. Lichenstein, Esq.
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854-6803

Michael and Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

Howard County Taxing Authority
Office of Finance
3430 Courthouse Drive
Ellicott City, MD 21043-4300

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Office of Law
Howard County, Maryland
3430 Courthouse Drive
Ellicott City, MD 21043-4300

TTR Sotheby's International Realty
209 Main Street
Annapolis, MD 21401
ATTN: Lydia Travelstead

Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114

                                                /s/ Joseph Selba
                                                Joseph Selba