

Date: December 12th 2024

**Marketing To Date**

The items listed below are items which are of note. This is not an entire list of marketing efforts and ongoing efforts to successfully sell 15125 Devlin Drive

- Website – The individual website for The Devlin Estate is published and has been shared previously.
- There have been Multiple Emails to top Brokers & Qualified Clients who we've worked with previously. A bit more personal these have been successful in generating quality interest from buyers we know would be qualified to purchase a large project.
- Coinciding with the Qualified Clients and top Brokers who we've worked with previously, a general targeted marketing eblast has been sent out to agents in local markets within Maryland, DC, and Virginia. Each was sent to 700+ persons and statistics show each with around 550+ opens. All emails have a link to the website and have around 25+ individual site visits per batch email which falls within the normal trends expected visits.
- In November we worked with the Baltimore Business Journal to publish a successful article on The Devlin Estate. Per our contact at the BBJ the views and interest was a bit more than they typically see from a property article. To follow up this article we sent out an eblast with the article attached which had 448 views and 31 link clicks to view the property website.
- General Mailers to Local & Target Markets have been sent out to both make potential buyers aware of the opportunity but also to share the website and contact information. We've have multiple requests for information based on this general mailer.
- Those who have inquired and expressed further interest are then sent (or given upon touring) the in depth booklet. We have also sent these out to all of TTR Sotheby's offices coinciding with presentations about The Devlin Estate at each sales meeting.

**Update on Prospective Buyers**

There have been multiple interested parties with repeated follow-up over the past few months, and we expect at least one of them to submit an offer.  There have been multiple tours by these parties, and though we have also toured them through other upper echelon properties, the Devlin Drive property has been the focus.  Each of the interested parties has construction personnel involved, and we have had to field numerous requests for information regarding the property.  While we are hopeful to have an offer in hand before the anticipated deadline, we don't want to push the buyers and risk turning them off.

 

**Update on Maryland Luxury Market**

- Since ~ end of summer the market as a whole has slowed down to a standstill due to rates and waiting to see what the election & new administration will bring.
- We anticipate luxury buyers to truly start looking genuinely in March/April of 2025 with a new administration in place and understanding what their portfolios and lending potential will be under new laws & regulations.
- There are multiple buyers we've spoken to who have expressed interest but wanting to see what their investments and risk factors will be under new tax laws, regulations, and new "normal" with a new administration in place.
- A Large push will be made in February & March of 2025 in anticipation of this anticipated return to real estate purchasing in the upper luxury market. To include but not limited to;
    - Multiple mailers to targeting markets
    - Increased digital asset marketing locally and internationally
    - An increased push to local DMV located business owners who would suit the property
- Historically the market is always slower in November through March, but this is amplified during election years such as this one
    - This can be seen across all price points but especially in the $1,750,000+ price range even properties which have gone to auction ended up not selling as buyers wait on the sidelines to determine their next move.
- **We believe it to be in the best interest of all parties to continue with the plan set forth both in marketing the property and allowing the best qualified buyers to make their move without outside pressure. Additionally, buyers in the upper luxury market are very savvy with their intentions and offers, which to ensure a number that is satisfactory to all parties, any outside exposure limiting or hurting the urgency or limiting the strength of our negotiating power is best to be avoided.**