**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER EXTENDING TIME**

Upon consideration of the Motion filed by the Debtor, it is by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the Sale Deadline provided under the Debtor's Chapter 11 Plan is hereby extended for sixty (60) days.

**END OF ORDER**

cc: Debtor's counsel (via ECF)

6279468.1