# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23–15444 – DER**   Chapter: **11**

**CTLC, LLC**
Debtor

# NOTICE

In person hearing – Courtroom 9–D – Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 1/15/25 at 10:30 AM to consider and act upon the following:

159 – Motion to Extend the Sale Deadline Filed by CTLC, LLC. (Attachments: # 1 Exhibit Broker Status Report # 2 Proposed Order) (Selba, Joseph) Modified on 12/17/2024 enhanced title of text (Horning, Kelly).

160 – Opposition on behalf of WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust Filed by Maurice Belmont VerStandig (related document(s)159 Motion to Extend Time filed by Debtor CTLC, LLC). (VerStandig, Maurice)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/23/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 08/13/2024)