IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Baltimore

IN RE:     *     Case Number 23-15444-DER

CTLC, LLC, Debtor     *     Chapter 11

* * * * * * * * * * * * *

**OPPOSITION TO MOTION TO EXTEND TIME**

Bravas, LLC ("Bravas"), a creditor listed on line 2.1 of the Debtor's Schedule D, by Jeffrey L. Forman, Esquire and Kauffman and Forman, P.A., its attorneys, joins in the Opposition To Motion To Extend Time, filed Pacific RBLF Funding Trust ("WCP") (Docket Number 160). And in support of that Opposition, it states:

1. Bravas adopts the arguments made by WCP in their entirety.

2. In addition, after conferring with counsel for WCP and counsel for J. Paul Builders, LLC (the two main creditors), and counsel voicing no objections to this request, Bravas requests that in denying the Motion To Extend Time (Docket # 159), the Court appoint the firm of AJ Billig & Co. LLC, which is a prominent firm that has been in the business of conducting real estate auctions in Maryland since 1918.

3. Attached is an affidavit from Daniel Billig affirming that he can conduct a prompt auction of the property known as 15125 Devlin Drive, Glenelg, Maryland and with a goal of maximizing the value.

4. Clearly the Debtor has had more than enough time to effectuate the sale of the property and clearly the creditors have been delayed in recovering funds owed to them for long enough. The time for action is now and the most effective way to accomplish the sale is with an experienced auctioneer who can and will accomplish the sale of the property.

WHEREFORE, Bravas prays that this Court:

A) Deny the Motion To Extend Time;

B) Authorize the engagement of A.J. Billig & Co., LLC to conduct a prompt auction of the property known as 15125 Devlin Drive, Glenelg, Maryland; and

C) Grant such other and further relief as the nature of this cause may require.

Dated: December 31, 2024

/s/ Jeffrey L. Forman
Jeffrey L. Forman
Federal Bar Number 01230
Kauffman and Forman, P.A.
406 W. Pennsylvania Avenue
Towson, Maryland  21204
410-823-5700 - voice
410-296-7349 - fax
Email: forman@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2024, a copy of the foregoing was served by the Court's CM/ECF System on those parties listed below, and by first class mail, postage pre-paid, to the parties on the Mailing Matrix attached hereto.

**CM/ECF LIST**

Richard L. Costella rcostella@tydings.com, jmurphy@tydings.com
Katherine A. (UST) Levin  Katherine.A.Levin@usdoj.gov, amy.bush@usdoj.gov
Joseph Michael Selba JSelba@tydingslaw.com, jselba@tydings.com
Brent C. Strickland  bstrickland@wtplaw.com, mbaum@wtplaw.com
U.S. Trustee - Baltimore  USTPRegion04.BA.ECF@USDOJ.gov
Maurice Belmont VerStandig  mac@mbvesq.com, lisa@mbvesq.com
mahlon@dcbankruptcy.com; ac@dcbankruptcy.com,
verstanding.mauricer104982@notify.bestcase.com

2

MAILING MATRIX

| | | |
|---|---|---|
| Shulman Rogers Gandal Pordy & Ecker<br>c/o Michael J. Lichtenstein, Esquire | Office of Law<br>Howard County, MD<br>3430 Courthouse Drive<br>Ellicott City, MD 21043-4300 | CTLC, LLC<br>6101 Tilghman Drive<br>Laure, MD  20707-2673 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401 | Comptroller of Maryland<br>Bankruptcy Unit<br>301 W. Preston Street, Room 409<br>Baltimore, Maryland  21201-2383 | A. Perry Designs & Builds, P.C.<br>1220 Washington Avenue<br>Wilmette, IL  60091-2521 |
| Howard County Taxing Authority<br>Office of Finance<br>3430 Courthouse Drive<br>Ellicott City, MD  21043-4300 | Miles & Stockbridge<br>Attn: Patricia B. Jefferson<br>100 Light Street<br>Baltimore, Maryland  21202-1036 | US Securities and Exchange Commission<br>Atlanta Regional Office & Reorganization<br>950 E. Paces Ferry Rd. NE, Suite 900<br>Atlanta, GA  30326-1382 |
| US Attorney's Office for<br>The District of Maryland<br>36 S. Charles Street, 4th Floor<br>Baltimore, MD 21201-3020 | MS Registered Agent Services I<br>R/A for A. Pery Design & Builds<br>191 N Wacker Drive<br>Suite 1900 | Secretary of the Treasury<br>15 and Pennsylvania Avenue<br>Washington, DC  20220-0001 |
| Grier Revocable Trust<br>c/o Michael & Sandra Grier<br>6101 Tilghman Drive<br>Laurel, MD 20707-2673 | Fisher Collins & Carter, Inc.<br>Kimberly A. Manuelides, Esquire<br>600 Washington Ave., #300<br>Towson, MD  21204 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA  19101-7346 |