## AFFIDAVIT OF DANIEL BILLIG

I hereby certify under the penalties of perjury that the below statements are true and correct:

1.  I am over the age of 18 years, have personal knowledge of the facts set forth in this Affidavit and I am competent to testify.

2.  I am the Managing Member of AJ Billig & Co., LLC which (in its past corporate forms, all of which have been known in the community as "AJ Billig") has been conducting auctions since 1918.

3.  I have been employed by and affiliated with AJ Billig since 1973, in various roles, and I became Managing Member in 2000.

4.  I have personally conducted thousands of auctions of real property, both residential and commercial and I have conducted successful auctions of luxury homes and multi-million dollar residential and commercial properties.

5.  I have reviewed the publicly available information concerning 15125 Devlin Drive, Glenelg, Maryland and I am confident that I will be able to expeditiously conduct a successful auction of that property if given the opportunity to do so.

6.  I believe that with the new administration coming into office in January, 2025, which will be bringing in numerous high level government appointees and employees, the time is right to conduct such an auction and I believe that we will be able to take advantage of that market to maximize the sale price, because the location is close enough to the District of Columbia that it will be a desirable location for administration officials, as well as a desirable location for the high tech corridor that already exists in that area.

7. I stand ready, willing and able to work with counsel for the parties to coordinate the optimal time for an action of this property.

Dates: December 31, 2024

_____

Daniel Billig