United States Bankruptcy Court
District of Maryland

In re:  Case No. 23-15444-DER
CTLC, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 23, 2025 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

**Recip ID**    **Recipient Name and Address**
db    +  CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@wtplaw.com mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Jeffrey Louis Forman | forman@comcast.net forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com jselba@tydings.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov amy.busch@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: pdfparty | Total Noticed: 1 |

|  |  |
|---|---|
|  | lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| Richard L. Costella | rcostella@tydings.com  scalloway@tydings.com |
| Robert H. Kline | kliner@whiteandwilliams.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 10



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE DISTRICT OF MARYLAND</u>
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** <br> **(Chapter 11)** |
| **Debtor.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>CONSENT ORDER RESOLVING MOTION TO EXTEND TIME</u>**

Upon consideration of the Motion [Dkt.# 159] filed by the Debtor, and with the consent of the objecting parties pursuant the terms provided herein, the Court having found that the relief provided hereunder is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that proper notice of the Motion and the opportunity for a hearing has been provided; it is, by the United States Bankruptcy Court for the District of Maryland, ordered as follows:

ORDERED, that the Sale Deadline provided for in section 1.23 the Debtor's Chapter 11 Plan [Dkr.# 126] (the "Plan") [1] is hereby extended to March 1, 2025; and it is further

ORDERED, that the extended Sale Deadline shall immediately terminate on February 1, 2025 unless the Debtor's Real Property is either (a) under a ratified "acceptable contract of sale", which

---

[1] Capitalized terms herein are as defined the Plan,.

6295232.5

shall mean a contract that has a nonrefundable earnest money deposit of at least three percent (3%); is for a sum sufficient to pay all debts which are scheduled in this action in full, or for which proofs of claim have been filed or claims allowed by court order; with a bona fide arm's length third party purchaser that is not an "insider" within the definitional ambit of Section 101(31); and closes within 60 days of the contract date or the deposit is forfeited without regard to any contingencies; or  (b) is fully listed on the Multiple Listing Service("MLS") , in which case the extended deadline for an acceptable contract of sale shall remain as March 1, 2025.  The purpose of these two options is that the Debtor has attempted to sell the Property without listing same on the MLS, and the consenting parties are willing to allow that effort to continue through the end of January, 2025, and to then give the Debtor an additional 29 days to sell the Property should they list it on the MLS.; and it is further

ORDERED, that the Sale Deadline may only hereafter be extended with the consent of WCP Fund 1 LLC (Class 4, "WCP") and J. Paul Builders, LLC (Class 5, "J. Paul"), which consent may be unreasonably withheld; and, for the avoidance of doubt, the procurement of an "acceptable contract of sale" will not serve to extend the Sale Deadline, but such contract will be allowed to close within 60 days of the contract date; and it is further

ORDERED, that the Debtor has irrevocably waived any objections to WCP's claim in this case; and it is further

ORDERED, that upon lapsing of the Sale Deadline, the Real Property shall be auctioned in accordance with the Plan and without further order of the Court, subject to the following: the Debtor consents to AJ Billing & Co., LLC appointment as an auctioneer, with such auction to be held on a date and time of WCP's election; with WCP and J. Paul being allowed to credit bid their respective secured claims at the auction (subject to the first lien of J. Paul).

**CONSENTED AND AGREED TO:**


*/s/ Joseph M. Selba, Esquire*
Joseph M. Selba, Esq. (Bar No. 29181)
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Phone: 410-752-9753
Email:  jselba@tydings.com
*Counsel for Debtor, CTLC, LLC*

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*


/s/ Jeffrey L. Forman
Jeffrey L. Forman
Federal Bar Number 01230
Kauffman and Forman, P.A.
406 W. Pennsylvania Avenue
Towson, Maryland 21204
410-823-5700 - voice
410-296-7349 - fax
Email: forman@comcast.net
*Counsel for Bravas, LLC*


/s/ Brent C. Strickland
Brent C. Strickland, Bar No. 22704
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com
*Counsel for J. Paul Builders, LLC*

   I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

            */s/ Joseph M. Selba, Esquire*
            Joseph M. Selba, Esquire

         **END OF ORDER**