IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ENTRY OF ORDER AUTHORIZING SECURED FINANCING
TO SATISFY SECURED CLAIMS AND UNDISPUTED, UNSECURED CLAIMS**

CTLC, LLC, Debtor and Debtor-in-Possession (the "Debtor"), through counsel, and pursuant to Section 364(d) of the United States Bankruptcy Code,[1] requests the entry of an order authorizing the Debtor to incur financing to be secured by a senior lien on the Debtor's Real Property[2] and, thereby, satisfy all secured claims and all undisputed, unsecured claims. In support, the Debtor states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. § 327. This matter is a core proceeding, pursuant to 28 U.S.C. §157(b)(2).

2. Venue lies properly in this Court, pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The requests in the Motion are made pursuant to Section 364 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Bankruptcy Rule 4001-1.

---

[1] 11 U.S.C. 101, et seq.

[2] As defined in the Debtor's confirmed Chapter 11 Plan [Dkt.# 126] (the "Plan"), the Real Property consists of the real estate known as 15125 Devlin Drive, Glenelg, MD 21737 in Howard County, Maryland, generally described as a custom home site, consisting of approximately 38.25 acres, improved by a partially constructed two story, approximately 25,000 square-foot single family residence.

6310066.2

**Background**

4. On August 2, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code and, pursuant to §§ 1107 and 1108, continues in the possession of its property and management of its business as a debtor-in-possession.

5. On August 15, 2024 (the "Confirmation Date"), the Court confirmed the Debtor's Plan.

6. Section 4.1 of the Plan provides that the Debtor's Real Property shall be sold or refinanced by the Sale Deadline.

7. By way of the Consent Order entered on January 23, 2025, the Sale Deadline was extended to March 1, 2025 subject to certain conditions which have been satisfied.

8. The Debtor has negotiated terms for a loan with South River Capital LLC, subject to Court approval, that would allow for payment of all secured claims and all undisputed, unsecured claims. (the "Secured Financing")

**Secured Financing Terms**

9. Pursuant to Bankruptcy Rule 4001(c) and Local Rule 4001-1, the Debtor identifies the following material provisions of the proposed Secured Financing:

| | |
|---:|---|
| **Amount:** | $3,250,000 |
| **Interest Rate:** | 15% |
| **Granting of priority/lien on property of the estate:** | First position lien on Debtor's Real Property |
| **Maturity Date:** | 12 months after closing |
| **Interest rate:** | 15.5% |
| **Fees:** | Debtor to pay all closing costs; $20,000 underwriting fee; 5.5% origination fee |
| **Payment terms:** | Monthly interest-only payments until Maturity Date |

6310066.2

|  | |
|---|---|
| **Late fees and default interest:** | 10% late fee per installment payment; +5% default interest |

## Payment of Claims Via Secured Financing

10. Pursuant to the terms of the Plan, the Debtor proposes payments to claimants by way of the proposed Secured Financing as follows:

| **Claimant** | **Class & Proposed Treatment Under the Plan** | **Proposed Payment from Financing** |
|---|---|---|
| WCP Fund I LLC (Claim 1) | Class 4 – secured lien to be paid in full | Payment in full (est. $700,000) |
| J. Paul Builders, LLC (Claim 5, secured portion) | Class 5 – secured lien to be paid in full | Payment in full (est. $1,100,000) |
| Administrative Claims (Dkt.# 155) | Class 1 – to be paid in full | Payment in full ($31,641.35) |
| Undisputed, Unsecured Claims | Class 6 – pro rata | Payment in full (est. $110,000) |
| Disputed, Unsecured Claims | Class 6 – pro rata upon allowance | No payment; will maintain claim pending liquidation or settlement of claim |
| Grier Revocable Trust Claim | Class 6 – pro rata | No payment; will maintain claim pending liquidation or settlement of disputed claims |

11. The Debtor calculates the undisputed, unsecured claims as follows:

 (i) Fisher, Collins & Carter, Inc. (Claim 4) - $25,136.48.
 (ii) Miles & Stockbridge P.C. (Claim 3) - $11,236.50.
 (iii) Shulman Rogers Gandal Pordy & Ecker, PA (Claim 2) - $73,002.20.

12. The Debtor identifies the following disputed claims and intends to object to such claims in accordance with section 4.3 of the Plan:

 (iv) A. Perry Design and Builds, P.C. (Claim 6) - $550,000.00.
 (v) Bravas, LLC (scheduled as disputed secured claim in the amount of $162,000.00) – included within J. Paul Builders, LLC secured claim above.

6310066.2

    (vi)    J. Paul Builders, LLC unsecured claim (Claim 5, unsecured portion) - $1,172,108.39.

## Grounds for Relief

13. Pursuant to Section 364(d) of the United States Bankruptcy Code, the Court, after notice and a hearing, may authorize the Debtor to incur debt secured by a senior lien if the Debtor is unable to incur such debt otherwise and there is adequate protection of other lien holders.

14. To preserve the Debtor's estate and its ongoing operation, <u>while also providing for full payment of all secured claims and all undisputed unsecured claims</u>, the Debtor requires the proposed Secured Financing.

15. The existing lienholders will be satisfied in full and, therefore, are adequately protected.

16. The Debtor is unable to obtain such financing without providing a first lien on the Real Property.

17. Pursuant to Local Rule 9013-2, no memorandum will be filed and the Debtor relies solely on this motion.

WHEREFORE, CTLC, LLC, Debtor and Debtor-in-Possession, respectfully requests that the Debtor be authorized to incur the Secured Financing as detailed herein; and that the Court grant such other and further relief as is just and equitable.

February 7, 2025

/s/ Joseph M. Selba
Joseph M. Selba, Bar No. 29181
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
(410) 752-9753
jselba@tydings.com
*Debtor's Counsel*

6310066.2