IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | Case No. 23-15444-DER |
| (Chapter 11) | | |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING SECURED FINANCING
### TO SATISFY SECURED CLAIMS AND UNDISPUTED, UNSECURED CLAIMS

Upon consideration of the *Motion for Entry of Order Authorizing Secured Financing to Satisfy Secured Claim and Undisputed, Unsecured Claims* (the "Motion") filed by CTLC, LLC (the "Debtor"), good cause having been shown, and this Court determining that notice of the Motion was adequate and proper, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Debtor may incur the Secured Financing[1] as set forth in the Motion, to be secured by a senior lien on the Debtor's Real Property, <u>provided that</u> all existing secured claims and undisputed, unsecured claims are satisfied in full upon closing of the financing transaction; and it is further

---

[1] Capitalized terms are as defined in the Motion.

6311820.1

ORDERED, that the automatic stay is modified with respect to the creation and enforcement of the terms of the Secured Financing.

**END OF ORDER**

cc: all parties of record.

6311820.1