IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

* * * * * * * * * * * * *

**NOTICE OF:**

**MOTION FOR ENTRY OF ORDER AUTHORIZING SECURED FINANCING TO SATISFY SECURED CLAIMS AND UNDISPUTED, UNSECURED CLAIMS**

**PLEASE TAKE NOTICE** that CTLC, LLC, Debtor and Debtor-in-Possession (the "Debtor"), through counsel, and pursuant to Section 364(d) of the United States Bankruptcy Code, requests the entry of an order authorizing the Debtor to incur financing to be secured by a senior lien on the Debtor's Real Property and, thereby, satisfy all secured claims and all undisputed, unsecured claims. A copy of the *Motion for Entry of Order Authorizing Secured Financing to Satisfy Secured Claim and Undisputed* (the "Motion") along with the proposed order filed therewith is be provided with this Notice.

**NOTICE IS FURTHER GIVEN, that objections to the Motion, if any, must be filed within fourteen (14) days of the date of this Notice, due no later than February 21, 2025**, with the Clerk of the United States Bankruptcy Court, 101 W. Lombard Street, Baltimore, MD 21202, and served upon the undersigned counsel. If an objection is filed, it must contain a complete specification of the legal and factual grounds upon which it is based. If no objections are filed within the above-described period, the Court may, in its discretion, enter an order approving the Motion without a hearing. The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed. Following the Court's approval of the Motion, the Debtor will consummate the transaction approved thereby without further notice or order of Court. All persons or entities receiving this Notice will be bound by the terms and conditions of the Order approving the Motion.

If an objection is filed, a hearing will be held on **March 10, 2025 beginning at 3:00 P.M., in Courtroom 9-D of the United States Bankruptcy Court, 101 W. Lombard Street, Baltimore, MD 21202.** Copies of the Motion may be reviewed during regular business hours at the office of the Clerk of the Bankruptcy Court, and may also be procured upon written request to counsel for the Debtor, whose name and address are set forth below.

Dated: February 7, 2025              /s/ Joseph M. Selba
                                      Joseph M. Selba, Bar No. 29181
                                      Tydings & Rosenberg LLP

6311824.1

Case 23-15444    Doc 168-2    Filed 02/07/25    Page 2 of 2

One East Pratt Street, Suite 901
Baltimore, Maryland  21202
(410) 752-9753
jselba@tydings.com
*Counsel for Debtor*

6311824.1