**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 7th day of February 2025, I verified that a copy of the foregoing (i) Motion, (ii) Notice, and (iii) proposed order is to be served <u>via the Court's ECF filing system</u> on the following:

- Office of the U.S. Trustee, c/o Katherine Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

    I HEREBY FURTHER CERTIFY that on this 7th day of February 2025, a copy of the foregoing (i) Motion, (ii) Notice, and (iii) proposed was served on the following parties by first class mail, postage prepaid.

South River Capital LLC
1500 Wild Cranberry Drive
Crownsville, MD 21032

US Securities and Exchange Commission
Atlanta Reg Office and Reorg
950 E. Paces Ferry Rd, NE, Ste. 900
Atlanta, GA 30326-1382

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

6311839.1

Comptroller of Maryland
Bankruptcy Unit
7 Saint Paul Street, Ste. 230
Baltimore, MD 21202-1588

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201-3020

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., #300
Towson, MD 21204-3916

Shulman, Rogers, Gandal,
Pordy & Ecker, PA
c/o Michael J. Lichenstein, Esq.
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854-6803

Michael and Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

Howard County Taxing Authority
Office of Finance
3430 Courthouse Drive
Ellicott City, MD 21043-4300

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Office of Law
Howard County, Maryland
3430 Courthouse Drive
Ellicott City, MD 21043-4300

6311839.1

TTR Sotheby's International Realty
209 Main Street
Annapolis, MD 21401
ATTN: Lydia Travelstead

Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114

                                                                    /s/ Joseph Selba
                                                                    Joseph Selba