# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| **In re:** | * |
| **CTLC, LLC** | *   **Case No. 23-15444-DER** |
| | **(Chapter 11)** |
| Debtor. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE – WITHDRAWING:
## MOTION FOR ENTRY OF ORDER AUTHORIZING SECURED FINANCING
## TO SATISFY SECURED CLAIMS AND UNDISPUTED, UNSECURED CLAIMS

CTLC, LLC, Debtor and Debtor-in-Possession, through counsel, hereby withdraws its pending Motion [Dkt.# 168].

March 6, 2025

/s/ Joseph M. Selba
Joseph M. Selba, Bar No. 29181
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
(410) 752-9753
jselba@tydings.com
*Debtor's Counsel*

6331302.1

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 6th day of March 2025, I verified that a copy of the foregoing *Line* is to be served via the Court's ECF filing system on the following:

- Office of the U.S. Trustee, c/o Katherine Levin, Esq., Katherine.A.Levin@usdoj.gov
- J. Paul Builders LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

           /s/ Joseph M. Selba
           Joseph M. Selba

6331302.1