**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| In re: | ) ) ) | |
|    CTLC, LLC, | ) ) ) | Chapter 11 Case No. 23-15444-DER |
|                Debtor. | ) ) ) | |

**NOTICE OF MOTION TO COMPEL DEBTOR'S COMPLIANCE WITH TERMS OF CONFIRMED CHAPTER 11 PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that on April 14, 2025, J. Paul Builders, LLC ("J. Paul"), through undersigned counsel, filed its *Motion to Compel Debtor's Compliance with Terms of Confirmed Chapter 11 Plan of Reorganization* (the "Motion"). A copy of the Motion was served on April 14, 2025.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application may be held at the United States Bankruptcy Court for the District of Maryland (the "Court") at a date and time to be determined. Should the Court schedule a hearing on the Motion, separate notice of same will be provided.

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief sought in the Motion, stating the facts and legal grounds on which objection is based, must be in writing and filed with the Court and served on counsel for J. Paul (Brent C. Strickland, Whiteford, Taylor & Preston L.L.P., 8830 Standford Blvd. Suite 400, Columbia, MD 21045) so as to be actually received by no later than April 28, 2025 (Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE THAT THE COURT, IN ITS DISCRETION, MAY CONDUCT A HEARING OR DETERMINE THE MATTER WITHOUT A**

**HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED; AND THAT IF NO REPLIES ARE FILED BY THE OBJECTION DEADLINE, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

**PLEASE TAKE FURTHER NOTICE** that parties-in-interest with questions regarding the subject of this Notice may contact Brent C. Strickland by mail (Whiteford, Taylor & Preston L.L.P., 8830 Standford Blvd. Suite 400, Columbia, MD 21045); by telephone (410-347-9402); or by email (bstrickland@whitefordlaw.com).

Respectfully submitted,

*/s/ Brent C. Strickland*
WHITEFORD, TAYLOR & PRESTON L.L.P.
Brent C. Strickland, Esquire (Bar No. 22704)
Whiteford, Taylor & Preston L.L.P.
8830 Standford Blvd. Suite 400
Columbia, MD 21045
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to J. Paul Builders, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I served a copy of the foregoing via CM/ECF on all parties receiving notice pursuant to the Court's electronic noticing system and by U.S. Mail, postage prepaid, on the parties listed on the attached Service List.

*/s/ Brent C. Strickland*
Brent C. Strickland