IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| CTLC, LLC, | ) Chapter 11 |
| | ) Case No. 23-15444-DER |
| Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION TO COMPEL DEBTOR'S COMPLIANCE WITH TERMS OF CONFIRMED CHAPTER 11 PLAN OF REORGANIZATION**

Upon consideration of the *Motion to Compel Debtor's Compliance with Terms of Confirmed Chapter 11 Plan of Reorganization* (the "Motion"), and it appearing that good cause exists for granting the relief requested in the Motion, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Motion be and hereby is **APPROVED**; and it is further

**ORDERED** that the Debtor and its principals shall sign an auction contract with Alex Cooper Auctioneers; and it is further

**ORDERED** that the Debtor and its principals shall grant Alex Cooper access to the Property to prepare auction marketing materials and otherwise move forward with the auction process, including allowing prospective buyers access to the Property; and it is further

2

**ORDERED** that the Debtor and its principals shall cooperate in all respects with Alex Cooper to allow the auction to proceed and be completed by April 30, 2025; however, this date may be extended should Alex Cooper deem it appropriate.

**END OF ORDER**