IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CTLC, LLC, ) | Chapter 11 |
| ) | Case No. 23-15444-DER |
| Debtor. ) | |
| ) | |

**SERVICE LIST**

CTLC, LLC
6101 Tilghman Drive
Laurel, MD 20707-2673

U.S. Securities and Exchange Commission
Atlanta Reg Office and Reorg
950 E Paces Ferry Road NE
Suite 900
Atlanta, GA 30326-1382

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., Suite 300
Towson, MD 21204-3916

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kauffman & Forman, P.A.
406 W. Pennsylvania Avenue
Towson, MD 21204-4228

Office of Law
Howard County, Maryland
3430 Courthouse Drive
Ellicott City, MD 21043-4300

Russell Scott Drazin, Esq.
Pardo & Drazin, LLC
440 Jennifer St. NW, #2
Washington, DC 20015

State of Maryland DLLR
Div. of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

A. Perry Builders, LLC
1220 Washington Ave.
Wilmette, IL 60091-2521

Miles & Stockbridge P.C.
c/o Patricia B. Jefferson, Esq.
100 Light Street, 7th Floor
Baltimore, MD 21202-1153

A. Perry Designs & Builds, P.C.
Hahn Loeser & Parks, LLP
200 W. Madison Street, Suite 2700
Chicago, IL 60606-3554

Bravas, LLC
9009 W. 95th Street
Overland Park, KS 66212-4055

Grier Revocable Trust
c/o Michael and Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

Pacific RBLF Funding Trust
c/o WCP Fund 1, LLC
2815 Hartland Road, #200
Falls Church, VA 22043-3548

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001

U.S. Attorney's Office for the
District of Maryland
36 S Charles Street, Fourth Floor
Baltimore, MD 21201-3020

Bravas, LLC
1421 Clarkview Rd., Suite 122
Baltimore, MD 21209-2187

WCP Fund I LLC as Servicer for
Pacific RBLF
c/o The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422

Comptroller of Maryland
Bankruptcy Unit
7 Saint Paul Street, Suite 230
Baltimore, MD 21202-1626

Howard County Taxing Authority
Office of Finance
3430 Courthouse Drive
Ellicott City, MD 21043-4300

J. Paul Builders, LLC
c/o Adam Cizek, Esq.
Whiteford
7 St. Paul Street, Suite 1500
Baltimore, MD 21202-1636

Richard L. Costella
Tydings and Rosenberg LLP
1 E Pratt Sreet, Suite 901
Baltimore, MD 21202-1249

Shulman, Rogers, Gandal,
Pordy & Ecker, PA
c/o Michal J. Lichtenstein, Esq.
12505 Park Potomac Ave., 6th Floor
Potomac, MD 20854-6803

US Trustee – Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

US Trustee for Region Four
Gerard R. Vetter
US DOJ
101 West Lombard Street, Suite 2625
Baltimore, MD 21201-2668

Lydia Travelstead
TTR Sothebys International Realty
209 Main Street
Annapolis, MD 21401-2061

WCP Fund I LLC as Servicer for
Pacific RBLF Funding Trust
c/o The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422

Joseph Michael Selba
Tydings and Rosenberg LLP
1 E Pratt Street, Suite 901
Baltimore, MD 21202-1249