**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| CTLC, LLC, ) | Chapter 11 |
| ) | Case No. 23-15444-DER |
| Debtor. ) | |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of April, 2025, a copy of (i) J. Paul Builders LLC's Motion to Compel Debtor's Compliance with Terms of Confirmed Chapter 11 Plan of Reorganization, (ii) Notice thereof, and (iii) its Proposed Order was served <u>via the Court's ECF filing system</u> on the following:

- Office of the U.S. Trustee, c/o Gerard R. Vetter, gerard.r.vetter@usdoj.gov
- CTLC, LLC, c/o Joseph Selba, Esq., JSelba@tydingslaw.com
- WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,

I HEREBY FURTHER CERTIFY that on the 14th day of April, 2025, a copy of the foregoing Notice was served by first class mail, postage prepaid, on the parties on the attached service list.

Respectfully submitted,

*/s/ Brent C. Strickland*
WHITEFORD, TAYLOR & PRESTON L.L.P.
Brent C. Strickland, Esquire (Bar No. 22704)
Whiteford, Taylor & Preston L.L.P.
8830 Standford Blvd. Suite 400
Columbia, MD 21045
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to J. Paul Builders, LLC*