## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## OPPOSITION TO MOTION TO COMPEL DEBTOR'S COMPLIANCE WITH
## TERMS OF CONFIRMED CHAPTER 11 PLAN OF REORGANIZATION

CTLC, LLC, Debtor and Debtor-in-Possession, hereby opposes the *Motion to Compel Debtor's Compliance with Terms of Confirmed Chapter 11 Plan of Reorganization* [Dkt.# 174] (the "Motion").

In response to the allegations set forth in the Motion, the Debtor answers as follows:

1. The Debtor admits the allegations in paragraph 1 of the Motion.

2. The Debtor admits the allegations in paragraph 2 of the Motion.

3. The Debtor denies the allegations in paragraph 3 of the Motion.

4. The Debtor admits the allegations in paragraph 4 of the Motion.

5. The Debtor admits the allegations in paragraph 5 of the Motion.

6. The Debtor admits the allegations in paragraph 6 of the Motion.

7. The Debtor denies the allegations in paragraph 7 of the Motion.

8. The Debtor denies the allegations in paragraph 8 of the Motion.

WHEREFORE, Debtor requests that the Motion be denied.

April 28, 2025

/s/ Joseph M. Selba
Joseph M. Selba, Bar No. 29181
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202

6361610.1

(410) 752-9753
jselba@tydings.com
*Debtor's Counsel*

6361610.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April 2025, I verified that a copy of the foregoing *Opposition* is to be served via the Court's ECF filing system on the following:

- Office of the U.S. Trustee, c/o Gerard R. Vetter, Esq., gerard.r.vetter@usdoj.gov
- J. Paul Builders LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net,


/s/ Joseph M. Selba
Joseph M. Selba

6361610.1