IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| CTLC, LLC, | ) Chapter 11 |
| | ) Case No. 23-15444-DER |
| Debtor. | ) |
| | ) |

**REPLY TO OPPOSITION TO MOTION TO COMPEL DEBTOR'S COMPLIANCE WITH TERMS OF CONFIRMED CHAPTER 11 PLAN OF REORGANIZATON**

J. Paul Builders, LLC ("J. Paul"), by and through its counsel, files this *Reply to Opposition to Motion to Compel Debtor's Compliance with Terms of Confirmed Chapter 11 Plan of Reorganization* (the "Motion to Compel") and states as follows:

1. The Moton to Compel articulates the specific actions that the Debtor and its representatives have failed to undertake in compliance with the confirmed Chapter 11 plan herein, including that such parties have (a) refused to sign an auction contract with Alex Cooper, (b) failed to grant Alex Cooper access to the Property to prepare auction marketing materials and otherwise move forward with the auction process, and (c) failed to cooperate in any way to allow the auction to proceed and be completed by April 30, 2025, in direct violation and breach of the confirmed Chapter 11 plan.

2. In its Opposition, the Debtor fails to provide specific responses to these allegations. Local Bankruptcy Rule 9013-1(a) requires that responses to a motion include the "relevant facts, legal argument, and reference to adequate evidence to support the party's position under applicable substantive law."

3. The Debtor's opposition fails to comply with Local Rule 9013-1(a), including specifically explaining why the Debtor continues to refuse to sign an auction contract with Alex Cooper Auctioneers. This continuing refusal means that the auction cannot even commence.

4. As such, J. Paul requests that the Court treat the Motion to Compel as unopposed and immediately enter an order (a) directing the Debtor and its principals to sign an auction contract with Alex Cooper Auctioneers, (b) directing and compelling the Debtor and its principals to grant Alex Cooper access to the Property to prepare auction marketing materials and otherwise move forward with the auction process, including allowing prospective buyers access to the Property, and (c) directing and compelling the Debtor and its principals to cooperate in all respects with Alex Cooper to allow the auction to proceed.

WHEREFORE, J. Paul respectfully requests that this Court: (i) grant this Motion to Compel and order all of the relief set forth hereinabove; and (ii) granting such other and further relief as may be just.

Respectfully submitted,

*/s/ Brent C. Strickland*
WHITEFORD, TAYLOR & PRESTON L.L.P.
Brent C. Strickland, Esquire (Bar No. 22704)
Whiteford, Taylor & Preston L.L.P.
8830 Standford Blvd. Suite 400
Columbia, MD 21045
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to J. Paul Builders, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on May 9, 2025, I served a copy of the foregoing via CM/ECF on all parties receiving notice pursuant to the Court's electronic noticing system.

                                                */s/ Brent C. Strickland*
                                                Brent C. Strickland