United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-15444-DER |
| CTLC, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 12, 2025 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025                    Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andres J. Gallegos | agallegos@hahnlaw.com  ijumah@hahnlaw.com |
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Jeffrey Louis Forman | forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com  jselba@tydings.com |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: May 12, 2025 | Form ID: defntc | Total Noticed: 1

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson
pjefferson@milesstockbridge.com

Richard L. Costella
rcostella@tydings.com  scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com

Robert H. Kline
kliner@whiteandwilliams.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **23–15444 – DER**   Chapter: **11**

**CTLC, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 182 – Response on behalf of J Paul Builders LLC Filed by Brent C. Strickland (related document(s)179 Opposition filed by Debtor CTLC, LLC). (Strickland, Brent)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 5/27/25.**

**– The certificate of service must include the names and addresses of parties served and the method of service must be included (even if using electronic mail) within the certificate of service or attached.**

CURE: File an amended certificate of service to include the names and addresses or parties served.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 5/12/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410–962–4221

cc:  Debtor
     Attorney for Debtor – Joseph Michael Selba

defntc (rev. 12/12/2016)