**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| In re:<br><br>  CTLC, LLC,<br><br>  Debtor. | )<br>)<br>)<br>) Chapter 11<br>) Case No. 23-15444-DER<br>)<br>)<br>) |

**AMENDED CERTIFICATE OF SERVICE**

On May 9, 2025, J. Paul Builders, LLC ("J. Paul"), by and through its counsel, filed a *Reply to Opposition to Motion to Compel Debtor's Compliance with Terms of Confirmed Chapter 11 Plan of Reorganization* (the "Motion to Compel") [Dkt. 182]. The following parties were served at that time through the Court's electronic filing system:

  Richard L. Costella
  Tydings & Rosenberg LLP
  One E. Pratt Street, Suite 901
  Baltimore, MD 21202
  rcostella@tydings.com

  Joseph Michael Selba
  Tydings & Rosenberg LLP
  1 East Pratt Street
  Suite 901
  Baltimore, MD 21202
  JSelba@tydingslaw.com

  Gerard R. Vetter
  DOJ-Ust
  101 W. Lombard Street
  Suite 2625
  Baltimore, MD 21201
  Email: gerard.r.vetter@usdoj.gov

Respectfully submitted,

*/s/ Brent C. Strickland*
WHITEFORD, TAYLOR & PRESTON L.L.P.
Brent C. Strickland, Esquire (Bar No. 22704)
Whiteford, Taylor & Preston L.L.P.
8830 Standford Blvd. Suite 400
Columbia, MD 21045
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to J. Paul Builders, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2025, I served a copy of the foregoing via CM/ECF on the following parties through the Court's electronic noticing system:

Richard L. Costella
Tydings & Rosenberg LLP
One E. Pratt Street, Suite 901
Baltimore, MD 21202
rcostella@tydings.com

Joseph Michael Selba
Tydings & Rosenberg LLP
1 East Pratt Street
Suite 901
Baltimore, MD 21202
JSelba@tydingslaw.com

Gerard R. Vetter
DOJ-Ust
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201
Email: gerard.r.vetter@usdoj.gov

*/s/ Brent C. Strickland*
Brent C. Strickland

2