Entered: May 29th, 2025
Signed: May 29th, 2025

**SO ORDERED**

For the reasons stated on the record at the hearing held on May 28, 2025.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CTLC, LLC, ) | Chapter 11 |
| ) | Case No. 23-15444-DER |
| Debtor. ) | |
| ) | |

### ORDER GRANTING MOTION TO COMPEL DEBTOR'S COMPLIANCE WITH TERMS OF CONFIRMED CHAPTER 11 PLAN OF REORGANIZATON

Upon consideration of the Motion to Compel Debtor's Compliance with Terms of Confirmed Chapter 11 Plan of Reorganization (the "Motion to Compel") filed by J. Paul Builders, LLC ("J. Paul"), and the Debtor's response thereto, the Court having held a hearing on the Motion to Compel and considered the arguments and positions of counsel for J. Paul, the Debtor, the Office of the United States Trustee, and the Court having considered the facts and circumstances of this case, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED that a Plan Administrator shall be appointed as provided for in the Confidential Plan Supplement included as part of the confirmed Chapter 11 plan (the "Plan") in this case; and it is further

2

ORDERED, that the Office of the United States Trustee shall confer with J. Paul, the Debtor, and other parties-in-interest and recommend an individual to serve as the Plan Administrator by promptly filing an application to appoint such individual as Plan Administrator; and it is further

ORDERED that, as provided for in the Confidential Plan Supplement, the Plan Administrator shall have the exclusive authority to effectuate the terms of the Plan.

**END OF ORDER**

cc:

Richard L. Costella
Tydings & Rosenberg LLP
One E. Pratt Street, Suite 901
Baltimore, MD 21202
rcostella@tydings.com

Joseph Michael Selba
Tydings & Rosenberg LLP
1 East Pratt Street
Suite 901
Baltimore, MD 21202
JSelba@tydingslaw.com

Gerard R. Vetter
DOJ-Ust
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201
gerard.r.vetter@usdoj.gov

Brent C. Strickland, Esquire
Whiteford, Taylor & Preston L.L.P.
8830 Standford Blvd. Suite 400
Columbia, MD 21045
bstrickland@whitefordlaw.com

4930-6075-6040, v. 1