IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**CTLC, LLC,**<br><br>　　　　　Debtor. | Case No. 23-15444-DER<br><br>(Chapter 11) |

### UNITED STATES TRUSTEE'S APPLICATION FOR ORDER FOR APPOINTMENT OF PLAN ADMINISTRATOR

Matthew W. Cheney, the Acting United States Trustee for Region Four, which includes the District of Maryland, Baltimore Division (the "U.S. Trustee"), hereby applies to the court, in accordance with the Court's Order Granting Motion to Compel Debtor's Compliance with Terms of Confirmed Chapter 11 Plan of Reorganization, entered on May 29, 2025 (Doc. 186), for an Order for Appointment of Plan Administrator, and in support thereof, states as follows:

1. The U.S. Trustee is recommending the appointment of Zvi Guttman as Plan Administrator (the "Plan Administrator").

2. Counsel for the U.S. Trustee consulted with the following parties in interest regarding the appointment of the Plan Administrator:

　　a.　Joseph M. Selba, Counsel for the Debtor;

　　b.　Brent C. Strickland, Counsel for J. Paul Builders, LLC; and

     c. Jeffrey L. Forman, Counsel for Bravas, LLC.

 3. To the best of the U.S. Trustee's knowledge, the Plan Administrator has no connections with the debtor, creditors, and other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, except as set forth in the attached Verified Statement of the Plan Administrator.

 WHEREFORE, The U.S. Trustee requests that the Court enter an Order appointing Zvi Guttman as Plan Administrator in the above captioned case.

Executed On: May 29, 2025 /s/ *Gerard R. Vetter*
        Gerard R. Vetter
        Federal Bar Number: 08521
        101 W Lombard Street, Suite 2625
        Baltimore, Maryland 21201
        *gerard.r.vetter@usdoj.gov*
        (410) 962-4300
        Attorney for Acting U.S. Trustee
        Matthew W. Cheney

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 29, 2025, a copy of the foregoing Application for Order Approving Appointment of Plan Administrator was sent via first class mail, postage prepaid to:

CTLC, LLC
6101 Tilghman Drive
Laurel, MD 20707

Andrs J. Gallegos
Hahn Loeser & Parks LLP
200 West Madison Street
Suite 2700
Chicago, IL 60606

Ryan T. Johnson
Hahn Loeser & Parks LLP
200 West Madison Street
Suite 2700
Chicago, IL 60606

Lydia Travelstead
TTR Sothebys International Realty
209 Main Street
Annapolis, MD 21401

Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square
Suite 2800
Cleveland, OH 44114

According to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com;zjones@tydings.com;swilliams@tydings.com
- Jeffrey Louis Forman    forman@comcast.net, forman3@yahoo.com;jeff.forman@gmail.com
- Andres J. Gallegos    agallegos@hahnlaw.com, ijumah@hahnlaw.com
- Patricia B. Jefferson    pjefferson@milesstockbridge.com

- Robert H. Kline    kliner@whiteandwilliams.com
- Eric George Korphage    korphagee@whiteandwilliams.com
- Joseph Michael Selba    JSelba@tydingslaw.com, jselba@tydings.com
- Brent C. Strickland    bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

      /s/ *Gerard R. Vetter*
      Gerard R. Vetter