IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:

CTLC, LLC

    Debtor(s)

Bankr. Case No.: 23-15444-DER

(Chapter 11)

**VERIFIED STATEMENT OF PLAN ADMINISTRATOR**

I, Zvi Guttman, state:

1. I am competent to perform the duties of Plan Administrator in this case

2. I reside and have an office in this judicial district.

3. I do not have any connections with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee except that:

    A. I am a Chapter 7 panel trustee.

    B. I have been a Chapter 11 trustee or plan agent in other cases.

    C. More than 15 years ago, counsel to J. Paul Builders, LLC represented me as a trustee in an unrelated case.[1]

4. I represent no interests adverse to the estate;

5. I have not served as an examiner in connection with these bankruptcy cases;

6. I am a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code and am eligible to serve as the plan administrator in this case.

7. I have not agreed to share compensation to be paid in this case with any other person.

8. The undersigned's regular hourly rates for providing services in Chapter

---

[1] In re Collen, Inc. Case No.: 06-13748-NVA .

11 cases[2] is $625.00/hr.  Paralegal services are $235.00/hr.  Fees are subject to annual adjustments.

I state under penalty of perjury that the foregoing is true and correct

/s/ *Zvi Guttman*
Zvi Guttman, (06902)
c/o The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500
 Zvi@zviguttman.com

---

[2]  Counsel's standard fees in Chapter 7 cases is $595/hr.