**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>**CTLC, LLC**<br><br>　　　　　Debtor. | Case No. 23-15444-DER<br><br>(Chapter 11) |

### ORDER APPOINTING PLAN ADMINISTRATOR

Upon consideration of the Application of the United States Trustee for entry of an Order approving the United States Trustee's recommendation that Zvi Guttman serve as Plan Administrator in the above-captioned case, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Court hereby appoints Zvi Guttman to serve as Plan Administrator in this case, in accordance with the terms of the Amended Chapter 11 Plan (Doc 126).

Debtor
United States Trustee
Zvi Guttman
All parties in interest

**End of Order**