United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-15444-DER |
| CTLC, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 29, 2025 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| | + Gerard R. Vetter, Esq., DOJ-UST, 101 W. Lombard Street, Suite 2650, Baltimore, MD 21201-2623 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 31, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andres J. Gallegos | agallegos@hahnlaw.com  ijumah@hahnlaw.com |
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Jeffrey Louis Forman | forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com  jselba@tydings.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 29, 2025 | Form ID: pdfparty | Total Noticed: 2 |

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson
    pjefferson@milesstockbridge.com

Richard L. Costella
    rcostella@tydings.com  scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com

Robert H. Kline
    kliner@whiteandwilliams.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 11

Entered: May 29th, 2025
Signed: May 29th, 2025

**SO ORDERED**

For the reasons stated on the record at the hearing held on May 28, 2025.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### BALTIMORE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CTLC, LLC, ) | Chapter 11 |
| ) | Case No. 23-15444-DER |
| Debtor. ) | |
| ) | |

### ORDER GRANTING MOTION TO COMPEL DEBTOR'S COMPLIANCE WITH
### TERMS OF CONFIRMED CHAPTER 11 PLAN OF REORGANIZATON

Upon consideration of the Motion to Compel Debtor's Compliance with Terms of Confirmed Chapter 11 Plan of Reorganization (the "Motion to Compel") filed by J. Paul Builders, LLC ("J. Paul"), and the Debtor's response thereto, the Court having held a hearing on the Motion to Compel and considered the arguments and positions of counsel for J. Paul, the Debtor, the Office of the United States Trustee, and the Court having considered the facts and circumstances of this case, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED that a Plan Administrator shall be appointed as provided for in the Confidential Plan Supplement included as part of the confirmed Chapter 11 plan (the "Plan") in this case; and it is further

ORDERED, that the Office of the United States Trustee shall confer with J. Paul, the Debtor, and other parties-in-interest and recommend an individual to serve as the Plan Administrator by promptly filing an application to appoint such individual as Plan Administrator; and it is further

ORDERED that, as provided for in the Confidential Plan Supplement, the Plan Administrator shall have the exclusive authority to effectuate the terms of the Plan.

**END OF ORDER**

cc:

Richard L. Costella
Tydings & Rosenberg LLP
One E. Pratt Street, Suite 901
Baltimore, MD 21202
rcostella@tydings.com

Joseph Michael Selba
Tydings & Rosenberg LLP
1 East Pratt Street
Suite 901
Baltimore, MD 21202
JSelba@tydingslaw.com

Gerard R. Vetter
DOJ-Ust
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201
gerard.r.vetter@usdoj.gov

Brent C. Strickland, Esquire
Whiteford, Taylor & Preston L.L.P.
8830 Standford Blvd. Suite 400
Columbia, MD 21045
bstrickland@whitefordlaw.com

4930-6075-6040, v. 1