United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-15444-DER |
| CTLC, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 30, 2025 | Form ID: pdfall | Total Noticed: 34 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| aty | + | Andrs J. Gallegos, II, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| aty | + | Christopher B. Wick, Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, OH 44114-2303 |
| aty | + | Ryan T. Johnson, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| intp | + | A. Perry Builders, LLC, 1220 Washington Ave., Wilmette, IL 60091-2521 |
| cr | #+ | Bravas, LLC, 1421 Clarkview Rd - Suite 122, Baltimore, MD 21209-2187 |
| r | + | Lydia Travelstead, TTR Sothebys International Realty, 209 Main Street, Annapolis, MD 21401-2061 |
| cr | + | Miles & Stockbridge P.C., c/o Patricia B. Jefferson, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32325288 | + | A. Perry Designs & Builds, P.C., Hahn Loeser & Parks, LLP, 200 W. Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| 32315377 | + | Adam Cizek, Esq., Whiteford Taylor & Preston LLP, 7 St. Paul St., #1500, Baltimore, MD 21202-1588 |
| 32315378 | + | Bravas, LLC, 9009 W. 95th Street, Overland Park, KS 66212-4055 |
| 32399289 | + | Fisher, Collins & Carter, Inc., Kimberly A. Manuelides, Esq., 600 Washington Ave., Suite 300, Towson MD 21204-3916 |
| 32325289 | | Grier Revocable Trust, c/o Michael and Sandra Grier, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| 32315380 | + | Howard County Taxing Authority, Office of Finance, 3430 Courthouse Drive, Ellicott City, MD 21043-4300 |
| 32315382 | + | J. Paul Builders, LLC, 7 St. Paul Street, Suite 1500, Baltimore MD 21202-1636 |
| 32315383 | + | Kauffman & Forman, P.A., 406 W. Pennsylvania Avenue, Towson, MD 21204-4228 |
| 32315384 | + | Miles & Stockbridge, 100 Light Street, Baltimore, MD 21202-1036 |
| 32398865 | + | Miles & Stockbridge P.C., Attn: Patricia B. Jefferson, 100 Light Street, Baltimore, MD 21202-1036 |
| 32315834 | + | Office of Law, Howard County, Maryland, 3430 Courthouse Drive, Ellicott City, MD 21043-4300 |
| 32325290 | + | Pacific RBLF Funding Trust, c/o WCP Fund I, LLC, 2815 Hartland Road, #200, Falls Church, VA 22043-3548 |
| 32315386 | | Russell Scott Drazin, Esq., Pardo & Drazin, LLC, 440 Jennifer St, NW, #2, Washington, DC 20015 |
| 32315835 | + | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 32315387 | + | Shulman, Rogers, Gandal, Pordy & Ecker, PA, c/o Michael J. Lichtenstein, Esquire, 12505 Park Potomac Ave, 6th Floor, Potomac, MD 20854-6803 |
| 32790446 | + | United States Trustee for Region Four, Gerard R. Vetter, United States Department of Justice, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |
| 32338389 | + | WCP Fund I LLC as Servicer, Pacific RBLF Funding Trust, c/o The VerStandig Law Firm, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: zguttman@gmail.com | May 30 2025 19:20:00 | Zvi Guttman, c/o The Law Offices of Zvi Guttman, P.A., Post Office Box 32308, Baltimore, Maryland 21282-2308 |
| 32315379 | Email/Text: Bankruptcymail@marylandtaxes.gov | May 30 2025 19:19:00 | Comptroller of Maryland, Compliance Division, 301 W. Preston St., #409, Baltimore, MD 21201 |
| 32315836 | Email/Text: Bankruptcymail@marylandtaxes.gov | May 30 2025 19:19:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 32315381 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 30 2025 19:20:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32315376 | + | Email/Text: rcostella@tydings.com | May 30 2025 19:20:00 | Richard L. Costella, Tydings & Rosenberg LLP, 1 E. Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| 32315831 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | May 30 2025 19:20:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32315832 | | Email/Text: atlreorg@sec.gov | May 30 2025 19:20:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32315830 | | Email/Text: usamd.bankruptcy@usdoj.gov | May 30 2025 19:20:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32325315 | | Pacific RBLF Funding Trust, INVALID ADDRESS PROVIDED |
| 32315375 | *+ | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| 32315833 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andres J. Gallegos | agallegos@hahnlaw.com ijumah@hahnlaw.com |
| Brent C. Strickland | bstrickland@wtplaw.com mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Jeffrey Louis Forman | forman@comcast.net forman3@yahoo.com,jeff.forman@gmail.com |

| District/off: 0416-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2025 | Form ID: pdfall | Total Noticed: 34 |

Joseph Michael Selba
JSelba@tydingslaw.com  jselba@tydings.com

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson
pjefferson@milesstockbridge.com

Richard L. Costella
rcostella@tydings.com  scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com

Robert H. Kline
kliner@whiteandwilliams.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 11



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>**CTLC, LLC**<br><br>Debtor. | Case No. 23-15444-DER<br><br>(Chapter 11) |

### ORDER APPOINTING PLAN ADMINISTRATOR

Upon consideration of the Application of the United States Trustee for entry of an Order approving the United States Trustee's recommendation that Zvi Guttman serve as Plan Administrator in the above-captioned case, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Court hereby appoints Zvi Guttman to serve as Plan Administrator in this case, in accordance with the terms of the Amended Chapter 11 Plan (Doc 126).

Debtor
United States Trustee
Zvi Guttman
All parties in interest

**End of Order**