**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this July 9, 2025, copies of the foregoing Emergency *Motion for Authority to Sell Real Property Free and Clear of Liens, Claims, Encumbrances and Interests were* served via:

**First Class Mail, Postage Pre-Paid**

Lydia Travelstead
TTR Sothebys International Realty
209 Main Street
Annapolis, MD 21401

Ralphael Joyner
TTR Sotheby's International Realty
4809 Bethesda Ave
Bethesda, MD 20814

**CM/ECF**
Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com; zjones@tydings.com; swilliams@tydings.com
Jeffrey Louis Forman     forman@comcast.net, forman3@yahoo.com; jeff.forman@gmail.com
Andres J. Gallegos     agallegos@hahnlaw.com, ijumah@hahnlaw.com
Patricia B. Jefferson     pjefferson@milesstockbridge.com
Robert H. Kline     kliner@whiteandwilliams.com
Eric George Korphage     korphagee@whiteandwilliams.com
Joseph Michael Selba     JSelba@tydingslaw.com, jselba@tydings.com
Brent C. Strickland     bstrickland@wtplaw.com, mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV
Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email
Gerard R. Vetter     gerard.r.vetter@usdoj.gov
Zvi Guttman Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

                                        /s/ Zvi Guttman