IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | | |
|---|---|---|
| In re: | ( | |
| | ( | |
| CTLC LLC | ( | Bankr. Case No.: 23-15444-DER |
| | ( | |
| Debtor(s) | ( | (Chapter 7) |

**NOTICE OF FILING OF EMERGENCY MOTION TO SELL REAL PROPERTY
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS
(<u>15125 Devlin Drive, Glenelg, MD 21737</u>)**

Notice is hereby given that the Chapter 7 Trustee, Zvi Guttman, has filed an Emergency Motion for Authority to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests seeking to sell the improved residential real property located in Montgomery County known as **15125 Devlin Drive, Glenelg, MD 21737** (the "Property") free and clear of liens, claims, encumbrances, and interests. The Motion is on file with the Bankruptcy Court.   A copy of the Motion *sans* exhibits is attached. See the attached Sale Description Sheet for a summary.

Any creditor or other party in interest objecting to the Motion or the sale proposed therein, must file an objection, in writing, stating the specific factual and legal grounds therefore, with the Clerk, United States Bankruptcy Court for the District of Maryland, U.S. Courthouse Room 802, 101 W. Lombard Street, Baltimore, Maryland 21201 by **July 31, 2025**.* A copy must also be served upon the undersigned by that time. A hearing on the proposed sale, if necessary, is scheduled for **August 11, 2025* at 3:00 pm in Courtroom 9-D**. The Court, in its discretion, may conduct a hearing or determine the matter without a hearing regardless of the filing of an objection. If no objections are

timely filed, the proposed sale may be conducted in accordance with the terms recited herein, without further notice.

**\*\* MOVANT INTENDS TO FILE A MOTION TO SHORTEN THE TIME FOR RESPONSE AND FOR AN EXPEDITED HEARING. IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER**

July 9, 2025

           /s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Zvi@ZviGuttman.Com
(410) 580-0500 Phone
(410) 580-0700 Fax
**Attorney for Zvi Guttman, Trustee**

## TERMS OF SALE AND L.R. 6004-3 INFORMATION
## (15125 Devlin Drive, Glenelg, MD 21737)

| | |
|---|---|
| Appraisal | None |
| Scheduled Value | $8,022,000 |
| Purchaser | **Isaac H. Birmingham**, successor, designee, or assignee |
| Purchaser's relationship to any party in interest | None |
| Purchase Price | $2,675,000.00 |
| Payment Terms | Payment in full at closing. |
| Items to be paid & concessions made by the Estate. | Subject to 11 U.S.C. § 1146 and § 4.4 of the Plan, the Estate's share of taxes, water, etc., and miscellaneous closing costs as provided for by law or by the Contract. Seller credit of $160,000. |
| Objections Due | July 31, 2025 plus any additional time required by Federal Bankruptcy Rules 9006(a) and (f). ** |
| Date/Time/Location of Hrg. | August 11, 2025, 3:00 PM- Courtroom 9-D ** |
| Compensation – Plan Administrator | As allowed by the Court |

| Holder/Servicer of Secured Interest | Claim Amount/ Nature of Claim | Proposed Treatment | See ¶ ___ of the Motion for more details |
|---|---|---|---|
| WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust | $510,498.25 as of the Petition Date<br>Deed of Trust<br>Liber 21365/Page 438<br>See POC 1 | To be paid at Closing | 25-27 |
| J Paul Builders LLC | $994,413.35 as of the Petition Date<br>Mechanic's Lien<br>Howard County Case No.: C-13-CV-22-000026 | To be paid at Closing | 28-29 |
| Howard County, Maryland | Up to $11,022.75 | To be paid at Closing | 30 |

**The Motion may be granted and the Property may be sold without further notice if a timely objection is not filed**

** MOVANT INTENDS TO FILE A MOTION TO SHORTEN THE TIME FOR RESPONSE AND FOR AN EXPEDITED HEARING. IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER