IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Baltimore Division**

| | |
|---|---|
| In re: | ( |
| | ( |
| CTLC LLC | (   Bankr. Case No.: 23-15444-DER |
| | ( |
| Debtor(s) | (   (Chapter 11) |
| | ( |

## ORDER GRANTING EMERGENCY
## MOTION TO SHORTEN TIME PERMITTED FOR FILING RESPONSES/OBJECTIONS TO TRUSTEE'S EMERGENCY MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS
## AND REQUEST FOR EXPEDITED HEARING THEREON

UPON CONSIDERATION of the Emergency *Motion to Shorten Time Permitted for Filing Responses/Objections to Trustee's Emergency Motion to Sell Real Estate Free and Clear of Liens, Claims, Encumbrances and Interests and Request for Expedited Hearing Thereon* (the AMotion to Shorten@) and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland C

ORDERED, that the Motion to Shorten is granted; and it is

FURTHER ORDERED, that objections or other responses to the Trustee=s *Emergency Motion for Authority to Sell Real Estate Free and Clear of Liens, Claims, and Interests* (the ASale Motion@) and accompanying Notice or the relief proposed therein shall be filed with the Court and served on counsel for the Trustee no later than

˘1˘

4:00 PM on July 23, 2025; and it is

FURTHER ORDERED, that the Trustee shall serve the Sale Motion as set forth therein; and it is

FURTHER ORDERED, that upon entry of this Order the Trustee shall comply with Local Rule 9013-6(c); and it is

FURTHER ORDERED, that a hearing on the Sale Motion or any objection thereto shall be set for the date and time reflected above or in a separate hearing notice to be issued by the Court.

**Suggested Distribution List:**

Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com; zjones@tydings.com; swilliams@tydings.com
Jeffrey Louis Forman    forman@comcast.net, forman3@yahoo.com; jeff.forman@gmail.com
Andres J. Gallegos      agallegos@hahnlaw.com, ijumah@hahnlaw.com
Patricia B. Jefferson   pjefferson@milesstockbridge.com
Robert H. Kline         kliner@whiteandwilliams.com
Eric George Korphage    korphagee@whiteandwilliams.com
Joseph Michael Selba    JSelba@tydingslaw.com, jselba@tydings.com
Brent C. Strickland     bstrickland@wtplaw.com, mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com
US Trustee - Baltimore  USTPRegion04.BA.ECF@USDOJ.GOV
Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email
Gerard R. Vetter        gerard.r.vetter@usdoj.gov
Zvi Guttman Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

**First Class Mail**

Lydia Travelstead
TTR Sothebys International Realty
209 Main Street
Annapolis, MD 21401

Ralphael Joyner
TTR Sotheby's International Realty
4809 Bethesda Ave

Bethesda, MD 20814

CTLC, LLC
Grier Revocable Trust
c/o Michael and Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

Bravas, LLC
1421 Clarkview Rd - Suite 122
Baltimore, MD 21209-2187

US Securities and Exchange Commission
Atlanta Reg Office and Reorg
950 E Paces Ferry RD NE STE 900
Atlanta GA 30326-1382

Bravas, LLC
9009 W. 95th Street
Overland Park, KS 66212-4055

Comptroller of Maryland
Bankruptcy Unit
7 St Paul Street Suite 230
Baltimore MD 21202-1626

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., Suite 300
Towson   MD 21204-3916

Howard County Taxing Authority
Office of Finance
3430 Courthouse Drive
Ellicott City, MD 21043-4300

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Kauffman & Forman, P.A.
406 W. Pennsylvania Avenue
Towson, MD 21204-4228

Office of Law
Howard County, Maryland
3430 Courthouse Drive
Ellicott City, MD 21043-4300

Russell Scott Drazin, Esq.
Pardo & Drazin, LLC
440 Jennifer St, NW, #2
Washington, DC 20015

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001

Shulman, Rogers, Gandal, Pordy & Ecker, PA
c/o Michael J. Lichtenstein, Esquire
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854-6803

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

US Attorney's Off for the Dist of MD
36 S Charles Street Fourth Floor
Baltimore MD 21201-3020

United States Trustee for Region Four
Gerard R. Vetter
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201-2668

**End of Order**