**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

In re:

CTLC LLC

    Debtor(s)

Bankr. Case No.: 23-15444-DER

(Chapter 11)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this July 10, 2025, copies of the Order Granting Emergency Motion to Shorten Time Permitted for Filing Responses/Objections to Plan Administrator's Emergency Motion to Sell Real Estate Free and Clear of Liens, Claims, Encumbrances and Interests and Request for Expedited Hearing Thereon [p 195] were served as follows:

**CM/ECF**
Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com; zjones@tydings.com; swilliams@tydings.com
Jeffrey Louis Forman    forman@comcast.net, forman3@yahoo.com; jeff.forman@gmail.com
Andres J. Gallegos    agallegos@hahnlaw.com, ijumah@hahnlaw.com
Patricia B. Jefferson    pjefferson@milesstockbridge.com
Robert H. Kline    kliner@whiteandwilliams.com
Eric George Korphage    korphagee@whiteandwilliams.com
Joseph Michael Selba    JSelba@tydingslaw.com, jselba@tydings.com
Brent C. Strickland    bstrickland@wtplaw.com, mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email
Gerard R. Vetter    gerard.r.vetter@usdoj.gov
Zvi Guttman Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

**First Class Mail**
Lydia Travelstead
TTR Sothebys International Realty
209 Main Street
Annapolis, MD 21401

Ralphael Joyner
TTR Sotheby's International Realty
4809 Bethesda Ave
Bethesda, MD 20814

CTLC, LLC
Grier Revocable Trust
c/o Michael and Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

Bravas, LLC
1421 Clarkview Rd - Suite 122
Baltimore, MD 21209-2187

US Securities and Exchange Commission
Atlanta Reg Office and Reorg
950 E Paces Ferry RD NE STE 900
Atlanta GA 30326-1382

Bravas, LLC
9009 W. 95th Street
Overland Park, KS 66212-4055

Comptroller of Maryland
Bankruptcy Unit
7 St Paul Street Suite 230
Baltimore MD 21202-1626

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., Suite 300
Towson  MD 21204-3916

Howard County Taxing Authority
Office of Finance
3430 Courthouse Drive
Ellicott City, MD 21043-4300

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Kauffman & Forman, P.A.
406 W. Pennsylvania Avenue
Towson, MD 21204-4228

Office of Law
Howard County, Maryland
3430 Courthouse Drive
Ellicott City, MD 21043-4300


Russell Scott Drazin, Esq.
Pardo & Drazin, LLC
440 Jennifer St, NW, #2
Washington, DC 20015

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001

Shulman, Rogers, Gandal, Pordy & Ecker, PA
c/o Michael J. Lichtenstein, Esquire
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854-6803

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

US Attorney's Off for the Dist of MD
36 S Charles Street Fourth Floor
Baltimore MD 21201-3020

United States Trustee for Region Four
Gerard R. Vetter
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201-2668

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Zvi@ZviGuttman.Com
(410) 580-0500 Phone
(410) 580-0700 Fax
**Attorney for Zvi Guttman, Plan Administrator**

3