United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re:<br>CTLC, LLC<br>      Debtor | Case No. 23-15444-DER<br>Chapter 11 |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 10, 2025 | Form ID: pdfall | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 10 2025 19:10:00 | Comptroller of Maryland, Bankruptcy Unit, 7 St Paul Street Suite 230, Baltimore MD 21202-1626 |
| | Email/Text: atlreorg@sec.gov | Jul 10 2025 19:11:00 | US Securities and Exchange Commission, Atlanta Reg Office and Reorg, 950 E Paces Ferry RD NE STE 900, Atlanta GA 30326-1382 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Ralphael Joyner, TTR Sotheby's International Realty, 4809 Bethesda Ave |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andres J. Gallegos | agallegos@hahnlaw.com  ijumah@hahnlaw.com |
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Jeffrey Louis Forman | |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2025 | Form ID: pdfall | Total Noticed: 2 |

    forman@comcast.net forman3@yahoo.com,jeff.forman@gmail.com

Joseph Michael Selba
    JSelba@tydingslaw.com jselba@tydings.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson
    pjefferson@milesstockbridge.com

Richard L. Costella
    rcostella@tydings.com scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com

Robert H. Kline
    kliner@whiteandwilliams.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
    zvi@zviguttman.com zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 12

Entered: July 10th, 2025
Signed: July 10th, 2025

**SO ORDERED**

A hearing on the Motion to Sell, if necessary, will be held on July 23, 2025, at 11:00 AM in Courtroom 9D, Garmatz Federal Courthouse, 101 W Lombard Street, Baltimore, Maryland.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Baltimore Division**

| | |
|---|---|
| In re: | ( |
| CTLC LLC | ( Bankr. Case No.: 23-15444-DER |
| Debtor(s) | ( (Chapter 11) |

**ORDER GRANTING EMERGENCY
MOTION TO SHORTEN TIME PERMITTED FOR FILING RESPONSES/OBJECTIONS
TO TRUSTEE'S EMERGENCY MOTION TO SELL REAL PROPERTY FREE AND
CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS
AND REQUEST FOR EXPEDITED HEARING THEREON**

UPON CONSIDERATION of the Emergency *Motion to Shorten Time Permitted for Filing Responses/Objections to Trustee's Emergency Motion to Sell Real Estate Free and Clear of Liens, Claims, Encumbrances and Interests and Request for Expedited Hearing Thereon* (the "Motion to Shorten") and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland —

ORDERED, that the Motion to Shorten is granted; and it is

FURTHER ORDERED, that objections or other responses to the Trustee's *Emergency Motion for Authority to Sell Real Estate Free and Clear of Liens, Claims, and Interests* (the "Sale Motion") and accompanying Notice or the relief proposed therein shall be filed with the Court and served on counsel for the Trustee no later than

˘1˘

4:00 PM on July 22, 2025; and it is

      FURTHER ORDERED, that the Trustee shall serve the Sale Motion as set forth therein; and it is

      FURTHER ORDERED, that upon entry of this Order the Trustee shall comply with Local Rule 9013-6(c); and it is

      FURTHER ORDERED, that a hearing on the Sale Motion or any objection thereto shall be set for the date and time reflected above or in a separate hearing notice to be issued by the Court.

**Suggested Distribution List:**

Richard L. Costella   rcostella@tydings.com, scalloway@tydings.com; zjones@tydings.com; swilliams@tydings.com
Jeffrey Louis Forman   forman@comcast.net, forman3@yahoo.com; jeff.forman@gmail.com
Andres J. Gallegos   agallegos@hahnlaw.com, ijumah@hahnlaw.com
Patricia B. Jefferson   pjefferson@milesstockbridge.com
Robert H. Kline   kliner@whiteandwilliams.com
Eric George Korphage   korphagee@whiteandwilliams.com
Joseph Michael Selba   JSelba@tydingslaw.com, jselba@tydings.com
Brent C. Strickland   bstrickland@wtplaw.com, mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com
US Trustee - Baltimore   USTPRegion04.BA.ECF@USDOJ.GOV
Maurice Belmont VerStandig   mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email
Gerard R. Vetter   gerard.r.vetter@usdoj.gov
Zvi Guttman Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

**First Class Mail**

Lydia Travelstead
TTR Sothebys International Realty
209 Main Street
Annapolis, MD 21401

Ralphael Joyner
TTR Sotheby's International Realty
4809 Bethesda Ave

Bethesda, MD 20814

CTLC, LLC
Grier Revocable Trust
c/o Michael and Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

Bravas, LLC
1421 Clarkview Rd - Suite 122
Baltimore, MD 21209-2187

US Securities and Exchange Commission
Atlanta Reg Office and Reorg
950 E Paces Ferry RD NE STE 900
Atlanta GA 30326-1382

Bravas, LLC
9009 W. 95th Street
Overland Park, KS 66212-4055

Comptroller of Maryland
Bankruptcy Unit
7 St Paul Street Suite 230
Baltimore MD 21202-1626

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., Suite 300
Towson   MD 21204-3916

Howard County Taxing Authority
Office of Finance
3430 Courthouse Drive
Ellicott City, MD 21043-4300

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Kauffman & Forman, P.A.
406 W. Pennsylvania Avenue
Towson, MD 21204-4228

Office of Law
Howard County, Maryland
3430 Courthouse Drive
Ellicott City, MD 21043-4300

Russell Scott Drazin, Esq.
Pardo & Drazin, LLC
440 Jennifer St, NW, #2
Washington, DC 20015

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001

Shulman, Rogers, Gandal, Pordy & Ecker, PA
c/o Michael J. Lichtenstein, Esquire
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854-6803

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

US Attorney's Off for the Dist of MD
36 S Charles Street Fourth Floor
Baltimore MD 21201-3020

United States Trustee for Region Four
Gerard R. Vetter
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201-2668

**End of Order**