IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE | * | |
| CTLC LLC | * | Bankr. Case No.: 23-15444-DER |
| | * | (Chapter 11) |
| Debtor | * | |
| _____ | * | |
| Zvi Guttman, Plan Administrator | * | |
| Movant | * | |
| | | CONTESTED MATTER |
| WCP Fund I LLC as Servicer Pacific RBLF Funding Trust | * | |
| | * | |
| J Paul Builders LLC | | |
| | * | |
| Respondents | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE RE: EMERGENCY MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS (<u>15125 Devlin Drive, Glenelg, MD 21737</u>)**

On July 9, 2025, the Plan Administrator filed an Emergency Motion to Sell 15125 Devlin Drive, Glenelg, MD 21737 Free and Clear of Liens and a Notice thereon. [Dkt. 192]. By Order entered July 10, 2025 [Dkt. 195], the time in which to respond to the Motion to Sell was shortened to July 22, 2025, at 4:00 pm, and a hearing was tentatively set for July 23, 2025, at 11:00 AM.

No formal responses were filed and the Motion to Sell is ripe for consideration. The Plan Administrator did receive on informal comment from counsel to secured creditor, J Paul Builders LLC, who asked that clarifying language be added to ¶ 13 of the proposed order submitted with the Motion. The Plan Administrator has made the requested clarification to ¶ 13, added the words "with interest," to ¶ 12, and deleted a

˘1˘

duplicate name entry in the Suggested Distribution List.   A redline of those changes is attached hereto and the modified proposed order has been uploaded.

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Zvi@ZviGuttman.Com
(410) 580-0500 Phone
(410) 580-0700 Fax
**Attorney for Zvi Guttman,**
 **Plan Administrator**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this July 22, 2025, copies of the foregoing Line Re: *Motion for Authority to Sell Real Property Free and Clear of Liens, Claims, Encumbrances and Interests were* served via:

**CM/ECF**

Richard L. Costella      rcostella@tydings.com, scalloway@tydings.com; zjones@tydings.com; swilliams@tydings.com

Jeffrey Louis Forman      forman@comcast.net, forman3@yahoo.com; jeff.forman@gmail.com

Andres J. Gallegos      agallegos@hahnlaw.com, ijumah@hahnlaw.com

Patricia B. Jefferson      pjefferson@milesstockbridge.com

Robert H. Kline      kliner@whiteandwilliams.com

Eric George Korphage      korphagee@whiteandwilliams.com

Joseph Michael Selba      JSelba@tydingslaw.com, jselba@tydings.com

Brent C. Strickland      bstrickland@wtplaw.com, mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com

US Trustee - Baltimore      USTPRegion04.BA.ECF@USDOJ.GOV

Maurice Belmont VerStandig      mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

Gerard R. Vetter     gerard.r.vetter@usdoj.gov

Zvi Guttman Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

/s/ Zvi Guttman