IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO DEBTOR

Joseph Selba, Richard Costella, and Tydings & Rosenberg, LLP ("T&R") hereby move to withdraw their appearance as counsel to CTLC, LLC (the "Debtor"), in the above-captioned case pursuant to Local Bankruptcy Rule 9010-4(b) and in support thereof states:

1. Despite T&R's demands, the Debtor has failed to abide by the terms of retention agreed to between the Debtor and T&R.

2. By letter and electronic-mail of July 25, 2025, T&R informed the Debtor of the intention to withdraw as counsel of record pursuant to Local Bankruptcy Rule 9010-4(b).

3. The language required pursuant to Local Bankruptcy Rule 9010-4(b)(2)(B) was included in the correspondence to the Debtor advising the Debtor that "must have a new attorney enter an appearance or be subject to dismissal of its case, dismissal of its claims and/or judgment by default on claims against it. If a new attorney has not entered an appearance within twenty-one (21) days after the filing of the motion to withdraw, the Court may dismiss an affirmative claim for relief by, or enter a default against, the party not represented by an attorney."

4. The undersigned hereby certifies pursuant to Local Bankruptcy Rule 9010-4(b)(2)(A) that:

    (A)    the name and last known mailing address for the Debtor is:

6421268.1

                            CTLC, LLC
                           c/o Sandra Grier
                        6101 Tilghman Drive
                          Laurel, MD 20707

and

(B)    a written notice has been mailed to or otherwise served upon the Debtor at least seven (7) days prior to the filing of this Motion advising the Debtor of counsel's proposed withdrawal and notifying the Debtor that it must have a new attorney enter an appearance or be subject to dismissal of its case, dismissal of its claims and/or judgment by default on claims against it; and that if a new attorney has not entered an appearance within twenty-one (21) days after the filing of the motion to withdraw, the Court may dismiss an affirmative claim for relief by, or enter a default against, the party not represented by an attorney.

WHEREFORE, T&R prays that this Court enter an Order granting leave to withdraw its appearance effective immediately and strike T&R's appearance, and such other and further relief as is just and appropriate.

Dated: August 1, 2025                                  /s/ Joseph M. Selba
                                                                Joseph M. Selba, Bar No. 29181
                                                                Tydings & Rosenberg LLP
                                                                1 East Pratt Street, Suite 901
                                                                Baltimore, Maryland 21202
                                                                (410) 752-9753
                                                                jselba@tydingslaw.com

6421268.1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 1st day of August 2025, a copy of the foregoing *MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO DEBTOR* was served electronically or mailed, first class, postage prepaid, as indicated to:

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707
**via regular mail**

and **via the Court's ECF filing system** on the following:

- Office of the U.S. Trustee, c/o Gerard R. Vetter, Esq., gerard.r.vetter@usdoj.gov
- J. Paul Builders LLC, c/o Brent C. Strickland, Esq., bstrickland@whitefordlaw.com
- WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net
- Plan Administrator, Zvi Guttman, Esq., zvi@zviguttman.com


          /s/Joseph M. Selba
          Joseph M. Selba

6421268.1