**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | **Case No. 23-15444-DER** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER STRIKING APPEARANCE OF**
**TYDINGS & ROSENBERG LLP AS COUNSEL TO DEBTOR**

Upon consideration of the *MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO DEBTOR*, any response thereto, good cause therefore having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the appearance of Joseph Selba, Esq., Richard L. Costella, Esq., and Tydings & Rosenberg, LLP as counsel for the Debtor is hereby stricken.

**END OF ORDER**

cc:

CTLC, LLC
c/o Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707

Joseph M. Selba, Esq.
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202

6421268.1