IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:                                      *

    CTLC, LLC                          *       Case No: 23-15444-DER
                                                Chapter 11
    Debtor                              *
*     *     *     *     *     *     *

### APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEYS

The application of the Debtor, CTLC, LLC., (the "Debtor"), respectfully represents:

1.      On August 2, 2023, (the "Petition Date"), the Debtor filed a Voluntary Petition in the United States Bankruptcy Court for the District of Maryland requesting relief in accordance with Chapter 11 of the U.S. Bankruptcy Code (the "Code"). A plan was confirmed on or about August 15, 2024.

2.      The Debtor wishes to employ Richard B. Rosenblatt, Esquire, Linda M. Dorney, Esquire, and the Law Offices of Richard B. Rosenblatt, PC., attorneys duly admitted to practice in this Court.

3.      The Debtor has selected Richard B. Rosenblatt, Esquire, Linda M. Dorney, Esquire, and the Law Offices of Richard B. Rosenblatt, PC. for the reason that they have considerable experience in matters of this character, and the Debtor believes that Mr. Rosenblatt and the Law Offices of Richard B. Rosenblatt, PC. are well qualified to represent the Debtor in this proceeding. Both Mr. Rosenblatt and Ms. Dorney have considerable experience in handling Chapter 11 bankruptcy cases and have assisted numerous debtors having the ability to reorganize in obtaining confirmed plans in the Bankruptcy Court for Maryland, the District of Columbia, and the Eastern District of Virginia. Further, Mr. Rosenblatt is an "AV" rated (*Martindale*

*Hubbell*) attorney and is experienced in bankruptcy matters, and he regularly lectures other attorneys regarding bankruptcy law in C.L.E. seminars.

    4.    The professional services the law firm is to render include:

        a.    giving the Debtor legal advice with respect to r powers and duties as Debtor-in-Possession;

        b.    preparing, as necessary, applications, answers, orders, reports and other legal papers filed by the Debtor; and

        c.    performing all other legal services for the Debtor which may be necessary herein.

    5.    The Firm is a "disinterested person" as that term is defined by 11 U.S.C. § 101(14). The Firm has no connections with the United States Trustee, or any person employed by the United States Trustee. Additionally, the Firm does not represent any interest adverse to the Debtor.

    6.    The compensation paid to me in contemplation of representation in the pending Chapter 11 case within the past one year has been ten thousand dollars ($10,000.00). Counsel received ten thousand dollars ($10,000.00) on August 11, 2025. The payment was received from the Debtor's managing member, Sandra Grier. As of the date of this disclosure, approximately nine thousand two hundred dollars ($9,200.00) remained in escrow

    7.    By agreement, the Debtor has agreed to compensate counsel on an hourly basis for work performed. The following hourly rates shall apply: four hundred dollars ($400.00) for experienced bankruptcy attorneys, Richard B. Rosenblatt and Linda M. Dorney; three hundred fifty dollars ($350.00) for time billed by other firm attorneys; and two hundred dollars ($200.00) an hour for paralegal time.

8. The Applicant may also seek compensation from assets of the estate, subject to Court approval.

**WHEREFORE**, the Debtor-in-Possession requests that this Court enter an Order that:

A. Authorizes the employment of the Law Offices of Richard B. Rosenblatt, PC to represent the Debtor in this case under Chapter 11 of the Bankruptcy Code; and

B. Grants such other and further relief as justice may require.

Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney, #12874
**The Law Offices of Richard B. Rosenblatt, PC.**
30 Courthouse Square, Suite 302
Rockville, MD 20850
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for CTLC, LLC.*

**Certificate of Service**

       I HEREBY CERTIFY that on the 12th day of August, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Application to Approve Employment of Attorneys, was service via ECF on:

Office of the United States Trustee
Gerard Vetter, Esq.
gerard.r.vetter@usdoj.gov

J. Paul Builder LLC
Brent Strickland, Esq.
bstrickland@whitefordlaw.com

WCP Fund I LLC
Maurice B. VerStandig, Esq.
mac@mbvesq.com

Miles & Stockbridge, PC
Patricia Jefferson, Esq.
pjefferson@milesstockbridge.com

Bravas, LLC
Jeffery L. Forman, Esq.
forman@comcast.net

Plan Administrator
Zvi Guttman, Esq.
zvi@zguttman.com

Joseph Selba. Esq
jselba@tydingslaw.com

                                      \s\ Richard B. Rosenblatt
                                      Richard B. Rosenblatt

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:                                              *

    CTLC, LLC                               *     Case No: 23-15444-DER
                                                   Chapter 11
    Debtor                                   *
\*   \*   \*   \*   \*   \*   \*

**CITATION OF AUTHORITY IN SUPPORT OF**
**APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEYS**

1. 11 U.S.C. § 327 allows the Trustee to employ professional persons that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the Trustee in carrying out the Trustee's duties under Title 11 of the Code.

2. **F.R. Bankr. P.** 2014 provides that the Court will grant an Order approving the employment of professional persons only on application of the Trustee.

3. The Debtor-in-possession has complied with all notice requirements pursuant to **F.R. Bankr. P.** 1007(c), 2002, 2014 and 9014.

                                                                                  Respectfully submitted,


                                                                                 \s\ Richard B. Rosenblatt
                                                                                 Richard B. Rosenblatt, #04678
                                                                                 Linda M. Dorney,12874
                                                                                 **The Law Offices of Richard B. Rosenblatt, PC.**
                                                                                 30 Courthouse Square, Suite 302
                                                                                 Rockville, MD 20850
                                                                                 (301) 838-0098
                                                                                 rrosenblatt@rosenblattlaw.com

                                                                                 *Counsel for CTLC, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| CTLC, LLC | * | Case No: 23-15444-DER |
| | | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \*

**AFFIDAVIT PURSUANT TO F.R. BANK. P. 2014**

I, Richard B. Rosenblatt, Esq., hereby deposes and swears under the penalties of perjury as follows:

1. I am an attorney licensed to practice in the State of Maryland and the District of Columbia, and before this Court.

2. I am an attorney of the Law Offices of Richard B. Rosenblatt, PC., located at 30 Courthouse Square, Suite 302, Rockville, Maryland 20850.

3. I have no connection with the Debtor, its creditors, any other party in interest, its respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

4. The firm represents no interest adverse to Debtor-in-Possession herein or its estate in the matter upon which the firm is engaged.


Dated: August 11, 2025        \s\ Richard B. Rosenblatt
                              Richard B. Rosenblatt

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:                                            *

    CTLC, LLC                               *        Case No: 23-15444-DER
                                                        Chapter 11
    Debtor                                   *
\*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT PURSUANT TO F.R. BANK. P. 2014

    I, Linda M. Dorney, Esq., hereby depose and swear under the penalties of perjury as follows:

1. I am an attorney licensed to practice in the State of Maryland and before this Court.

2. I am an attorney of the Law Offices of Richard B. Rosenblatt, PC, located at 30 Courthouse Square, Suite 302, Rockville, Maryland 20850.

3. I have no connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

4. The firm represents no interest adverse to Debtor-in-Possession herein or its estate in the matter upon which the firm is engaged.


Dated: August 10, 2025          \s\ Linda M. Dorney
                                Linda M. Dorney