IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:                                              *

    CTLC, LLC                                  *        Case No: 23-15444-DER
                                                           Chapter 11
    Debtor                                      *
\*  \*  \*  \*  \*  \*  \*

## RULE 2016 STATEMENT OF DEBTOR'S COUNSEL

Richard B. Rosenblatt and The Law Offices of Richard B. Rosenblatt, PC., counsel for CTLC, LLC, the Debtor, pursuant to Federal Rule of Bankruptcy Procedure 2016, files this Rule 2016 Statement and Disclosure of Compensation and in support thereof states as follows:

    1.    Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney, subject to approval from this Court, for the above-captioned Debtor and the compensation paid to me in contemplation of representation in the pending Chapter 11 case within the past one year has been ten thousand dollars ($10,000.00). Counsel received ten thousand dollars ($10,000.00) on August 11, 2025. As of the date of this disclosure, approximately nine thousand two hundred dollars ($9,200.00) remained in escrow.

    2.    The source of the retainer was the Debtor's managing member, Sandra Grier.

    3.    Any additional compensation is to be paid by the Debtor or its members, including Ms. Grier. Your undesigned counsel is not anticipating any payments from the Debtor.

    4.    I have not agreed to share the above-disclosed compensation or any additional compensation to be received, after appropriate application to the Court, with any other person unless they are members and associates of my law firm.

    5.    By agreement and as disclosed in the application to employ counsel in this case,

the Debtor has agreed to compensate counsel on an hourly basis for work performed. The following hourly rates shall apply: four hundred dollars ($400.00) for experienced bankruptcy attorneys, Richard B. Rosenblatt and Linda M. Dorney; three hundred fifty dollars ($350.00) for time billed by other firm attorneys; and two hundred dollars ($200.00) an hour for paralegal time.

Respectfully submitted,

/s/ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney, #12874
**The Law Offices of Richard B. Rosenblatt, PC.**
30 Courthouse Square, Suite 302
Rockville, MD 20850
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for CTLC, LLC*

## Certificate of Service

I HEREBY CERTIFY that on the 12th day of August, 2025, that I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, Rule 2016 Statement of Debtor's Counsel, will be electronically served by the Court's CM/ECF system on the following:

Office of the United States Trustee
Gerard Vetter, Esq.
gerard.r.vetter@usdoj.gov

J. Paul Builder LLC
Brent Strickland, Esq.
bstrickland@whitefordlaw.com

WCP Fund I LLC
Maurice B. VerStandig, Esq.
mac@mbvesq.com

Miles & Stockbridge, PC
Patricia Jefferson, Esq.
pjefferson@milesstockbridge.com

Bravas, LLC
Jeffery L. Forman, Esq.
forman@comcast.net

Plan Administrator
Zvi Guttman, Esq.
zvi@zguttman.com

Joseph Selba. Esq
jselba@tydingslaw.com

                                          /s/ Richard B. Rosenblatt
                                          Richard B. Rosenblatt