IN THE CIRCUIT COURT FOR HOWARD COUNTY, MARYLAND

| | |
|---|---|
| **J. PAUL BUILDERS, LLC** | ) |
| | ) |
| Plaintiff/Petitioner, | ) |
| | ) |
| v. | ) Case No. C-13-CV-22-000026 |
| | ) |
| **CTLC, LLC t/a CTLC, INC.,** | ) |
| | ) |
| Defendant/Respondent. | ) |

### AFFIDAVIT OF JAMES COATES

I, James Coates, being duly sworn, do hereby depose and state:

1. I am of legal age, have personal knowledge of the following facts, and am competent to testify to same. At all times relevant herein, I was and still am the Owner and President of INI Inc. ("INI").

2. In my capacity as President of INI, I became familiar with the real property and partially-constructed improvement at 15125 Devlin Drive, Glenelg, Maryland 21737 (the "Property") that is the subject of the above-captioned lawsuit (the "Lawsuit"), and the work contracted for and performed by J. Paul Builders, LLC ("J. Paul"), as the builder for the partially-constructed improvement.

3. INI and J. Paul entered into a subcontractor agreement on DATE (the "INI Subcontractor Agreement"), pursuant to which INI would provide (i) the wiring design and installation for internet access, the telephone communication systems, wireless networking, and all audio/video equipment at the Property; (ii) the equipment required for the audio, video, and wireless internet features at the Property; and (iii) installation of a complete home integration system at the Property. A true and correct copy of INI Subcontractor Agreement is attached to this Affidavit as **Exhibit A**.

EXHIBIT 1

4.  Pursuant to the INI Subcontractor Agreement, INI ordered speakers, wiring, and other pieces of equipment that were to be installed at the Property.

5.  A true and correct copy of INI Inc. Invoice No. 1155 is attached to this Affidavit as **Exhibit B**.

6.  As reflected on Invoice No. 1155, INI ordered certain speakers, wiring, and other equipment for the Property, and planned for the installation of same. Pursuant to the payment terms, twenty percent (20%) of the invoice total was due at delivery of the materials to the Property, for a total of $81,471.96 due at delivery for Invoice No. 1155.

7.  The $81,471.96 amount due as reflected on Invoice No. 1155 was never paid, therefore the materials reflected on Invoice No. 1155 were not delivered to the Property, were being stored in INI's warehouse located in Leesburg Virginia until recently. As this has been ongoing since January of 2022, these materials have since been used for other projects.

8.  A true and correct copy of INI Inc. Invoice No. 1197 is attached to this Affidavit as **Exhibit C**.

9.  As reflected on Invoice No. 1197, INI ordered additional materials and equipment for the Property. The total amount due for the materials and equipment reflected on Invoice No. 1197 was $40,545.00

10. The $40,545.00 amount due as reflected on Invoice No. 1197 was never paid, therefore the materials reflected on Invoice No. 1197 were not delivered to the Property and remain in INI's warehouse located in Leesburg, Virginia.

11. A true and correct copy of INI Inc. Invoice No. 1198 is attached to this Affidavit as **Exhibit D**.

12. As reflected on Invoice No. 1198, INI ordered additional speaker equipment and other materials for the Property. The total amount due for the materials and equipment reflected on Invoice No. 1198 was $12,650.00.

13. The $12,650.00 amount due as reflected on Invoice No. 1198 was never paid, therefore the equipment and materials reflected on Invoice No. 1198 were not delivered to the Property and remain in INI's warehouse located in Leesburg, Virginia.

14. The total amount of materials and equipment ordered and invoiced as reflected on Invoice Nos. 1155, 1197 and 1198 is $134,666.95. Again, these materials and equipment were ordered for the planned installation at the Property. However, since the amounts due under Invoice Nos. 1155, 1197 and 1198 were not paid, the equipment was not delivered to the Property.

## Affirmation

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

*[signature]*
_____
James Coates
Date:   February __17__, 2023