IN THE CIRCUIT COURT FOR HOWARD COUNTY, MARYLAND

| | | |
|---|---|---|
| **J. PAUL BUILDERS, LLC** | ) | |
| | ) | |
| Plaintiff/Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. C-13-CV-22-000026 |
| | ) | |
| **CTLC, LLC t/a CTLC, INC.,** | ) | |
| | ) | |
| Defendant/Respondent. | ) | |

### AFFIDAVIT OF SANDRA GRIER IN SUPPORT MOTION TO STRIKE IMPROPERLY BILLED INVOICES FILED IN SUPPORT OF COMPLAINT AND PETITION TO ESTABLISH AND ENFORCE MECHANIC'S LIEN; AND REQUEST FOR SANCTIONS

I, Sandra Grier, being duly sworn, do hereby depose and state:

1. I am of legal age, have personal knowledge of the following facts, and am competent to testify to same.

2. I am a co-owner of the Defendant/Respondent in this matter, CTLC, LLC t/a CTLC, Inc. ("CTLC").

3. Plaintiff/Petitioner J. Paul Builders, LLC ("J. Paul" or "Petitioner"), in support of J. Paul's Complaint and Petition to Establish and Enforce Mechanic's Lien; Request for Attorneys' Fees (the "Petition"), filed certain invoices representing the amounts that J. Paul swore under oath were properly billed to CTLC for work done and materials delivered in

1

**EXHIBIT 3**

connection with J. Paul's work as the general contractor at the property CTLC owns at 15125 Devlin Drive, Glenelg, Maryland (the "Property").

4. On behalf of CTLC, I have reviewed the invoices attached as Exhibit 5 to J. Paul's Petition and compared them to the work that was actually done by J. Paul and/or its subcontractors, and the materials and equipment that was actually delivered to the Property.

5. There are many inconsistencies and blatantly false representations in the invoices that J. Paul filed in support of its request for entry of a mechanic's lien.

6. For example, J. Paul included in its Petition Invoice Nos. 2021379; 2021416; and 2021518 from Jose Pimenta Construction in the amounts of $136,885.22; $77,380.00; and $156,466.78, respectively. These invoices are for materials and installation for limestone on first and second floor bands, window headers and jambs, coping and limestone for front door and represent progress invoices for 60% of the work completed and 100% of material delivered. *See* Motion to Strike Improperly Billed Invoices Filed in Support of Complaint and Petition to Establish and Enforce Mechanic's Lien; Request for Sanctions ("CTLC Motion to Strike and for Sanctions") at Exhibits A, B, and E.

7. Attached as **Exhibit 1** are photographs of the work performed by Jose Pimenta which show that the limestone work is not complete. As is clear from the photographs, the exterior of the partially-constructed improvement (the "Improvement") is the supposed to be stone, except for the rounded areas that cannot be stone. The photos show a good deal of the Improvement is still yellow, meaning the limestone work has not been done yet for these portions. Further, the photos show that the limestone work that has been started is incomplete, i.e. where the limestone only goes up about a third of the way on the front of the house. The remaining work described in Invoice Nos. 2021379, 2021416, and 2021518 was never

2

completed, and Mr. Pimenta did not achieve 60% completion as described in Invoice No. 2021518.

8.  J. Paul included in its Petition an invoice from Bison Drywall invoice indicating that ninety percent (90%) of the EIFS application is complete. CTLC Motion to Strike and for Sanctions at Exhibit B.

9.  The pictures attached at Exhibit 1 show that 90% of the EIFS application is not complete because a large portion of the exterior of the house is still yellow, which means that the EIFS application has not been applied to these areas. The front of the Improvement is supposed to be limestone, and the EIFS should go on the rounded areas that cannot be stone, for example under the porte cochère. With this much of the exterior still yellow it cannot be true that 90% of the EIFS application is complete.

10. J. Paul included in its Petition invoices from Miller's Chimney & Hearth Retailer for $29,673.08 for a Dimplex linear electric fireplace plus the installation of four (4) Accucraft fireplaces. CTLC Motion to Strike and for Sanctions at Exhibit B. There is no Dimplex unit at the Property, and none of the fireplaces have been installed.

11. J. Paul also included Invoice No. 252455 in the amount of $22,881.75 for a great room fireplace. CTLC Motion to Strike and for Sanctions at Exhibit D. This great room fireplace was never delivered and is not on site at the Property.

12. J. Paul master invoice 12/1/2021 includes Invoice No. 20-545-R1 from Metropolitan Fire Protection in the amount of $8,646.75 is for the fire sprinkler system rough-in (70% of Proposal Total). CTLC Motion to Strike and for Sanctions at Exhibit B.

13. Attached as **Exhibit 2** are photographs that show that there is one pipe run in six rooms of the house. The rest of the orange pipes remain on the floor of the garage.

14. J. Paul's master invoice dated 12/30/2021 includes $9,200.85 for DNB Construction Invoice No. 6, for ninety percent (90%) completion of the roof to date.

15. The pictures attached as <u>Exhibit 1</u> show that the right side of the house has no roofing material applied, and that edges and flashing are missing for the roof. This was also the conclusion of Jonathan Fishbeck of EstateSpace, a construction management company we hired to perform an initial site inspection of the Property. Because the roof was not properly installed there are active leaks and resulting water damage at the Property.

16. J. Paul master invoice dated 11/1/2021 reflects a bill of $68,999.89 for General Liability Insurance to date; $10,875.00 for Builders Risk Insurance for 2020; and $19,875.00 for Builders Risk Insurance for 2021. CTLC Motion to Strike and for Sanctions at <u>Exhibit C</u>.

17. J. Paul has never provided any documentation or evidence that these policies were secured, despite numerous requests from myself, my husband, and our former construction manager, Drew Padgett.

## **Affirmation**

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

*Sandra Grier*
---
Sandra Grier
Date:   April 6th, 2023