IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:                              *

    CTLC, LLC                       *        Case No: 23-15444-DER
                                                   Chapter 11

    Debtor                          *
\*    \*    \*    \*    \*    \*    \*

**ORDER SUSTAINING DEBTOR'S OBJECTION TO
CLAIM OF J. PAUL BUILDERS, LLC**
**(Claim No. 5)**

Upon consideration of the Objection to Claim of J. Paul Builders, LLC (the "Objection"), and any opposition thereto, the Court having determined that the Objection is legally and factually warranted, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Objection be and is **SUSTAINED**; and it is further

**ORDERED**, that the claim of J. Paul Builder, LLC at Claim No.: 5 be and is **DISALLOWED** in its entirety.

Copies:

Richard B. Rosenblatt, Esquire
rrosenblatt@rosenblattlaw.com

Office of the United States Trustee
Gerard Vetter, Esq.
gerard.r.vetter@usdoj.gov

J. Paul Builder LLC
Brent Strickland, Esq.
bstrickland@whitefordlaw.com

WCP Fund I LLC
Maurice B. VerStandig, Esq.
mac@mbvesq.com

Miles & Stockbridge, PC
Patricia Jefferson, Esq.
pjefferson@milesstockbridge.com

Bravas, LLC
Jeffery L. Forman, Esq.
forman@comcast.net

Plan Administrator
Zvi Guttman, Esq.
zvi@zguttman.com

Joseph Selba. Esq
jselba@tydingslaw.com

Denis Shaffer, Esq.
Whiteford Taylor & Preston, LLP
7 St. Paul Street, Suite 1500
Baltimore, Maryland 21202

**End of Order**