In the United States Bankruptcy Court
For the District of Maryland
<u>Baltimore Division</u>

In re:

CTLC, LLC                                    Bankr. Case No.: 23-15444-DER

    Debtor(s)                          (Chapter 11)

## REPORT OF SALE

To Creditors and Parties in Interest:

    Notice is hereby given that Zvi Guttman, Plan Administrator, has sold property as indicated below:

    Property sold:    15125 Devlin Dr., Glenelg, MD 21737

    Type of Sale:    Private

    Purchaser(s):    Birmingham Investments, LLC

| Item | Amount |
|---|---:|
| Sale Price | $2,675,000.00 |
| Seller Credit | ($160,000.00) |
| Pre-Paid taxes | $4,883.34 |
| WCP Fund Lien Payoff | ($783,893.30) |
| Real Estate Commission | ($160,500.00) |
| Closing Costs | ($210.00) |
| Closing Costs | ($55.00) |
| Taxes 24/25 and 25/26 | ($11,145.16) |
| HoA | ($9,325.00) |
| J. Paul Builders [FN-1] | ($1,258,424.46) |
| Closing Costs | ($75.00) |
| Closing Costs | ($95.00) |
| Water/Tax/Lien Escrow | ($300.00) |
| **Balance** | $295,860.42 |

[FN-1] Objection pending. No payment has been made.

Creditors requesting additional information should contact the undersigned.

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
(410) 580-0500
Zvi@zviguttman.com

**Certificate of Service**

      I hereby certify that on this August 14, 2025, a copy of this Report was served via CM/ECF on all parties entitled to CM/ECF service including:

Richard L. Costella
Tydings & Rosenberg LLP
One E. Pratt Street, Suite 901
Baltimore, MD 21202
rcostella@tydings.com

Joseph Michael Selba
Tydings & Rosenberg LLP
1 East Pratt Street
Suite 901
Baltimore, MD 21202
JSelba@tydingslaw.com

Gerard R. Vetter
DOJ-Ust
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201
gerard.r.vetter@usdoj.gov

Brent C. Strickland, Esquire
Whiteford, Taylor & Preston L.L.P.
8830 Standford Blvd. Suite 400
Columbia, MD 21045
bstrickland@whitefordlaw.com

                                          /s/ Zvi Guttman