| | |
|---|---|
| J. PAUL BUILDERS, LLC | IN THE |
| Plaintiff/Petitioner, | CIRCUIT COURT |
| v. | FOR |
| CTLC, LLC t/a CTLC, INC. | HOWARD COUNTY |
| Defendant/Respondent. | Case No.: C-13-CV-22-000026 |

## FINAL MECHANIC'S LIEN ORDER

It appearing from the Complaint and Petition to Establish and Enforce Mechanic's Lien; Request for Attorneys' Fees (the "Petition") filed by J. Paul Builders, LLC ("Petitioner") that Petitioner is entitled to a mechanic's lien in the principal amount of $924,861.15 against the land and improvements described in the Petition, and Respondent CTLC, LLC having been timely served on January 31, 2022 with this Court's Show Cause Order, together with copies of the pleadings and exhibits filed by Petitioner in this action, and Respondent having failed to file a timely verified answer or counter-affidavit as required by this Court's Show Cause Order of January 20, 2022, it is this __18th of February, 2022__, by the Circuit Court for Howard County

**ORDERED**, that a Final Mechanic's Lien shall be and is hereby established in the principal amount of $924,861.15 in favor of Petitioner and against certain land and improvement thereon owned by Respondent, CTLC, LLC, the land consisting of approximately 38.25 acres of real property located in Howard County, Maryland commonly referred to as 15125 Devlin Drive, Glenelg, Maryland 21737 (the "Property"). The MSDAT Account Identifier for the Property is District - 04 Account No. - 342453 and the Legal Description is "LOT 6 38.250 A 15125 DR CATTAIL OVERLOOK." The land is more particularly described in a Deed recorded amongst the Land Records of Howard County, Maryland at Liber 16222, Folio 00005, *et seq.* The

Property has been improved by a partially constructed two story, approximately 25,000 square foot single family residence (the "Improvement"); and it is

**FURTHER ORDERED**, that a show cause hearing scheduled for March 2, 2022 in this action is hereby **WAIVED** and **CANCELLED**; and it is

**FURTHER ORDERED**, that that the Property and Improvement may be sold unless the amount of $924,861.15 together with costs and interest, be paid on or before thirty (30) days from the entry of this Final Mechanic's Lien Order; and it is

**FURTHER ORDERED**, that Adam Cizek, Esquire ("Trustee") is hereby appointed Trustee to make such sale, and the course and manner of this proceeding shall be as follows:

Trustee shall first file with the Clerk of this Court a bond to the State of Maryland executed by himself and a surety or sureties to be approved by this Court in the penalty sum of Twenty-Five Thousand Dollars ($25,000.00) conditioned upon the faithful performance of the trust imposed upon him by any further decree or order upon the premises.

Trustee may then proceed to sell the Property and Improvement at either public or private sale; if at public sale, he shall give notice at least once in each week for three successive weeks, the first such publication to be not less than fifteen days prior to sale and the last such publication to be not more than one week prior to sale, said notice by advertisement inserted in such daily newspaper or newspapers published in Howard County as he shall deem proper of the time, place, manner and terms of sale; or the Trustee may report to this Court for approval any offer or offers which he may receive at private sale, which to him may seem reasonable, and as soon as may be convenient after said sale, the Trustee shall return to this Court a full and particular account of his proceeding relative to said sale, with an annexed affidavit of the truth thereof and of the fairness of said sale.

On obtaining the Court's ratification of the sale, and on obtainment of the whole purchase money and not before, the said Trustee shall, by good and sufficient deed to be executed and acknowledged and recorded according to law, conveyed to the purchaser or purchasers, his, her or their heirs and assigns, the property and estate to him or them sold, free, clear and discharged of all claims of the parties hereto, Petitioner and Respondent and those claiming by, from or under them, or any of them, and the said Trustee shall bring into this Court the monies arising from said sale, and after first deducting the costs of this proceeding, including such commission to the said Trustee that this Court shall think proper to allow in consideration of the skill, attention and fidelity wherewith, he shall appear to have discharged his trust, subject to the further Order of this Court.

02/18/2022 3:23:57 PM

*William V. Tucker*

William V. Tucker, Administrative Judge

JUDGE, Circuit Court for Howard County

12207459

Entered: Clerk, Circuit Court for
Howard County, MD
February 23, 2022