

# CIRCUIT COURT FOR HOWARD COUNTY, MARYLAND

9250 Judicial Way
Ellicott City, Maryland 21043
Main: 410-313-2111 Civil: 410-313-3844 Criminal: 410-313-3822 Juvenile: 410-313-3827 Land Records: 410-313-5850 Calendar Office: 410-313-4185 Family Law: 410-313-2225

**Case Number:** C-13-CV-22-000026
**Other Reference Numbers:**

## J. PAUL BUILDERS, LLC VS. CTLC, LLC

## ORDER

Before the Court is the Defendant's Third Motion for Reconsideration of Final Mechanic's Lien Order and Stay of Foreclosure. The Court held a hearing on December 7, 2022, and subsequently held the matter sub curia. The Court has reviewed the pleadings filed herein, the memorandum, including the attachments, and finds that no new arguments have been presented that have not been previously considered by the court. Therefore, the motion to reconsider will be denied.

Therefore, in accordance with the above findings, it is this 1st day of August 2023, by the Circuit Court for Howard County, Maryland

ORDERED, that the Defendant's Third Motion for Reconsideration of Final Mechanic's Lien Order and Stay of Foreclosure, be, and the same are hereby DENIED.

8/1/25
Date

William V. Tucker
Judge

Entered: Clerk, Circuit Court for
Howard County, MD
August 2, 2023