**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

|  |  |
|---|---|
| In re:<br><br>   CTLC, LLC,<br><br>                Debtor. | )<br>)<br>)<br>)   Chapter 11<br>)   Case No. 23-15444-DER<br>)<br>)<br>) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2025, I caused J. Paul Builders, LLC's *Response in Opposition to Debtor's Objection to Claim of J. Paul Builders, LLC (Claim No. 5)* [Dkt. 210] to be served upon all parties receiving notice pursuant to the Court's electronic noticing system, including those particularly listed in the accompanying Certificate of Service below.

                            Respectfully submitted,

                            */s/ Brent C. Strickland*
                            WHITEFORD, TAYLOR & PRESTON L.L.P.
                            Brent C. Strickland, Esquire (Bar No. 22704)
                            Whiteford, Taylor & Preston L.L.P.
                            8830 Stanford Blvd. Suite 400
                            Columbia, MD 21045
                            Phone: (410) 347-9402
                            Facsimile: (410) 223-4302
                            Email: bstrickland@whitefordlaw.com

                            *Counsel to J. Paul Builders, LLC*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2025, I served a copy of the foregoing via CM/ECF on all parties receiving notice pursuant to the Court's electronic noticing system, including:

- Office of the U.S. Trustee, c/o Gerard R. Vetter, gerard.r.vetter@usdoj.gov
- CTLC, LLC, c/o Joseph Selba, Esq., JSelba@tydingslaw.com;
  Richard B. Rosenblatt  rrosenblatt@rosenblattlaw.com;
  Linda M. Dorney  ldorney@rosenblattlaw.com
- WCP Fund I LLC, c/o Maurice Belmont VerStandig, Esq., mac@mbvesq.com
- A. Perry Builders, LLC, c/o Robert H. Kline, Esq., kliner@whiteandwilliams.com
- Miles & Stockbridge, P.C., c/o Patricia B. Jefferson, Esq. pjefferson@milesstockbridge.com
- Bravas, LLC, c/o Jeffrey Louis Forman, Esq., forman@comcast.net

                                              */s/ Brent C. Strickland*
                                              Brent C. Strickland