Entered: September 3rd, 2025
Signed: September 3rd, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.: **23–15444 – DER**   Chapter: **11**

**CTLC, LLC**
Debtor

## ORDER STRIKING APPEARANCE OF COUNSEL FOR DEBTOR

Upon consideration of the Motion to Withdraw Appearance filed by Joseph Michael Selba, and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Joseph Michael Selba, as counsel of record for debtor is hereby stricken.

cc:   Debtor
      Attorney for Debtor – Joseph Michael Selba
      U.S. Trustee
      Other Counsel –

**End of Order**

01x03 (rev. 05/02/2000) – EricaCumberland