Entered: September 3rd, 2025
Signed: September 3rd, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.: **23–15444 – DER**   Chapter: **11**

**CTLC, LLC**
Debtor

## ORDER STRIKING APPEARANCE OF COUNSEL FOR DEBTOR

Upon consideration of the Motion to Withdraw Appearance filed by Richard L. Costella, and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Richard L. Costella, as counsel of record for debtor is hereby stricken.

cc: Debtor
   Attorney for Debtor – Richard L. Costella

   Other Counsel –

**End of Order**

01x03 (rev. 05/02/2000) – EricaCumberland