**DENIED**

The Objection is overruled and any and all relief sought therein is denied because the Debtor lacks standing to object to claims by reason of the appointment of Zvi Guttman to serve as Plan Administrator. Mr. Guttman now has "exclusive authority to effectuate the terms of the Plan," which authority includes objection to claims under paragraph 4.3 of Article IV of the Plan. No further notice or opportunity for hearing is required under the particular circumstances of this case. 11 U.S.C. § 102(1).



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| CTLC, LLC | * | Case No: 23-15444-DER |
| | | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \*

### ORDER SUSTAINING DEBTOR'S OBJECTION TO
### CLAIM OF J. PAUL BUILDERS, LLC
### (Claim No. 5)

Upon consideration of the Objection to Claim of J. Paul Builders, LLC (the "Objection"), and any opposition thereto, the Court having determined that the Objection is legally and factually warranted, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Objection be and is **SUSTAINED**; and it is further

**ORDERED**, that the claim of J. Paul Builder, LLC at Claim No.: 5 be and is **DISALLOWED** in its entirety.

Copies:

Richard B. Rosenblatt, Esquire
rrosenblatt@rosenblattlaw.com

Office of the United States Trustee
Gerard Vetter, Esq.
gerard.r.vetter@usdoj.gov

J. Paul Builder LLC
Brent Strickland, Esq.
bstrickland@whitefordlaw.com

WCP Fund I LLC
Maurice B. VerStandig, Esq.
mac@mbvesq.com

Miles & Stockbridge, PC
Patricia Jefferson, Esq.
pjefferson@milesstockbridge.com

Bravas, LLC
Jeffery L. Forman, Esq.
forman@comcast.net

Plan Administrator
Zvi Guttman, Esq.
zvi@zguttman.com

Joseph Selba. Esq
jselba@tydingslaw.com

Denis Shaffer, Esq.
Whiteford Taylor & Preston, LLP
7 St. Paul Street, Suite 1500
Baltimore, Maryland 21202



**End of Order**