The application asserts that CTLC, LLC is a debtor-in-possession. It is not. A plan has been confirmed. A plan administrator has been appointed. The application cites no authority for approval of employment of counsel (or payment of compensation as an administrative expense priority claim) under the present circumstances. The court will defer ruling until September 30, 2025, to afford CTLC, LLC an opportunity to submit a supplemental memorandum addressing such issues.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:                             *

    CTLC, LLC                    *     Case No: 23-15444-DER
                                        Chapter 11
    Debtor                       *

*    *    *    *    *    *    *

**ORDER GRANTING APPLICATION
TO APPROVE EMPLOYMENT OF ATTORNEYS**

UPON THE APPLICATION of CTLC, LLC., the Debtor, requesting approval of its employment of Richard B. Rosenblatt, Esquire, Linda M. Dorney, Esquire, and the Law Offices of Richard B. Rosenblatt, PC., as attorneys for the estate, and it appearing that said attorneys are disinterested persons as defined in the United States Bankruptcy Code, and sufficient cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED,** that the employment by the Debtor-in-Possession of Richard B. Rosenblatt, Esquire, Linda M. Dorney, Esquire, and the Law Offices of Richard B. Rosenblatt, PC., to render professional services detailed in the Application to Approve Employment of Attorneys be, and hereby is, **APPROVED**; and it is further

**ORDERED**, that all awards of compensation from the Debtor are subject to approval by



this Court after application thereof.

Copies:

Richard B. Rosenblatt, Esquire
rrosenblatt@rosenblattlaw.com

Office of the United States Trustee
Gerard Vetter, Esq.
gerard.r.vetter@usdoj.gov

J. Paul Builder LLC
Brent Strickland, Esq.
bstrickland@whitefordlaw.com

WCP Fund I LLC
Maurice B. VerStandig, Esq.
mac@mbvesq.com

Miles & Stockbridge, PC
Patricia Jefferson, Esq.
pjefferson@milesstockbridge.com

Bravas, LLC
Jeffery L. Forman, Esq.
forman@comcast.net

Plan Administrator
Zvi Guttman, Esq.
zvi@zguttman.com

Joseph Selba. Esq
jselba@tydingslaw.com



**End of Order**