United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-15444-DER |
| CTLC, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Sep 03 2025 19:19:00 | U.S. Trustee Baltimore, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 05, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andres J. Gallegos | agallegos@hahnlaw.com ijumah@hahnlaw.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Gerard R. Vetter | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdfparty | Total Noticed: 2 |

      gerard.r.vetter@usdoj.gov

Jeffrey Louis Forman

      forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com

Joseph Michael Selba

      JSelba@tydingslaw.com  jselba@tydings.com

Linda M. Dorney

      ldorney@rosenblattlaw.com

Maurice Belmont VerStandig

      mac@mbvesq.com
      lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson

      pjefferson@milesstockbridge.com

Richard B. Rosenblatt

      rrosenblatt@rosenblattlaw.com  ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com

Richard L. Costella

      rcostella@tydings.com  scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com

Robert H. Kline

      kliner@whiteandwilliams.com

US Trustee - Baltimore

      USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman

      zguttman@gmail.com  zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 14



DAVID E. RICE  
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23−15444 − DER**   Chapter: **11**

**CTLC, LLC**  
Debtor

## ORDER STRIKING APPEARANCE OF COUNSEL FOR DEBTOR

Upon consideration of the Motion to Withdraw Appearance filed by Joseph Michael Selba, and it appearing that counsel has complied with Local Bankruptcy Rule 9010−4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Joseph Michael Selba, as counsel of record for debtor is hereby stricken.

cc:   Debtor  
    Attorney for Debtor − Joseph Michael Selba  
    U.S. Trustee  
    Other Counsel −

**End of Order**

01x03 (rev. 05/02/2000) − EricaCumberland