United States Bankruptcy Court
District of Maryland

| In re: | Case No. 23-15444-DER |
|---|---|
| CTLC, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: pdfall | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | #+ | Bravas, LLC, 1421 Clarkview Rd - Suite 122, Baltimore, MD 21209-2187 |
| | + | Denis Shaffer, Esq., Whiteford Taylor & Preston, LLP, 7 St. Paul Street, Suite 1500, Baltimore, Maryland 21202-1588 |
| cr | + | Miles & Stockbridge P.C., c/o Patricia B. Jefferson, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32315378 | + | Bravas, LLC, 9009 W. 95th Street, Overland Park, KS 66212-4055 |
| 32315382 | + | J. Paul Builders, LLC, 7 St. Paul Street, Suite 1500, Baltimore MD 21202-1636 |
| 32338389 | + | WCP Fund I LLC as Servicer, Pacific RBLF Funding Trust, c/o The VerStandig Law Firm, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| op | + Email/Text: zguttman@gmail.com | Sep 05 2025 19:35:00 | Zvi Guttman, c/o The Law Offices of Zvi Guttman, P.A., Post Office Box 32308, Baltimore, MD 21282-2308 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 07, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed**

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: pdfall | Total Noticed: 8 |

**below:**

| Name | Email Address |
|---|---|
| Andres J. Gallegos | agallegos@hahnlaw.com  ijumah@hahnlaw.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Jeffrey Louis Forman | forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com  jselba@tydings.com |
| Linda M. Dorney | ldorney@rosenblattlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| Richard B. Rosenblatt | rrosenblatt@rosenblattlaw.com  ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com |
| Robert H. Kline | kliner@whiteandwilliams.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |
| Zvi Guttman | zguttman@gmail.com  zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 13

Entered: September 5th, 2025
Signed: September 5th, 2025

**DENIED**

The Objection is overruled and any and all relief sought therein is denied because the Debtor lacks standing to object to claims by reason of the appointment of Zvi Guttman to serve as Plan Administrator. Mr. Guttman now has "exclusive authority to effectuate the terms of the Plan," which authority includes objection to claims under paragraph 4.3 of Article IV of the Plan. No further notice or opportunity for hearing is required under the particular circumstances of this case. 11 U.S.C. § 102(1).



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| CTLC, LLC | * | Case No: 23-15444-DER |
| | | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \*

**ORDER SUSTAINING DEBTOR'S OBJECTION TO
CLAIM OF J. PAUL BUILDERS, LLC
(Claim No. 5)**

Upon consideration of the Objection to Claim of J. Paul Builders, LLC (the "Objection"), and any opposition thereto, the Court having determined that the Objection is legally and factually warranted, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Objection be and is **SUSTAINED**; and it is further

**ORDERED**, that the claim of J. Paul Builder, LLC at Claim No.: 5 be and is **DISALLOWED** in its entirety.

Copies:

Richard B. Rosenblatt, Esquire
rrosenblatt@rosenblattlaw.com

Office of the United States Trustee
Gerard Vetter, Esq.
gerard.r.vetter@usdoj.gov

J. Paul Builder LLC
Brent Strickland, Esq.
bstrickland@whitefordlaw.com

WCP Fund I LLC
Maurice B. VerStandig, Esq.
mac@mbvesq.com

Miles & Stockbridge, PC
Patricia Jefferson, Esq.
pjefferson@milesstockbridge.com

Bravas, LLC
Jeffery L. Forman, Esq.
forman@comcast.net

Plan Administrator
Zvi Guttman, Esq.
zvi@zguttman.com

Joseph Selba. Esq
jselba@tydingslaw.com

Denis Shaffer, Esq.
Whiteford Taylor & Preston, LLP
7 St. Paul Street, Suite 1500
Baltimore, Maryland 21202

**End of Order**

DENIED