United States Bankruptcy Court
District of Maryland

In re:                                                                                        Case No. 23-15444-DER
CTLC, LLC                                                                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 05, 2025 | Form ID: pdfall | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

**Recip ID           Recipient Name and Address**
db              +   CTLC, LLC, 6101 Tilghman Drive, Laurel, MD 20707-2673

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andres J. Gallegos | agallegos@hahnlaw.com  ijumah@hahnlaw.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Jeffrey Louis Forman | forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com |
| Joseph Michael Selba | JSelba@tydingslaw.com  jselba@tydings.com |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: pdfall | Total Noticed: 1 |

Linda M. Dorney
    ldorney@rosenblattlaw.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson
    pjefferson@milesstockbridge.com

Richard B. Rosenblatt
    rrosenblatt@rosenblattlaw.com  ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com

Robert H. Kline
    kliner@whiteandwilliams.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
    zguttman@gmail.com  zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 13

The application asserts that CTLC, LLC is a debtor-in-possession. It is not. A plan has been confirmed. A plan administrator has been appointed. The application cites no authority for approval of employment of counsel (or payment of compensation as an administrative expense priority claim) under the present circumstances. The court will defer ruling until September 30, 2025, to afford CTLC, LLC an opportunity to submit a supplemental memorandum addressing such issues.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
at Baltimore

In re:                                              *

    CTLC, LLC                            *      Case No: 23-15444-DER
                                                 Chapter 11
    Debtor                                *

\*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING APPLICATION**
**TO APPROVE EMPLOYMENT OF ATTORNEYS**

UPON THE APPLICATION of CTLC, LLC., the Debtor, requesting approval of its employment of Richard B. Rosenblatt, Esquire, Linda M. Dorney, Esquire, and the Law Offices of Richard B. Rosenblatt, PC., as attorneys for the estate, and it appearing that said attorneys are disinterested persons as defined in the United States Bankruptcy Code, and sufficient cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

    **ORDERED,** that the employment by the Debtor-in-Possession of Richard B. Rosenblatt, Esquire, Linda M. Dorney, Esquire, and the Law Offices of Richard B. Rosenblatt, PC., to render professional services detailed in the Application to Approve Employment of Attorneys be, and hereby is, **APPROVED**; and it is further

    **ORDERED,** that all awards of compensation from the Debtor are subject to approval by



this Court after application thereof.

Copies:

Richard B. Rosenblatt, Esquire
rrosenblatt@rosenblattlaw.com

Office of the United States Trustee
Gerard Vetter, Esq.
gerard.r.vetter@usdoj.gov

J. Paul Builder LLC
Brent Strickland, Esq.
bstrickland@whitefordlaw.com

WCP Fund I LLC
Maurice B. VerStandig, Esq.
mac@mbvesq.com

Miles & Stockbridge, PC
Patricia Jefferson, Esq.
pjefferson@milesstockbridge.com

Bravas, LLC
Jeffery L. Forman, Esq.
forman@comcast.net

Plan Administrator
Zvi Guttman, Esq.
zvi@zguttman.com

Joseph Selba. Esq
jselba@tydingslaw.com



**End of Order**