**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | Case No. 23-15444-DER |
| Debtor. | * | (Chapter 11) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR EXTENSION OF TIME IN WHICH TO DISBURSE SALE PROCEEDS**

Zvi Guttman, Chapter 11 Plan Administrator, files this Motion seeking an extension of time in which to disburse sale proceeds as required by § 3.6 of the confirmed Chapter 11 Plan in this case, and states:

1. This case was filed on August 2, 2023. The Debtor's Amended Chapter 11 Plan was confirmed on August 15, 2024, and modified by subsequent Orders thereafter including a May 30, 2025 Order Appointing [Zvi Guttman] Plan Administrator.

2. The Plan Administrator was initially tasked to promptly sell the Debtor's real estate known as 15125 Devlin Drive, Glenelg, MD 21737 in Howard County, Maryland, generally described as a custom home site, consisting of approximately 38.25 acres, improved by a partially constructed two story, approximately 25,000 square-foot single family residence.

3. Sale of the real estate was approved by this Court on July 23, 2025 [Dkt. 199] and the sale was consummated on July 31, 2025. The gross sale was $2,675,000.00. After the payment of closing costs, realtors, real estate taxes, and Allowed Secured Claims the Plan Administrator holds $289,000~.

4.      Still to be paid are U.S. Trustee's fees under 28 U.S.C. §1930, the approved fees and expenses of the Debtor's former counsel, Tydings & Rosenberg, LLP [Dkt. 155], and the fees and expenses of the Plan Administrator.

5.      Pursuant to § 3.6 of the Plan, Class 6 creditors are to be paid within 60 days of the sale of the Real Estate (i.e., September 29, 2025).

6.      The Plan Administrator is unable to make payments within the allowed timeframe as several issues are unresolved.  For instance, the amount of the Claim of A. Perry Designs & Builds, P.C., was to be determined by the resolution of the litigation in the civil case pending in the United States District Court for the District of Maryland captioned *A. Perry Designs & Builds, P.C. v. J. Paul Builders, LLC*, Civil Action No. 1:23-cv-00828-JRR.  See Dkt. 122.  This litigation also bears upon the unsecured claim of J. Paul Builders. That litigation has not concluded.

7.      Furthermore, § 4.3 of the Plan which generally vests the Debtor (and now, by reason of the Order appointing him, the Plan Administrator) with the exclusive right, power and authority to take certain actions, states that: "in the event that the proceeds from the sale of the Debtor's Real Property are not sufficient to pay unsecured creditors in full, any claimant may object to or seek subordination of the claim(s) of the Greir Revocable Trust or any insider party.[1]"  Claimants have not yet been provided notice that proceeds from the sale of the Real Property are insufficient to pay unsecured creditors in full and thus an objection to or request to subordinate the Debtor's scheduled liability to the Greir Revocable Trust is still timely and calculation of a distribution to Class 6 creditor's is premature.

---

[1] The Grier Revocable Trust was Scheduled with a claim of $4,580.401.59.  Schedule A/B [Dkt. 13].

**WHEREFORE**, the Plan Administrator requests:

I.    an extension of time in which to disburse the net proceeds of sale of the Real Estate until the last to occur of:

    (a) 90 days from the date of the entry of an Order granting this Motion,

    (b) quantification or estimation of the unsecured claims of Perry Designs & Builds, P.C. and J. Paul Builders,

    (c) entry of an Order resolving any objection to or request to subordinate the Greir Revocable Trust claim, and

    (d) a date set by the Court upon the Plan Administrator's further request therefore;

and

II.    that he be granted such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Zvi Guttman
Zvi Guttman, Trustee
c/o The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500 Phone
(410) 580-0700 Fax
Zvi@zviguttman.com