**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of September, 2025, copies of the foregoing Motion For Extension Of Time In Which To Disburse Sale Proceeds were served via CM/ECF on:

Linda M. Dorney ldorney@rosenblattlaw.com

Jeffrey Louis Forman forman@comcast.net, forman3@yahoo.com, jeff.forman@gmail.com

Andres J. Gallegos agallegos@hahnlaw.com, ijumah@hahnlaw.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Patricia B. Jefferson pjefferson@milesstockbridge.com

Robert H. Kline kliner@whiteandwilliams.com

Eric George Korphage korphagee@whiteandwilliams.com

Richard B. Rosenblatt rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com, sgonzalez@rosenblattlaw.com, wilbertrr41309@notify.bestcase.com

Joseph Michael Selba JSelba@tydingslaw.com, jselba@tydings.com

Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-strickland-3227@ecf.pacerpro.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandig.mauricer104982@notify.bestcase.com, verstandiglaw@recap.email

Gerard R. Vetter gerard.r.vetter@usdoj.gov

and by first class mail, postage prepaid, on:

Williamsburg Group L.L.C.
5485 Harpers Farm Road
Suite 200
COLUMBIA, MD 21044

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., Suite 300
Towson MD 21204

Shulman, Rogers, Gandal, Pordy & Ecker, PA
c/o Michael J. Lichtenstein, Esquire
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854

Adam Cizek, Esq.
Whiteford Taylor & Preston LLP
7 St. Paul St., #1500
Baltimore, MD 21202

Grier Revocable Trust
c/o Michael and Sandra Grier
Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

/s/ Zvi Guttman