**\IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | Case No. 23-15444-DER |
| **Debtor.** | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING**
**MOTION FOR EXTENSION OF TIME IN WHICH TO DISBURSE SALE PROCEEDS**

UPON CONSIDERATION of the Motion for Extension of Time in Which to Disburse Sale Proceeds (the "Motion") filed by Zvi Guttman, Chapter 11 Plan Administrator, and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Motion be, and it hereby is, granted; and it is

FURTHER ORDERED, that the time in which the Plan Administrator may disburse the net proceeds of sale of the Real Estate is extended until the last to occur of:

(a)   90 days from the date of the entry of this Order;

(b)   quantification or estimation of the unsecured claims of Perry Designs & Builds, P.C. and J. Paul Builders,

(c)   entry of an Order resolving any objection to, or request to subordinate, the Greir Revocable Trust claim, and

(d)   a date set by the Court upon the Plan Administrator's further request therefore

**Suggested Distribution List**:

Linda M. Dorney ldorney@rosenblattlaw.com

Jeffrey Louis Forman forman@comcast.net, forman3@yahoo.com, jeff.forman@gmail.com

Andres J. Gallegos agallegos@hahnlaw.com, ijumah@hahnlaw.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Patricia B. Jefferson pjefferson@milesstockbridge.com

Robert H. Kline kliner@whiteandwilliams.com

Eric George Korphage korphagee@whiteandwilliams.com

Richard B. Rosenblatt rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com, sgonzalez@rosenblattlaw.com, wilbertrr41309@notify.bestcase.com

Joseph Michael Selba JSelba@tydingslaw.com, jselba@tydings.com

Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-strickland-3227@ecf.pacerpro.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandig.mauricer104982@notify.bestcase.com, verstandiglaw@recap.email

Gerard R. Vetter gerard.r.vetter@usdoj.gov

Williamsburg Group L.L.C.
5485 Harpers Farm Road
Suite 200
COLUMBIA, MD 21044

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., Suite 300
Towson MD 21204

Shulman, Rogers, Gandal, Pordy & Ecker, PA
c/o Michael J. Lichtenstein, Esquire
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854

Adam Cizek, Esq.
Whiteford Taylor & Preston LLP
7 St. Paul St., #1500
Baltimore, MD 21202

Grier Revocable Trust
c/o Michael and Sandra Grier
Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

**END OF ORDER**