IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**CTLC, LLC**<br>   Debtor (s). | Bankruptcy Case No:<br><br>23-15444- DER<br><br>Chapter 11 |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of the United States Trustee for Region Four, for all purposes in connection with this case. Pursuant to Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans, disclosures statement and other documents filed or served in this case.

Respectfully Submitted,

Dated: October 10, 2025

By: /s/ *Hugh M. Bernstein*
Hugh M. Bernstein
(Fed. Bar No.: 23489)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov
Attorney for the United States Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 10, 2025 a copy of the foregoing Motion was mailed first-class, postage prepaid to:

CTLC, LLC
6101 Tilghman Drive
Laurel, MD 20707

Andrs J. Gallegos
Hahn Loeser & Parks LLP
200 West Madison Street
Suite 2700
Chicago, IL 60606

Ryan T. Johnson
Hahn Loeser & Parks LLP
200 West Madison Street
Suite 2700
Chicago, IL 60606

Lydia Travelstead
TTR Sothebys International Realty
209 Main Street
Annapolis, MD 21401

Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square
Suite 2800
Cleveland, OH 44114

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Linda M. Dorney**    ldorney@rosenblattlaw.com
- **Jeffrey Louis Forman**    forman@comcast.net, forman3@yahoo.com;jeff.forman@gmail.com
- **Andres J. Gallegos**    agallegos@hahnlaw.com, ijumah@hahnlaw.com
- **Zvi Guttman**    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- **Zvi Guttman**    zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com

- 2 -

- **Patricia B. Jefferson**  pjefferson@milesstockbridge.com
- **Robert H. Kline**  kliner@whiteandwilliams.com
- **Eric George Korphage**  korphagee@whiteandwilliams.com
- **Richard B. Rosenblatt**  rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com;sgonzalez@rosenblattlaw.com;wilbertrr41309@notify.bestcase.com
- **Joseph Michael Selba**  JSelba@tydingslaw.com, jselba@tydings.com
- **Brent C. Strickland**  bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- **US Trustee - Baltimore**  USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**  mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Gerard R. Vetter**  gerard.r.vetter@usdoj.gov


/s/ *Hugh M. Bernstein*
Hugh M. Bernstein