United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-15444-DER |
| CTLC, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 10, 2025 | Form ID: pdfall | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Andrs J. Gallegos, II, Hahn Loeser & Parks LLP, 200 West Madison Street, Suite 2700, Chicago, IL 60606-3554 |
| 32315377 | + | Adam Cizek, Esq., Whiteford Taylor & Preston LLP, 7 St. Paul St., #1500, Baltimore, MD 21202-1588 |
| 32399289 | + | Fisher, Collins & Carter, Inc., Kimberly A. Manuelides, Esq., 600 Washington Ave., Suite 300, Towson MD 21204-3916 |
| 32325289 | | Grier Revocable Trust, c/o Michael and Sandra Grier, 6101 Tilghman Drive, Laurel, MD 20707-2673 |
| 32315387 | + | Shulman, Rogers, Gandal, Pordy & Ecker, PA, c/o Michael J. Lichtenstein, Esquire, 12505 Park Potomac Ave, 6th Floor, Potomac, MD 20854-6803 |
| 32921163 | + | Williamsburg Group L.L.C., 5485 Harpers Farm Road, Suite 200, COLUMBIA, MD 21044-1146 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| op | + | Email/Text: zguttman@gmail.com | Oct 10 2025 19:25:00 | Zvi Guttman, c/o The Law Offices of Zvi Guttman, P.A., Post Office Box 32308, Baltimore, MD 21282-2308 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 12, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andres J. Gallegos | agallegos@hahnlaw.com  ijumah@hahnlaw.com |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: pdfall | Total Noticed: 7 |

Brent C. Strickland
    bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Eric George Korphage
    korphagee@whiteandwilliams.com

Gerard R. Vetter
    gerard.r.vetter@usdoj.gov

Jeffrey Louis Forman
    forman@comcast.net  forman3@yahoo.com,jeff.forman@gmail.com

Joseph Michael Selba
    JSelba@tydingslaw.com  jselba@tydings.com

Linda M. Dorney
    ldorney@rosenblattlaw.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patricia B. Jefferson
    pjefferson@milesstockbridge.com

Richard B. Rosenblatt
    rrosenblatt@rosenblattlaw.com  ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com

Robert H. Kline
    kliner@whiteandwilliams.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
    zguttman@gmail.com  zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 13

Entered: October 10th, 2025
Signed: October 9th, 2025

**SO ORDERED**

Notice duly given. No opposition timely filed.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

<u>**\IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**</u>
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CTLC, LLC** | * | Case No. 23-15444-DER |
| Debtor. | * | (Chapter 11) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**ORDER GRANTING
MOTION FOR EXTENSION OF TIME IN WHICH TO DISBURSE SALE PROCEEDS**</u>

UPON CONSIDERATION of the Motion for Extension of Time in Which to Disburse Sale Proceeds (the "Motion") filed by Zvi Guttman, Chapter 11 Plan Administrator, and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Motion be, and it hereby is, granted; and it is

FURTHER ORDERED, that the time in which the Plan Administrator may disburse the net proceeds of sale of the Real Estate is extended until the last to occur of:

(a)   90 days from the date of the entry of this Order;

(b)   quantification or estimation of the unsecured claims of Perry Designs & Builds, P.C. and J. Paul Builders,

(c)   entry of an Order resolving any objection to, or request to subordinate, the Greir Revocable Trust claim, and

(d)   a date set by the Court upon the Plan Administrator's further request therefore

**Suggested Distribution List**:

Linda M. Dorney ldorney@rosenblattlaw.com

Jeffrey Louis Forman forman@comcast.net, forman3@yahoo.com, jeff.forman@gmail.com

Andres J. Gallegos agallegos@hahnlaw.com, ijumah@hahnlaw.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Patricia B. Jefferson pjefferson@milesstockbridge.com

Robert H. Kline kliner@whiteandwilliams.com

Eric George Korphage korphagee@whiteandwilliams.com

Richard B. Rosenblatt rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com, sgonzalez@rosenblattlaw.com, wilbertrr41309@notify.bestcase.com

Joseph Michael Selba JSelba@tydingslaw.com, jselba@tydings.com

Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-strickland-3227@ecf.pacerpro.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandig.mauricer104982@notify.bestcase.com, verstandiglaw@recap.email

Gerard R. Vetter gerard.r.vetter@usdoj.gov

Williamsburg Group L.L.C.
5485 Harpers Farm Road
Suite 200
COLUMBIA, MD 21044

Fisher, Collins & Carter, Inc.
Kimberly A. Manuelides, Esq.
600 Washington Ave., Suite 300
Towson MD 21204

Shulman, Rogers, Gandal, Pordy & Ecker, PA
c/o Michael J. Lichtenstein, Esquire
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854

Adam Cizek, Esq.
Whiteford Taylor & Preston LLP
7 St. Paul St., #1500
Baltimore, MD 21202

Grier Revocable Trust
c/o Michael and Sandra Grier
Sandra Grier
6101 Tilghman Drive
Laurel, MD 20707-2673

**END OF ORDER**